AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

**FILED**

**Dec 21, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of | ) |
| Apple iPhone 6s mobile telephone bearing serial number FK1XW470HFLR, currently located at FBI headquarters at 2001 Freedom Way, Roseville, CA 95678 | ) ) ) ) ) |

Case No.    2:21-sw-0951 JDP

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

located in the _____Eastern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized):*

**SEE ATTACHMENTS B, C and D attached hereto and incorporated by reference**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1591; 1594(c); 751(a) | Sex trafficking of children; Conspiracy to commit sex trafficking; Escape |

The application is based on these facts:

**SEE AFFIDAVIT, attached hereto and incorporated by reference.**

- ☒ Continued on the attached sheet.
- ☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Ryan Penna
_____
*Applicant's signature*

FBI Special Agent Ryan J. Penna
_____
*Printed name and title*

Sworn to and signed telephonically, consistent with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: ___December 21, 2021___

_____
*Judge's signature*

City and state:  Sacramento, California

Jeremy D. Peterson, U.S. Magistrate Judge
_____
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT</u>

I, Ryan J. Penna, being first duly sworn, hereby depose and state as follows:

## I.      <u>INTRODUCTION AND AGENT BACKGROUND</u>

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of property—an electronic device—which is currently in law enforcement possession, and the extraction from that property as well as a review of a prior extraction from that property of electronically stored information described in Attachment B.

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been since 2012.  I am currently assigned to the FBI's Sacramento Division.  While employed by the FBI, I have investigated federal criminal violations related to, among other things, violent crimes, child exploitation, and human trafficking.  I have gained experience through training at the FBI Academy as well as through my work related to conducting these types of investigations and others.  I have received training in the area of child exploitation and human trafficking, and have reviewed numerous examples of investigations of sex trafficking of children (as defined in 18 U.S.C. § 1591).  Additionally, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 1591, and I am authorized to request a search warrant.

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 1591(a)(1), 1594(c), and 751(a) have been committed by Robert Pierre Duncan.  There is also probable cause to believe that the information described in Attachment B will constitute evidence of these criminal violations.

///

///

///

## II.       IDENTIFICATION OF THE DEVICE TO BE EXAMINED

5.       The property to be searched is a black and silver Apple iPhone 6s mobile telephone, bearing serial number FK1XW470HFLR, hereinafter "Subject Device 4."  Subject Device 4 is currently located at FBI headquarters at 2001 Freedom Way, Roseville, CA 95678.

6.       The applied-for warrant would authorize the forensic examination of Subject Device 4 for the purpose of identifying electronically stored data particularly described in Attachment B.  The applied-for warrant would also authorize the examination of data previously extracted from Subject Device 4 for the purpose of identifying electronically stored data particularly described in Attachment B.

## III.       FACTS ESTABLISHINGPROBABLE CAUSE

7.       This affidavit incorporates by reference and relies upon my affidavits supporting applications for search warrant numbers 2:18-sw-00976-KJN and 2:19-sw-00147-KJN.  Those affidavits are attached for ease of reference.

### A.       Summary of Investigation.

8.       This investigation focuses on the sex trafficking activity of Duncan and his co-conspirator Eva Symone Christian, and their efforts to recruit, transport, harbor, and manage the prostitution activity of a seventeen-year-old victim, referred to in this affidavit as Minor A.  As described in more detail below, Duncan and Christian, among other things, used mobile cellular devices like Subject Device 4 to communicate about Minor A's prostitution and facilitate Minor A's prostitution-related activity.

9.       Duncan and Christian were charged by indictment with violations of 18 U.S.C. §§ 1591 and 1594(c) in the criminal case filed in this judicial district and captioned *United States v. Robert Pierre Duncan*, No. 2:19-cr-00090-KJM.  Duncan has also been charged with escaping from custody on the day law enforcement seized Subject Device 4.  On or around April 8, 2021, Christian pleaded guilty to a superseding information containing a single count of misprision of a felony, in violation of 18 U.S.C. § 4.  Christian is cooperating with the government pursuant to a cooperation agreement that was previously produced to Duncan's counsel in discovery, and the

government expects to call Christian to testify in the government's case-in-chief at Duncan's trial. In exchange for Christian's expected testimony, the government anticipates recommending that she receive a reduction in the sentence imposed on her for violating 18 U.S.C. § 4.

      **B.**      **Law Enforcement Agents Recovered a Mobile Cellular Device Associated With Minor A and Linked to Duncan.**

      10.      As set forth in the affidavit submitted in support of search warrant number 2:18-sw-00976-KJN, on September 24, 2018, Minor A's father, R.A., observed a man matching a description of Duncan drive Minor A to R.A.'s apartment. A records check performed that day regarding the vehicle that the man was driving revealed that it was registered to Genelle Duncan, a person who, according to public records, is related to Duncan. Sacramento County Sheriff's Department deputies subsequently arrived at R.A.'s apartment and spoke to Minor A. During their conversation, they observed a contact listed as "Daddy" calling Minor A's cellular phone.

      11.      Pursuant to search warrant number 2:18-sw-00976-KJN, agents searched a cellular phone that M.A., Minor A's mother, gave to an FBI agent. M.A. identified this cellular phone (previously identified as "Victim Device 2") as belonging to Minor A. The search of this device revealed at least one call from the "Daddy" contact, associated with call number 916-370-1486 (the "1486 number"). I know from my training and experience regarding prostitution-related investigations that minors and adults engaged in prostitution often refer to the pimp who manages their prostitution activity as "daddy."[1]

      12.      On or around October 11, 2018, an FBI agent conducting a search of websites known for prostitution advertisements found a prostitution advertisement in the Sacramento section of the adultsearch.com website, which contained four photos of Minor A posing in lingerie. The advertisement stated, among other things: "21 years old, White, 5'3', Green Eyes, Dark Brown Hair, Tiny, C Cup, Bald Kitty." It also listed prices for "outcalls" of various durations. The advertisement listed the 1486 number as the contact number for interested sex

---

[1] Victim Device 2 also contained several "selfie-style" photos of Minor A, which indicate that Victim Device 2 belonged to Minor A.

buyers to use to set up an encounter for paid sex.  It also stated, among other things, "Outcalls only gentlemen only Want to have some fun and leave woth [sic] a gaurntee [sic] smile Call or text me 916.370.1486."

13.     Service provider business records indicate that the 1486 number was assigned to "Robert Duncan" at 636 Florin Road in Sacramento, California, from July 29, 2018, through at least September 24, 2018.  The records indicate that the next registered subscriber for the 1486 number started service on January 1, 2019.

### C.     Christian Used Her Cellular Phone to Discuss Prostitution With Duncan.

14.     As set forth in the affidavit in support of search warrant number 2:18-sw-00976-KJN, Minor A and Christian—who is identified as "E.S.C." in that affidavit—were arrested by Oakland Police Department officers on or around October 25, 2018, during an Oakland Police Department anti-prostitution operation.

15.     Pursuant to search warrant number 2:18-sw-00975-KJN, agents searched a copy of the contents of the cellular phone that Christian had in her possession at the time of her arrest (previously identified as "Victim Device 4").  The search revealed that the contact number assigned to Victim Device 4 was (916) 968-1693.

16.     Service provider business records indicate the subscriber for Victim Device 4 was "Marcus Smith" of 18555 Butterfield Boulevard in San Jose, California, between October 10, 2018, and December 15, 2018.  California Department of Motor Vehicles records identified a San Jose mailing address for Christian.  Based on my training and experience, I know that individuals involved in criminal activity often provide false subscriber information for cellular phones in order to preserve their anonymity and avoid detection by law enforcement.[2] Furthermore, records obtained from an apartment leasing company indicated that Christian resided at an apartment complex located on Natomas Boulevard in Sacramento beginning on or

---

[2] The following information is provided solely for the purpose of fulfilling the obligation to provide the Court with all facts that may be material to its probable cause determination:  During a post-arrest, custodial interview with an Oakland Police Department detective on October 25, 2018, Christian told the detective that she and Minor A worked for a pimp named "Marcus."

about September 19, 2018.  During an interview with FBI personnel on or around September 23, 2021, Christian stated that she resided at an apartment in Natomas with Duncan in or around September and October 2018.  The emergency contact number in Christian's rental application for this Natomas apartment was the 1486 number assigned to Duncan's phone.

17.     Law enforcement agents searched Victim Device 4 and recovered text conversations between Christian's cellular phone and two telephone numbers linked to a person managing Christian's and Minor A's prostitution activity, including one previously identified as Subject Device 1.[3]

18.     From their search of Victim Device 4 belonging to Christian, agents obtained the following text messages between Christian and Duncan, who was using Subject Device 1, for the time period October 16, 2018, through October 19, 2018.  The text messages reflect Duncan's and Christian's involvement in prostitution activity and include communications regarding the management of the prostitution activity of another unnamed female:

| Text Messages Between Victim Device 4 and Subject Device 1 [Extracted From Victim Device 4] | |
| --- | --- |
| Subject Device 1 | Do the other |
| Victim Device 4 | K hold on |
| Subject Device 1 | DAM PNL |
| Subject Device 1 | Im finna get to tripping |
| Subject Device 1 | Who tf is king |
| Victim Device 4 | Whay |
| Subject Device 1 | Change it |

---

[3] As set forth above and in the affidavit in support of search warrant number 2:18-sw-00976-KJN, a CDCR parole agent seized Subject Device 1 from Duncan on October 29, 2018. Pursuant to search warrant number 2:18-sw-00977-KJN, agents searched Subject Device 1 and learned that the number assigned to that device was (916) 745-2096.  Moreover, Duncan's parole agent subsequently told me that Duncan sent the parole agent text messages from Subject Device 1 on October 16, 2018, and October 17, 2018.

| Victim Device 4 | She put Pablo |
|---|---|
| Subject Device 1 | Retard |
| Subject Device 1 | Better not nobody stop at any gass station, sotre, or nothing else..park the car get out and drive back..no stops |
| Victim Device 4 | Dude wtf |
| Subject Device 1 | Wyd bro |
| Victim Device 4 | We on our way hone |
| Subject Device 1 | Ok |
| Victim Device 4 | U good ? |
| Victim Device 4 | They cant see u I dont think |
| Subject Device 1 | |
| Subject Device 1 | You been there for to long you have to move..tell her to stay there |
| Subject Device 1 | Since 1012 youve2 been sitting there |
| Subject Device 1 | So you move.  Split up..so yall can stop the talking because I know what yall doing |
| Victim Device 4 | Im not talking |
| Subject Device 1 | I dont trust you and definitately not her lieing ass |
| Subject Device 1 | So yeah your talking |
| Victim Device 4 | Its good whatever |
| Subject Device 1 | You havnt showed me no fagget shit yet or out of pocket shit yet..and everytime a nigga try to holla at you..you make them feel like thye not there and like you never even notice them and I respet that..so im not gone trip off you much..i fuck with you..[4] |
| Victim Device 4 | Im trying for u u just gotta stop spasing on me |
| Subject Device 1 | I try ..you just dont understand..i cant trust.. |

---

[4] Based on my training and experience, I know that the slang term "out of pocket" means a prostitute who is not compliant with his or her pimp or sex trafficker.

| Subject Device 1 | See what i mean..when I say I cant trust..i asked you did you see her talk to him…you said no ..now you saying yes…yall both in trouble now |
|---|---|
| Victim Device 4 | Daddy i told u she said she cant see him no more i did know i did . your just making it seem like im lying and i shoulda told u the night all that happened |
| Subject Device 1 | No you didnt tell me an dyes you should of that night |
| Subject Device 1 | You let it happen |
| Subject Device 1 | |
| Subject Device 1 | Yall can stay out there..get tf out the car |
| Subject Device 1 | The |
| Subject Device 1 | Get away from rhe whip |
| Victim Device 4 | |
| Subject Device 1 | You better not be lieing for her |
| Victim Device 4 | |
| Subject Device 1 | You lieing for her…smh |
| Victim Device 4 | Im not lying for her |
| Subject Device 1 | You just did |
| Victim Device 4 | No i didnt |
| Subject Device 1 | Yes |
| Victim Device 4 | Y do u always think im lying for her im not gonna keep getting in trouble for her mistakes |
| Victim Device 4 | Im on my way back |
| Victim Device 4 | This shit today just pissed me off |
| Subject Device 1 | Why bro |
| Victim Device 4 | Bkus this stupid ass trick just wasted my time[5] |

---

[5] Based on my training and experience, I know that those involved in prostitution often refer

| Victim Device 4 | Im done with fkn oakland I do better in frisco and its like we get out there helluh late |
| Subject Device 1 | When your done come home |
| Subject Device 1 | Baby you good |
| Victim Device 4 | Im fine |

### D. Duncan Used a Cellular Phone Number Ending in 2322 to Communicate With Christian and Manage Minor A's Prostitution Activity in Oakland.

19.    Also from their search of Victim Device 4, agents obtained the following text messages between Christian and another cellular phone number associated with Duncan— assigned phone number 916-745-2322 (the "2322 number")—for the time period October 20, 2018, through October 25, 2018.  The text messages reflect Christian's continued involvement in prostitution activity and include communication between Christian and the user of the 2322 number regarding the management of the prostitution activity of a female who they referred to as "Shy," which is consistent with the sound of the first syllable of Minor A's true name.

20.    Based on my review of service provider business records for the 2322 number and Duncan's Subject Device 1, I know that both cellular phones were registered in the same name, "Macias Johnson," and listed the same address, which is not an address where Duncan is known to have resided.  However, as set forth above, based on my training and experience, I know that individuals involved in criminal activity often provide false subscriber information for cellular phones in order to preserve their anonymity and avoid detection by law enforcement.

21.    The following is an excerpt of a text conversation from on or around October 20, 2018, between Christian and the user of the 2322 number (Duncan), during which the user of the 2322 number inquired about how much money Christian and another female earned.  When Christian told the user of the 2322 number that "she"—referring to another female—earned $1,000, the user of the 2322 number told Christian that that female was in trouble.

---

to prostitution clients as "tricks" or "Johns" and refer to encounters with said clients as "dates."

| Text Messages Between Victim Device 4 and the 2322 Number [Extracted from Victim Device 4] | |
|---|---|
| Victim Device 4 | Papi |
| The 2322 Number | Yeah |
| Victim Device 4 | I wanna stomp down during day tomorrow in Oakland then frisco later |
| The 2322 Number | Ok will talk about it when you get back |
| Victim Device 4 | Kk |
| The 2322 Number | How much you got |
| Victim Device 4 | 730 |
| The 2322 Number | How much she got |
| Victim Device 4 | 1000 |
| The 2322 Number | She in trouble |
| Victim Device 4 | What happened daddy |
| The 2322 Number | You know |
| Victim Device 4 | The overnight? |
| The 2322 Number | Which one?? |
| Victim Device 4 | Idk i thought u was tlkn bout the guy she told 1000 to in oak |

22.     The following text message excerpts from on or around October 22, 2018, reveal Christian's growing frustration with managing a young female's behavior while the two were soliciting prostitution clients.  Christian told the user of the 2322 number that the difficulty she was experiencing "teach[ing]" the female was the reason why she typically did not "fuck wit little girls."  The user of the 2322 number tried to assuage Christian's concerns by suggesting that Christian and the other female were attracting police attention simply because they were engaging in prostitution.  The user of the 2322 number also reminded Christian that he considered her his "bottom bitch."  Finally, after the two argued about Christian's loyalty, the

user of the 2322 number stated, "Your playing these kid games and your wasting my time..i have business to handle..are you 23 or 17."  At the time, Christian was twenty-two years old, and Minor A was seventeen years old.

| Text Messages Between Victim Device 4 and the 2322 Number [Extracted From Victim Device 4] | |
|---|---|
| The 2322 Number | Ok go get some dollas |
| The 2322 Number | Stay in pocket and tell your friend to |
| Victim Device 4 | Aite |
| Victim Device 4 | I always do |
| The 2322 Number | Yeah but she don't and its falling on you |
| Victim Device 4 | K |
| The 2322 Number | Turn your wifi access on both phones |
| Victim Device 4 | Ok daddy |
| The 2322 Number | They are not on |
| Victim Device 4 | Mine is on |
| The 2322 Number | Tell her |
| Victim Device 4 | I did its on now |
| The 2322 Number | Why are yall still in the car?? |
| Victim Device 4 | Waiting for these people to drive off |
| The 2322 Number | Who?? |
| The 2322 Number | Yall been in the car for 2 hours and 15 minutes |
| Victim Device 4 | We getting out now |
| The 2322 Number | Who was in the lot |
| Victim Device 4 | Idk |
| The 2322 Number | Then why didn't you want to get out?? If you didn't know who it was |

| Victim Device 4 | Someone was yelling at another person |
|---|---|
| The 2322 Number | Ok just go..its time now |
| The 2322 Number | Its 10…yea should have been out at 830 when it got dark |
| The 2322 Number | Tf..or atleast 930 yall playing |
| The 2322 Number | Why?? |
| Victim Device 4 | Daddy she caught on but she went to el pollo loco nd idk I think life 360 trippin bkus it says she still at el pollo loco. |
| The 2322 Number | Mine is not tripping..she just got off a date..she moving down 22 |
| Victim Device 4 | She called me. |
| The 2322 Number | Ok |
| Victim Device 4 | Please answer |
| Victim Device 4 | Its bad |
| Victim Device 4 | This shit is stressful |
| Victim Device 4 | How am I supposed to tell u anything and u don't answer. |
| The 2322 Number | Yall being scary tonight |
| Victim Device 4 | Bruh wtf I can't be in frisco with her |
| Victim Device 4 | Im in. Car wit someone nd he has to take me bak |
| Victim Device 4 | Bkus she trippin |
| Victim Device 4 | Im done |
| Victim Device 4 | Idgaf |
| Victim Device 4 | No p is gone grab her on union |
| The 2322 Number | She didn't say he grabbed her.. |
| The 2322 Number | She said he threw something on her…take her to the car.. |
| Victim Device 4 | Fire me |
| Victim Device 4 | Yall are stressful |

| | |
|---|---|
| The 2322 Number | Ok |
| Victim Device 4 | This wjy I don't fuck wit little girls |
| Victim Device 4 | She was yelling me and im tryinf to teach her |
| The 2322 Number | You need to calm the fuck down |
| Victim Device 4 | Fuck no I have no weed to calm down fuk this the police be on me bkus im with her |
| Victim Device 4 | Im done being afound her |
| The 2322 Number | No the police are on you because you are a hoe |
| Victim Device 4 | No I never have problems the way I did today |
| Victim Device 4 | They don't care that im a hoe |
| Victim Device 4 | Im being targeted |
| The 2322 Number | Bro cause you're a hoe tf |
| Victim Device 4 | Theres helluh hoes out here |
| Victim Device 4 | Police not trippn on them |
| Victim Device 4 | Im done |
| The 2322 Number | Bro your making me hella mad |
| Victim Device 4 | She been avtimf stupid amd yellonb at me all night |
| The 2322 Number | Bro Im finna trip on her |
| Victim Device 4 | Fuck yall |
| Victim Device 4 | Im done |
| The 2322 Number | I don't respect the fact that your giving up..you try to give up every time something bad happens |
| Victim Device 4 | Its good blood u have no respect for me yall were bettwr pff without me all its been is drama since I been there |
| Victim Device 4 | You both weird |
| Victim Device 4 | Ur helluh fkn weird |

| Victim Device 4 | U guys act the way u act bkus yall is in love. Stop acting like ur not that's the fkn problem ur both being fake as fuck |
|---|---|
| Victim Device 4 | Sit the fuck down talk and tell the fkn truth |
| The 2322 Number | Im not in love tf..you sound stupid..last time I checked you stepped up and took the spot as being my bottom bitch but now idk. |
| Victim Device 4 | You're a fkn liar bro I can tell by your actions |
| [Texts Omitted] ||
| The 2322 Number | Your more loyal to her than me smh |
| Victim Device 4 | How wtf |
| Victim Device 4 | Dude Im trying so hard to prove to u that im here for u |
| Victim Device 4 | U don't fkn care . |
| The 2322 Number | But your proving me that your down for her and just fuck with me |
| Victim Device 4 | I don't even know what to do anymore like obviously whatever bond we was building is gone now so it doesn't matter |
| Victim Device 4 | Ima just leave |
| The 2322 Number | Your playing these kids games and your wasting my time..i have business to handle..are you 23 or 17. |

23.     On or around October 23, 2018, Christian and the user of the 2322 number engaged in another text conversation during which Christian complained about having to babysit Minor A while the two were engaging in prostitution.

| **Text Messages Between Victim Device 4 and the 2322 Number** **[Extracted From Victim Device 4]** ||
|---|---|
| Victim Device 4 | U guyz are fake ass people |
| Victim Device 4 | Im not stopping what im doing to help her anymore |
| The 2322 Number | Ok your not telling me why you are saying this so ..im don't trying to figure out.. |

| | |
|---|---|
| The 2322 Number | And this is not a I situation this a us situation..so if she needs your help then you help her tf |
| Victim Device 4 | Okay I don't care just know that I don't care about what happenz out there im not her fkn mon |
| Victim Device 4 | Mom |
| Victim Device 4 | Im tired of being a fkn baby sitter |
| Victim Device 4 | For a fkn fagget |
| Victim Device 4 | All the walls I had up when I first came are back up |
| The 2322 Number | Your not being a baby sitter bro tf..your just acting hella jealous and you need to chill the fuck out |
| Victim Device 4 | I DON'T GIVE A FUCK ABOUT THIS FAKE ASS SHIT |
| The 2322 Number | Im don't talking bro..do what tf you have to do |
| Victim Device 4 | Bye |
| The 2322 Number | Your telling me all this and your fake made at me for what bitch..i didn't do shit |
| Victim Device 4 | Im not fake mad |
| The 2322 Number | What did I do.  Why are you made at me Bitch |
| Victim Device 4 | I don't trust u I don't trust shy your both sneaky and manipulating |
| The 2322 Number | Your still not telling me what I did.. |
| The 2322 Number | Exactly |
| The 2322 Number | Exactly..ive done nothing..no bitch wrong..you let her come in between us..she was doing faggot shit and you kept lieing for her..like I was stupid or I wasn't going to find out..i gave you multiple chances and you kept doing it..and you kept getting caught and she ran her mouth and told on yall..and now your made at me cause I found out..i told you to stop lieing for her but you didn't |
| Victim Device 4 | U say that I did but u did.  I don't care anymore.  I been in pocket since day one she says shit that fucks up our bond and now we don't have shit |
| Victim Device 4 | Fuck her |

| Victim Device 4 | And then u want me to teach her fuck her fuck her fuck her dude |
| Victim Device 4 | Im made at u bkus ur not honest |
| The 2322 Number | Im on ankle so yes you need to help her if I wasn't then no. |

### E. Duncan Used the 2322 Number to Manage Minor A's Prostitution Activity in Oakland Directly and Through Christian.

24. As referenced previously in this affidavit, on or around October 25, 2018, Oakland Police Department officers separately arrested Minor A and Christian as part of a prostitution sting near International Boulevard, an area of Oakland that is known for prostitution activity. Text messages between Christian and the user of the 2322 number recovered from Victim Device 4 demonstrate that Christian and Minor A were engaging in prostitution, coordinating with the user of the 2322 number shortly before they were arrested, and that the user of the 2322 number was monitoring Minor A's activity such that the user of the 2322 number told Christian that Minor A had been arrested.

| Text Messages Between Victim Device 4 and the 2322 Number [Extracted From Victim Device 4] | |
| --- | --- |
| The 2322 Number | Ok..hows the night going |
| Victim Device 4 | I just finished wit an hour for 220 its my first one |
| Victim Device 4 | Everyone else wanted a room |
| The 2322 Number | You in frisco or oak |
| Victim Device 4 | Oak |
| The 2322 Number | Ok |
| The 2322 Number | Duh?? Im tripping |
| Victim Device 4 | Lol |
| The 2322 Number | You good?? |
| Victim Device 4 | We are the only 2 bithces out here |

| | |
|---|---|
| Victim Device 4 | Like literally. |
| The 2322 Number | Well leave but she aint coming back until she make some more money |
| The 2322 Number | O no dont leave..until she make some money |
| The 2322 Number | When i call your phone bitch you pick up |
| The 2322 Number | Go to the car so she can get something |
| The 2322 Number | The police got her |

25.     During Minor A's arrest on October 25, 2018, Oakland Police Department officers seized a cellular phone from Minor A.  Minor A's cellular device was associated with the call number 916-912-8104 and was previously identified as "Victim Device 3."  Text messages between Victim Device 3 and the 2322 number demonstrate that Duncan was managing Minor A's prostitution activity and tracking Minor A's location as he did so.

| Text Messages Between Victim Device 3 and the 2322 Number [Extracted From Victim Device 3] | |
|---|---|
| The 2322 Number | What are you doing |
| The 2322 Number | Why you keep moving and stopping |
| Victim Device 3 | This trick just tried playing me |
| Victim Device 3 | I should spray him |
| The 2322 Number | What happen |
| Victim Device 3 | Saying i left my money |
| The 2322 Number | Wow |
| The 2322 Number | Did you date him?? |
| Victim Device 3 | Hell na |
| The 2322 Number | Wtf |
| Victim Device 3 | I told him to take me back |

| The 2322 Number | Smh |
|---|---|
| Victim Device 3 | That made me hella mad |
| The 2322 Number | Yeah me to |
| The 2322 Number | How is it going |
| Victim Device 3 | Everybdy wants a room |
| Victim Device 3 | So its kinda slow |
| The 2322 Number | Hmmm.it be like that |
| Victim Device 3 | Yup |
| The 2322 Number | Im not even gone ask you is you in pocket..im done trying.. |
| Victim Device 3 | 12 trippn so bad trixks askn how oldi am lol |
| The 2322 Number | You still giggling and laughing in front of ps ..smh |
| The 2322 Number | !! |
| The 2322 Number | Faggot ass bitch |
| Victim Device 3 | Noooo |
| [Texts Omitted] ||
| The 2322 Number | Much much you got |
| Victim Device 3 | Same |

**F.     Duncan Escaped from Custody on May 31, 2019.**

26.     On May 31, 2019, personnel from the FBI, CDCR, and other law enforcement agencies arrested Duncan when he visited his parole office at 1608 T Street in Sacramento.  Law enforcement arrested Duncan pursuant to an arrest warrant issued by the United States District Court for the Eastern District of California following his indictment by a grand jury described previously in this affidavit.  Agents handcuffed Duncan and placed him in an FBI vehicle.

27.     Incident to his arrest, CDCR personnel seized Subject Device 4.

28.     Minutes following his arrest, Duncan requested that one of the law enforcement officers present in the vehicle loosen his handcuffs.  The officer did so.  Moments later, Duncan slipped one of his hands through its handcuff, exited the FBI vehicle, and fled on foot through midtown Sacramento.

29.     FBI and CDCR personnel pursued Duncan.  CDCR personnel re-apprehended Duncan near the intersection of W and 18th Streets in Sacramento.  Duncan has been in law enforcement custody ever since.

**G.     Data Extracted From Subject Device 4 Has Not Been Reviewed.**

30.     Subject Device 4 is currently in the lawful possession of the FBI.  CDCR personnel who seized Subject Device 4 incident to Duncan's arrest transferred custody of Subject Device 4 to the FBI's custody following his arrest, where it has remained ever since.

31.     On or around June 6, 2019, FBI personnel from FBI's Computer Analysis and Response Team extracted the data from Subject Device 4 prior to issuance of a search warrant.  The data extraction set for Subject Device 4 was retained in the case file by the FBI.  To date, no employees of the FBI, the United States Attorney's Office for the Eastern District of California, or the United States Department of Justice have reviewed the contents of this data extraction set of Subject Device 4.

32.     Subject Device 4 is currently in storage at FBI headquarters at 2001 Freedom Way, Roseville, CA 95678.  In my training and experience, I know that Subject Device 4 has been stored in a manner in which its contents are, to the extent material to this investigation, in substantially the same state as they were when Subject Device 4 first came into the FBI's possession.

### IV.     TECHNICAL TERMS

33.     Based on my training and experience, I use the following technical terms to convey the following meanings:

a)     Wireless telephone:  A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication

through radio signals.  These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones.  A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone.  In addition to enabling voice communications, wireless telephones offer a broad range of capabilities.  These capabilities include:  storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet.  Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

b)      Digital camera:  A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film.  Digital cameras use a variety of fixed and removable storage media to store their recorded images.  Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader.  Removable storage media include various types of flash memory cards or miniature hard drives.  Most digital cameras also include a screen for viewing the stored images.  This storage media can contain any digital data, including data unrelated to photographs or videos.

c)      Portable media player:  A portable media player (or "MP3 Player" or iPod) is a handheld digital storage device designed primarily to store and play audio, video, or photographic files.  However, a portable media player can also store other digital data.  Some portable media players can use removable storage media.  Removable storage media include various types of flash memory cards or

miniature hard drives.  This removable storage media can also store any digital data.  Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

d)     GPS:  A GPS navigation device uses the Global Positioning System to display its current location.  It often contains records the locations where it has been.  Some GPS navigation devices can give a user driving or walking directions to another location.  These devices can contain records of the addresses or locations involved in such navigation.  The Global Positioning System (generally abbreviated "GPS") consists of 24 NAVSTAR satellites orbiting the Earth.  Each satellite contains an extremely accurate clock.  Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers.  These signals are sent by radio, using specifications that are publicly available.  A GPS antenna on Earth can receive those signals.  When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

e)     PDA:  A personal digital assistant, or PDA, is a handheld electronic device used for storing data (such as names, addresses, appointments, or notes) and utilizing computer programs.  Some PDAs also function as wireless communication devices and are used to access the Internet and send and receive e-mail.  PDAs usually include a memory card or other removable storage media for storing data and a keyboard and/or touch screen for entering data.  Removable storage media include various types of flash memory cards or miniature hard drives.  This removable storage media can store any digital data.  Most PDAs run computer software, giving them many of the same capabilities as personal computers.  For example, PDA users can work with word-processing documents, spreadsheets,

and presentations.  PDAs may also include GPS technology for determining the location of the device.

f)      Tablet:  A tablet is a mobile computer, typically larger than a phone yet smaller than a notebook, that is primarily operated by touching the screen.  Tablets function as wireless communication devices and can be used to access the Internet through cellular networks, 802.11 "wi-fi" networks, or otherwise.  Tablets typically contain programs called apps, which, like programs on a personal computer, perform different functions and save data associated with those functions.  Apps can, for example, permit accessing the Internet, sending and receiving e-mail, and participating in Internet social networks.

g)      Pager:  A pager is a handheld wireless electronic device used to contact an individual through an alert, or a numeric or text message sent over a telecommunications network.  Some pagers enable the user to send, as well as receive, text messages.

h)      IP address:  An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet.  An IP address is a series of four numbers, each in the range 0-255, separated by periods (for example, 121.56.97.178).  Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination.  Most Internet service providers control a range of IP addresses.  Some computers have static-that is, long-term-IP addresses, while other computers have dynamic, that is, frequently changed IP addresses.

i)      Internet:  The Internet is a global network of computers and other electronic devices that communicate with each other.  Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the communicating devices are in the same state.

34.     Based on my training, experience, and research, I know that Subject Device 4 has capabilities that allow it to serve as a wireless telephone, digital camera, portable media player, GPS navigation device, and PDA.  In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device.

### V.     ELECTRONIC STORAGE AND FORENSIC ANALYSIS

35.     Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time.  Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device.  This information can sometimes be recovered with forensics tools.

### A.     Forensic Evidence.

36.     As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how Subject Device 4 was used, the purpose of its use, who used it, and when.  There is probable cause to believe that this forensic electronic evidence might be on Subject Device 4 because:

a)     Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

b)     Forensic evidence on a device can also indicate who has used or controlled the device.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

c)     A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

///

d)      The process of identifying the exact electronically stored information on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators.  Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves.  Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

e)      Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

f)      I know that when an individual uses an electronic device to communicate during the course of a sex trafficking conspiracy, the individual's electronic device will generally serve both as an instrumentality for committing the crime, and also as a storage medium for evidence of the crime.  The electronic device is an instrumentality of the crime because it is used as a means of committing the criminal offense.  The electronic device is also likely to be a storage medium for evidence of crime.  From my training and experience, I believe that an electronic device used to commit a crime of this type may contain: data that is evidence of how the electronic device was used; data that was sent or received; and other records that indicate the nature of the offense.

**B.      <u>Nature of Examination.</u>**

37.     Based on the foregoing, and consistent with Rule 41(e)(2)(B) of the Federal Rules of Criminal Procedure, the warrant I am applying for would permit the examination of Subject Device 4 consistent with the warrant.  The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might

///

expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

### C.   **Manner of Execution.**

38.     Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises.  Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

## VI.     CONCLUSION

39.     I submit that this affidavit supports probable cause for a search warrant authorizing the examination of Subject Device 4, and the review of the contents of the data extraction set of Subject Device 4 previously generated by FBI personnel, described in Attachment A to seek the items described in Attachment B.

Respectfully submitted,

_/s/ Ryan Penna_____
RYAN J. PENNA
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
telephonically, consistent with Rule 4.1 of the
Federal Rules of Criminal Procedure, on:      _December 21, 2021_____

_____
THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

_/s/ SAM STEFANKI_____
Approved as to form by AUSA SAM STEFANKI

## ATTACHMENT A

The property to be searched is an Apple iPhone 6s mobile telephone, bearing serial number FK1XW470HFLR, hereinafter "Subject Device 4."  Subject Device 4 is currently located at FBI headquarters at 2001 Freedom Way, Roseville, CA 95678.

This warrant authorizes the forensic examination of Subject Device 4 for the purpose of identifying the electronically stored information described in Attachment B.  This warrant also authorizes the examination of the contents of the data previously extracted from Subject Device 4 for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1.      All evidence and fruits of violations of 18 U.S.C. §§ 1591, 1594(c), or 751(a) since July 2018, including:

a)      Any images which appear to relate to prostitution;

b)      Any items, information or records, which reference Internet prostitution websites or transactions;

c)      Any items, information, records, or prostitution-related images related to or used to further prostitution;

d)      Any items, information, or records which contain information pertaining to any individual's interest in the sex trafficking of minors;

e)      Information, electronic records, or correspondence pertaining to the sex trafficking of minors or adults, or by force, fraud, or coercion including, but not limited to electronic mail, chat logs, and electronic or other instant messages, relating to sex trafficking;

f)      Any communications related to victim Minor A, or related to acts of prostitution;

g)      Any communications related to Eva Symone Christian, or related to acts of prostitution;

h)      Any records, videos, or audio files that relate to prostitution;

i)      Any entries in the contacts list of Subject Device 4 related to prostitution;

j)      Any messages, images, or video files concerning Duncan, Christian, or Minor A, either together or individually, that appear to show a relationship between those individuals;

k)      Evidence identifying the source of prostitution-related images; and

l)      Evidence regarding Duncan's knowledge of any investigation involving Duncan, Christian, and/or Minor A;

m)      Evidence regarding any plan or efforts by Duncan to evade apprehension by law enforcement;

n)      Evidence of the location from which access to prostitution-related Internet sites were made.

2.      Evidence of user attribution showing who used or owned Subject Device 4 at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "items." "images," "records," and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing, drawing, painting); any

mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the investigating agency may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

**ATTACHMENT C**

AO 106 (Rev. 04/10) Application for a Search Warrant

**SEALED**

**FILED**

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

NOV 30 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

In the Matter of the Search of )
)
a black LG phone, model LM-X210MA, IMEI number )
357093-09-531513-5, and any internal storage, )
currently held by the FBI located at 2001 Freedom )
Way, in Roseville, California. )
)

Case No.

**2: 1 8 - SW - 9 7 6    KJN**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

**SEE ATTACHMENT A2, attached hereto and incorporated by reference.**

located in the _____ Eastern _____ District of _____ California _____, there is now concealed *(identify the person or describe the property to be seized):*

**SEE ATTACHMENT B2, attached hereto and incorporated by reference**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1591 | Sex trafficking of minors |

The application is based on these facts:

**SEE AFFIDAVIT, attached hereto and incorporated by reference.**

☐ Continued on the attached sheet.

☐ Delayed notice _____ days (give exact ending date if more than 30 _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Ryan J. Penna, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov 30, 2018

_____
*Judge's signature*

City and state: Sacramento, California

Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

**<u>AFFIDAVIT IN SUPPORT OF SEARCH WARRANT</u>**

I, Ryan J. Penna, having been first duly sworn, depose and state as follows:

1.        I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since September 2012. I am currently assigned to the Sacramento Division. While employed by the FBI, I have investigated federal criminal violations related to, among other things, violent crimes, child exploitation, and human trafficking. I have gained experience through training at the FBI Academy as well as through my work related to conducting these types of investigations and others. I have received training in the area of child exploitation and human trafficking, and have reviewed numerous examples of investigations of sex trafficking of children (as defined in 18 U.S.C. § 1591). Additionally, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 1591, and I am authorized by the Attorney General to request a search warrant.

2.        I submit this Affidavit in support of search warrants authorizing searches of five electronic devices: (i) a silver iPhone, model A1549, International Mobile Equipment Identity ("IMEI") 359232064535186, and any internal storage ("**Victim Device 1**"); (ii) a black LG phone, model LM-X210MA, IMEI number 357093-09-531513-5, and any internal storage ("**Victim Device 2**"); (iii) a black LG phone, model LM-X210MA, IMEI number 357093-09-888766-8, and any internal storage ("**Victim Device 3**"); (iv) a compact disk bearing the labels: "18-054162" and "S1 Phone Extraction," written in black marker, that contains a digital extraction of the content of E.S.C.'s cellular telephone ("**Victim Device 4**"); (v) a black LG phone, model LM-X210MA, IMEI number 357093-09-638547-5, and any internal storage ("**Subject Device 1**"); and (vi) a silver iPhone, model A1549, IMEI number 359231063189946, and any internal storage ("**Subject Device 2**").

3.        **Victim Device 1** was seized by Sacramento police incident to C.M.A.'s arrest on July 25, 2018, and relinquished to the FBI for a consensual search on October 31, 2018. **Victim Device 2** was provided to the FBI by M.A. (C.M.A.'s mother) on October 12, 2018, after abandonment by C.M.A. **Victim Device 3** was seized by Oakland police incident to C.M.A.'s arrest on October 25, 2018, and relinquished to the FBI for a consensual search on November 9, 2018. Oakland police

1

1  delivered **Victim Device 4** to the FBI on November 9, 2018, after E.S.C. consented to the search of her

2  cellular telephone on October 25, 2018. **Subject Device 1** was seized by California Department of

3  Corrections and Rehabilitation ("CDCR") incident to the arrest of Robert Duncan ("Duncan"), on

4  October 29, 2018, and relinquished to the FBI for a consensual search on October 31, 2018. At the

5  request of Duncan's parole officer, **Subject Device 2** was seized from Duncan by Sacramento police

6  department incident to a traffic stop on November 11, 2018, and relinquished to the FBI on November

7  28, 2018.  The **Victim Devices** and **Subject Devices** are lawfully in the possession of the FBI and

8  currently stored at the Sacramento FBI offices, located at 2001 Freedom Way, in Roseville, California.

9  ## STATUTORY AUTHORITY

10       4.     This investigation concerns alleged violations of Title 18, United States Code, Section

11  1591, relating to sex trafficking (the "Specified Federal Offense"). As the Court is aware, among other

12  things, that provision imposes criminal liability on any person who, in or affecting interstate or foreign

13  commerce, knowingly recruits, entices, harbors, transports, provides, obtains, maintains, patronizes, or

14  solicits a person knowing, or, in reckless disregard of the fact, that the person had not attained the age of

15  18 years and will be caused to engage in a commercial sex act. Stated more simply, the statute

16  criminalizes sex trafficking of minors. The statute also criminalizes sex trafficking or "pimping" of adults

17  by means of force, threats of force, fraud, coercion, or any combination of such means used to cause the

18  person to engage in a commercial sex act.[1]

19       5.     I submit that probable cause exists to believe that the **Victim Devices** and **Subject**

20  **Devices** contain evidence, fruits, and instrumentalities of violations of the Specified Federal Offense. I

21  request authority to search the **Victim Devices** and **Subject Devices**, where the items specified in

---

[1] The statute states, in relevant part:

(a)  Whoever knowingly—(1) in or affecting interstate or foreign commerce …recruits, entices, harbors, transports, provides, obtains, advertises, maintains, patronizes, or solicits by any means a person; or (2) benefits, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1), knowing, or, except where the act constituting the violation of paragraph (1) is advertising, in reckless disregard of the fact, that means of force, threats of force, fraud, coercion … or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, shall be punished….

2

1   Attachments A1 through A6 may be found, and to seize all items listed in Attachments B1 through B6

2   as instrumentalities, fruits, and evidence of crime.

3        6.     The statements in this Affidavit are based in part on information provided to me by other

4   law enforcement officers, their written and verbal reports to me, and on my own investigation of this

5   matter. Since this Affidavit is being submitted for the limited purpose of securing search warrants, I

6   have not included each and every fact known to me concerning this investigation. I have only set forth

7   the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and

8   instrumentalities regarding violations of the Specified Federal Offense may be located within the

9   **Victim Devices** and **Subject Devices**.

10   **DEFINITIONS**

11        7.     The following definitions apply to this Affidavit and its Attachments:

12        a.     The term "abuse or threatened abuse of law or legal process," as defined in 18

13   U.S.C. § 1591(e)(1), refers to the use or threatened use of a law or legal process, whether

14   administrative, civil, or criminal, in any manner or for any purpose for which the law was not designed,

15   in order to exert pressure on another person to cause that person to take some action or refrain from

16   taking some action.

17        b.     The term "coercion," as defined in 18 U.S.C. § 1591(e)(2), refers to threats of

18   serious harm to or physical restraint against any person; any scheme, plan, or pattern intended to cause

19   a person to believe that failure to perform an act would result in serious harm to or physical restraint

20   against any person; or the abuse of threatened abuse of law or legal process.

21        c.     The term "commercial sex act," as defined in 18 U.S.C. § 1591(e)(3), refers to

22   any sex act, on account of which anything of value is given to or received by any person.

23        d.     The term "serious harm," as defined in 18 U.S.C. § 1591(e)(4), refers to any

24   harm, whether physical or nonphysical, including psychological, financial, or reputational harm , that is

25   sufficiently serious, under all the surrounding circumstance, to compel a reasonable person of the same

26   background and in the same circumstances to perform or to continue performing commercial sexual

27   activity in order to avoid incurring that harm.

28        e.     The term "venture," as defined in 18 U.S.C. § 1591(e)(5), refers to any group of

3

1 | two or more individuals associated in fact, whether or not a legal entity.

2 | **BACKGROUND REGARDING SEX TRAFFICKING**

3 | 8.     I have had both training and experience in investigations involving mobile devices as

4 | instrumentalities, fruits, and evidence of crime regarding sex trafficking. Based on my training,

5 | experience and knowledge, I am aware of the following traits of prostitution and how the Internet,

6 | computers, and cell phones are used to further the activities of illegal prostitution:

7 | a.     Individuals who, through enticement, intimidation, or force, enlist individuals to

8 | become prostitutes, and who profit from the prostitution of others are called "pimps." Pimps are

9 | sometimes referred to euphemistically as "management." Prostitutes who are not working with a pimp

10 | are sometimes referred to as "rogue" or "renegade."

11 | b.     Pimps, as well as prostitutes, have embraced the Internet as a means of

12 | advertising services and communicating with customers.

13 | c.     Pimps often try to recruit new victims by using social media sites such as

14 | Facebook.com, Instagram and Snapchat. Pimps often communicate with victims via social media

15 | applications after recruiting a victim to work for them. Prostitutes working for the same pimp will often

16 | use social media to communicate with each other and their pimp.

17 | d.     Certain websites have been created to facilitate communications between

18 | prostitutes and their clients. These websites allow pictures to be posted as part of advertisements. The

19 | more notable websites formerly relevant to prostitution in the Eastern District of California include the

20 | "Adult" section of Backpage.com, as well as nightshift.co.  New up and coming escort websites include

21 | Skipthegames.com and Adultlook.com.

22 | e.     Pimps attempt to avoid the attention of law enforcement through the anonymity

23 | provided by the Internet.

24 | f.     Prostitutes are instructed by the pimp on how to detect undercover officers. When

25 | arranging "dates" with clients over the phone, prostitutes rarely discuss the details regarding the sexual

26 | acts that are to occur. Those more detailed discussion typically occur when the prostitute and client meet

27 | in person.

28 | g.     Pimps at times use physical force, threats of physical force, and/or fear to control

4

the prostitutes. They control the prostitutes' actions, and collect money earned through acts of prostitution. Pimps facilitate prostitution by transporting the prostitutes to locations where the prostitution occurs. The pimps, at times, transport prostitutes across state lines for the purpose of prostitution.

h.      Prostitutes and/or pimps often stay in motels/hotels while traveling. The prostitutes and pimps travel via rental vehicles, vehicles, airplane, or bus during their travels. The pimps utilize the monies earned during acts of prostitution to purchase food, lodging, clothing and other items.

i.      Pimps sometimes possess firearms to facilitate their sex trafficking.

j.      The pimps often provide drugs to the prostitutes to suppress their appetites and to assist with the physical and psychological demands of performing sex acts with strangers and others over long durations of time.

k.      The term "daddy" is commonly used by prostitutes when referring to their pimps. The pimp's phone number is often programmed as "daddy" in the prostitutes' cellular phone.

l.      Pimps often request or force their prostitutes to obtain tattoos of names and/or symbols that are related to the pimp's name or nickname.

m.      Prostitutes use cellular telephones as a way to communicate with pimps and clients. These phone numbers are included in the advertisements that are posted on various prostitution-facilitating websites. Prostitutes, pimps and clients communicate via voice calls, text messages, and email.

n.      Pimps and prostitutes use cellular telephones to transmit photographs to email accounts and/or prostitution advertisement websites.

o.      Pimps and prostitutes use personal email accounts to post their advertisements on prostitution advertisement websites.

**BASIS FOR PROBABLE CAUSE**

A.      **Summary of the investigation.**

9.      As set forth in more detail below, this investigation focuses on the pimping of an underage female, C.M.A., by Duncan.  The investigation incorporates information obtained by C.M.A.'s mother, M.A, who worked at her own initiative to identify Duncan as C.M.A.'s pimp.

1  M.A.'s efforts include her review of cellular telephones used by C.M.A.  M.A. also spoke to at least

2  one prostitute on Stockton Boulevard, in Sacramento, who identified Duncan as C.M.A.'s pimp and

3  identified Duncan's mother. M.A. later identified Duncan's residence, a car driven by Duncan,

4  Duncan's email address, and Duncan's telephone number. The investigation also incorporates

5  information provided by R.A., who is C.M.A.'s father and M.A.'s ex-husband. The investigation has

6  linked Duncan to E.S.C., an adult suspected of being pimped by Duncan, and associate of C.M.A. The

7  investigation also includes lawfully intercepted recordings of Duncan discussing prostitution activities

8  with others.

9  **B.**    **Investigators identify C.M.A. as a minor being used in prostitution.**

10       10.    On July 25, 2018, Sacramento Police officers contacted John Morris ("Morris.") on

11  Stockton Boulevard in Sacramento. Morris, who worked as a security guard for Paladin Security, had

12  noticed three females in the southwest corner of the parking lot who, based on their actions and dress,

13  he believed were soliciting passing vehicles for prostitution.

14       11.    Morris observed a white female who appeared to be a juvenile ("UF1"). UF1 was

15  wearing short jean shorts, a low cut white shirt, and large hoop earrings. Morris saw UF1 engage in a

16  brief conversation with the driver of a white Honda before getting in the car and driving away. Shortly

17  thereafter, Morris witnessed UF1 back in the parking lot. Morris later witnessed UF1 speak with a

18  Hispanic male in an older model four-door sedan.

19       12.    Law enforcement officers arrived and made contact with UF1, who repeatedly identified

20  herself to officers as "Seanna James," and gave a birth date in June 1998. Officers ran the name and

21  date of birth UF1 provided through the law enforcement database Cal-Photo. The individual in Cal-

22  Photo associated with the name and birth date UF1 provided was not UF1. Officers placed UF1 under

23  arrest for violation of California Penal Code ("Cal. P.C.") sections 529 (false impersonation) and

24  653.22 (loitering for the purpose of prostitution).

25       13.    While detained in the backseat of a law enforcement vehicle, UF1 pulled an unopened

26  "Lifestyles" condom from her bra and attempted to conceal it from officers.

27       14.    As deputies at the jail were setting up a "Grab-Em" device to positively identify UF1,

28

UF1 identified herself as C.M.A., and provided a birth date in July 2001.[2] C.M.A. provided her father's name, R.A., and his telephone number. Officers contacted R.A., and he verified his daughter's name and date of birth.

15.     C.M.A. was transported to Sacramento Juvenile Hall and charged with violating Cal. P.C. 529. Under California law, Cal. P.C. 647(b), minors cannot be found guilty of prostitution. Accordingly, C.M.A was not charged with violating Cal. P.C. 653.22. C.M.A.'s cellular telephone, **Victim Device 1**, was booked by Sacramento police for safekeeping. On October 31, 2018, Sacramento police relinquished **Victim Device 1** to the FBI.

**C.     Investigators identify Robert Duncan as C.M.A.'s suspected pimp.**

16.     On September 24, 2018, Sacramento Sheriff's Department responded to a call regarding a disturbance between a father and his daughter. The dispatch call stated the daughter was being pimped out by a male who had fled the scene, and her dad was restraining her.

17.     Upon arrival at the scene, deputies met C.M.A, her father, R.A., and her mother, M.A. (who is R.A.'s ex-wife). C.M.A. had been arguing with her parents, because they thought she had been prostituting and C.M.A. claimed she was not.

18.     R.A. worked the night shift. M.A.'s twelve-year-old daughter previously told M.A. that every night after R.A. went to work, C.M.A. left R.A.'s apartment. M.A. spoke with several of R.A.'s neighbors, who confirmed that C.M.A. left in the evenings after R.A. went to work and returned the following morning. Several neighbors witnessed a dark colored BMW pick up and drop off C.M.A. on several occasions. R.A.'s neighbors also told M.A. they witnessed numerous men going in and out of R.A.'s apartment while R.A. was not home.

19.     M.A. told deputies and the FBI that she spoke with unidentified prostitutes on Stockton Boulevard in Sacramento. One unidentified prostitute ("UF2") positively identified photographs of C.M.A., and stated that C.M.A. represented herself as twenty years old and had previously stayed at UF2's house. UF2 told M.A. that C.M.A.'s pimp was named "Rob." UF2 pulled up Rob's Facebook

---

[2] Based on my training and experience, I am aware that a "Grab-Em" device is a device that uses an individual's fingerprints for positive identification.

page for M.A., which was under the name: "Rob Roca." M.A. showed deputies, and later provided the FBI, with screenshots of Rob Roca's Facebook page. UF2 also knew who Rob's mother was and pulled up her Facebook page, which was under the name: Genelle Montue. M.A. showed deputies, and later provided the FBI, with screenshots of Genelle Montue's Facebook page.

20.     R.A. told deputies that he believed C.M.A. was being pimped out. R.A. witnessed a man matching the photograph of "Rob Roca" in a dark colored BMW drop off C.M.A at R.A.'s apartment. R.A. obtained a photograph of the dark-colored BMW that dropped off C.M.A. as it was leaving the parking lot, which bore California license plate number: 6FVS841. A records check revealed the vehicle was registered to "Genelle Duncan" ("G.D."). A records check of known associates of G.D. revealed a male named Robert Duncan ("Duncan"). Deputies positively matched the photograph of Duncan to photographs on "Rob Roca's" Facebook page—the man UF2 identified as C.M.A.'s pimp.

21.     While deputies were at R.A.'s apartment, C.M.A. was in possession of **Victim Device 2**, which continuously received calls from telephone number: 916-370-1486 (the "1486 Number"). That number was programmed into **Victim Device 2** under the name: "Daddy." M.A. called C.M.A.'s cell phone and caller identification "Mom" appeared, indicating that **Victim Device 2** belonged to C.M.A.

22.     **Victim Device 2** was passcode protected. C.M.A. told deputies that it was not her cellular telephone and that she did not know the passcode. M.A.'s twelve-year-old daughter said C.M.A. had previously given her passcode "74343" to a different cell phone. M.A.'s twelve-year-old daughter stated that C.M.A. never changed her passcodes and believed "74343" would unlock **Victim Device 2**. M.A. tried passcode "74343" on **Victim Device 2** and it unlocked.

23.     C.M.A. told deputies that she refused to stay with her parents. C.M.A. was transported to a children's receiving home. Sacramento County Child Protective Services placed C.M.A. at Woodland Youth Services ("WYS"), in Woodland, California.

24.     M.A. later explained to me that she did not recognize **Victim Device 2**. C.M.A. abandoned **Victim Device 2** at R.A.'s apartment when she was taken to the WYS children's receiving home by Sacramento Sherriff's deputies. M.A. relinquished **Victim Device 2** to the FBI on October 12, 2018.

25.     On October 10, 2018, staff at WYS observed a gold Toyota sedan, black male driver,

8

1   between 12:00am to 12:10am idling in the parking lot. WYS staff found the behavior at that time of

2   day suspicious. C.M.A. was last seen in her bed during a 3:30am check. At the 4:00am check, C.M.A.'s

3   bed was empty and the window was open. WYS filed a missing person report. Woodland police

4   initiated a missing person case and created a missing person bulletin. An arrest warrant was issued

5   alleging C.M.A. violated the conditions of her probation.

6   **D.   M.A.'s efforts to confirm Robert Duncan is C.M.A.'s pimp.**

7          26.   M.A. observed a tracking application on **Victim Device 2** that depicted a "heart" symbol

8   on New Hope Street in Galt, California (the "Galt House"). M.A. drove to the Galt House and spoke

9   with neighbors of that residence. The neighbors with whom M.A. spoke identified photographs of

10   Duncan and C.M.A. The neighbors confirmed that G.D. owned the Galt House and they had seen

11   Duncan and C.M.A. there on multiple occasions.

12          27.   M.A. provided Woodland police and the FBI with photographs and videos she obtained

13   from the contents of **Victim Device 2**. Some of the photographs and screenshots M.A. had obtained

14   from **Victim Device 2** include but are not limited to photographs of Duncan in R.A.'s apartment, a

15   screenshot of caller identification "Daddy" associated with the 1486 Number, and emails pertaining to

16   adult escort advertisements and payment information.

17          28.   M.A. obtained a video from a man named "PJ," who stated he met C.M.A. in Oakland

18   while C.M.A. was prostituting. In the video, C.M.A. provided PJ with her new cell phone number: 916-

19   912-1375, and identified it as her "trap" phone.[3] In the video, C.M.A. shouted from PJ's car window to

20   an unidentified female ("UF3"). C.M.A. told PJ that UF3 was her "wifey."[4] C.M.A. exited PJ's car and

21   walked to a silver Infiniti sedan.

22          29.   Woodland police identified the license plate number of the silver Infiniti sedan observed

23   in the video provided by PJ. The registration came back to a Selecia Kendrix. Officers spoke with

24   Selecia Kendrix's daughter Jolecia Kendrix, who told them the vehicle was being driven by Selecia

25   _____

26   [3] Based on my experience and training, I am aware that a "trap" phone is slang for a phone used for purposes
of prostitution.

27   [4] Based on my experience and training, I am aware that the term "wifey" is a term victims' use to refer to the
other girls being exploited by the same trafficker or pimp.

28

1  Kendrix's granddaughter, E.S.C.

2      30.    A records check with the Department of Motor Vehicles listed E.S.C.'s address as an

3  apartment on Florence Avenue, in San Jose, California.

4      31.    M.A. received a Facebook friend request from J.T., who has been best friends with

5  C.M.A. for the last few years. According to J.T., C.M.A. told J.T. that she (C.M.A.) was engaged in

6  prostitution and was going to live with her "wifey" from San Jose.

7      32.    M.A. provided the FBI with a screenshot of telephone number 408-686-2020 from

8  R.A.'s cellular telephone. R.A. received a call from C.M.A. on telephone number 408-686-2020 in late

9  September 2018. A record check of telephone number 408-686-2020 revealed registered owner as

10  E.S.C.

11  **E.**    **C.M.A. and E.S.C. are arrested on the same day for prostitution.**

12      33.    On October 25, 2018, Oakland police encountered C.M.A. while conducting an anti-

13  prostitution operation. C.M.A. entered an undercover officer's vehicle for the purposes of prostitution.

14  Officers positively identified C.M.A. and placed her under arrest for an outstanding arrest warrant in

15  Sacramento County. C.M.A. attempted to destroy **Victim Device 3**, which was in her possession at the

16  time. Oakland police seized **Victim Device 3** incident to C.M.A.'s arrest and booked it as evidence.

17      34.    While conducting the same operation on October 25, 2018, Oakland police encountered

18  E.S.C, who entered an undercover officer's vehicle for the purposes of prostitution. Officers positively

19  identified E.S.C. and placed her under arrest for violating Cal. P.C. 647(B) (disorderly conduct:

20  prostitution). Incident to her arrest, E.S.C. removed two condoms from her groin area. E.S.C. provided

21  Oakland police consent to search her cellular telephone, an LGE, model LM-X210(G), with IMEI:

22  357093098887742. Oakland police extracted the content of E.S.C.'s telephone and copied that content

23  to a compact disk.  On November 9, 2018, Oakland police provided a copy of that compact disk—

24  containing the digital content of E.S.C.'s telephone—to the FBI (**Victim Device 4**).

25  **F.**    **Additional evidence that Duncan is engaged in pimping of C.M.A. and others.**

26      35.    A confidential human source ("CHS-1") developed by CDCR had been to E.S.C.'s

27  apartment in Natomas, California. CHS-1 had seen Duncan at the apartment and stated that Duncan

28  was living with E.S.C. CHS-1 identified E.S.C. as the person Oakland police encountered along with a

1   Caucasian juvenile on October 25, 2018.[5] Later, CDCR spoke with the landlord of E.S.C's apartment

2   who confirmed Duncan was living with E.S.C.

3       36.     Two online advertisements for C.M.A. were located on "adultsearch.com," a website

4   known by law enforcement to advertise prostitution, under the section "female-escorts." M.A.

5   positively identified the photographs used in both advertisements as her juvenile daughter, C.M.A. The

6   telephone number listed on both of advertisements concerning C.M.A. advised customers to call or text

7   the 1486 Number.

8       37.     Duncan, using the 1486 Number, was lawfully recorded on a Title III wire intercept,

9   ordered by a United States District Judge in the Eastern District of California, in a separate human

10  trafficking investigation. Duncan was identified in those intercepted call as "Rob," and discussed

11  pimping girls and other illicit matters. During an intercepted call on September 8, 2018, Duncan

12  referred to his "San Jose bitch."

13      38.     On October 29, 2018, Duncan was arrested for violating conditions of his parole.

14  Incident to arrest, **Subject Device 1** was seized. CDCR relinquished **Subject Device 1** to the FBI on

15  October 31, 2018. CHS-1 stated that **Subject Device 1** was not the phone Duncan normally carried.

16  Duncan usually contacted CHS-1 from the 1486 Number.

17      39.     On November 11, 2018, Sacramento police performed a traffic stop on Duncan.

18  Sacramento police seized Duncan's cellular telephone (**Subject Phone 2**), at the request of CDCR.

19  CDCR later relinquished **Subject Phone 2** to the FBI on November 28, 2018.

20                  **ELECTRONIC STORAGE AND FORENSIC ANALYSIS**

21      40.     Based on my knowledge, training, and experience, I know that electronic devices can

22  store information for long periods of time. Similarly, things that have been viewed via the Internet are

23  typically stored for some period of time on the device. This information can sometimes be recovered

24  with forensics tools.

25      41.     Forensic evidence.  As further described in Attachment B, this application seeks

26  permission to locate not only electronically stored information that might serve as direct evidence of

27  _____

28  [5] CHS-1 has provided accurate and reliable to investigators in the past.

                                                11

the crimes described on the warrant, but also forensic evidence that establishes how the Victim Devices and Subject Device were used, the purpose of its use, who used it, and when. There is probable cause to believe that this forensic electronic evidence might be on the **Victim Devices** and **Subject Devices**.

    a.    Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

    b.    Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

    c.    A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

    d.    The process of identifying the exact electronically stored information on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

    e.    Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

    f.    I know that when an individual uses an electronic device, the individual's electronic device will generally serve both as an instrumentality for committing the crime, and also as a storage medium for evidence of the crime. The electronic device is an instrumentality of the crime because it is used as a means of committing the criminal offense. The electronic device is also likely to be a storage medium for evidence of crime. From my training and experience, I believe that an electronic device used to commit a crime of this type may contain: data that is evidence of how the electronic device was used; data that was sent or received; and other records that indicate the nature of the offense.

42.     Nature of examination. Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the **Victim Devices** and **Subject Devices** consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

43.     Manner of execution. Because this warrant seeks only permission to examine devices already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

44.     Based on the foregoing, I respectfully submit there is probable cause to believe that the **Victim Devices** and **Subject Devices** contain evidence, contraband and/or fruits of violations of the Specified Federal Offenses.

## CONCLUSION

45.     The **Victim Devices** and **Subject Devices** are currently in the lawful possession of the FBI, stored at the Sacramento FBI offices, located at 2001 Freedom Way, in Roseville, California 95678.  I submit that this Affidavit supports probable cause for search warrants authorizing the examination of the **Victim Device** and the **Subject Devices** described in Attachments A1 through A6, to seek the items described in Attachments B1 through B6.

2.     I also respectfully request that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant. I believe that sealing this document is necessary because the warrant is relevant to an ongoing investigation into the criminal organizations as not all of the targets of this investigation will be searched at this time.  Based upon my training and experience, I have learned that, online criminals actively search for criminal affidavits and search warrants via the internet, and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online.  Premature disclosure of the contents of this Affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

1   I swear, under penalty of perjury, that the foregoing Information is true and correct, to the best of

2   my knowledge, information and belief.

3

4   _____
    Ryan J. Penna, Special Agent

5   Federal Bureau of Investigation

6   Approved as to form.

7

8   _____
    ANDRE M. ESPINOSA

9   Assistant United States Attorney

10  Subscribed and sworn to me this ___30___ day of

11  November, 2018

12

13  _____
    Honorable Kendall J. Newman

14  United States Magistrate Judge
    Sacramento, California

15

16

17

18

19

20

21

22

23

24

25

26

27

28

14

## ATTACHMENT A2

The following items will be searched for evidence, fruits, and instrumentalities, as described in Attachment B2:

**Victim Device 2**: a black LG phone, model LM-X210MA, IMEI number 357093-09-531513-5, and any internal storage

**Victim Device 2** is currently stored at the Sacramento FBI, located at 2001 Freedom Way, in Roseville, California.

This warrant authorizes the forensic examination of the **Victim Device 2** for the purpose of identifying the electronically stored information described in Attachment B2.

**ATTACHMENT B2**

The following evidence and fruits of violations of Title 18, United States Code, Sections 1591, relating to material involving sex trafficking (the "Specified Federal Offense"), will be seized by law enforcement from **Victim Device 2**:

1. Any images saved to **Victim Device 2** and any internal storage media which appear to relate to prostitution;

2. Any items, information or records which reference internet prostitution websites or transactions;

3. Any items, information, records or prostitution-related images related to or used to further prostitution;

4. Any items, information, or records which contain information pertaining to any individual's interest in the sex trafficking of minors or adults by force, fraud, or coercion;

5. Information, electronic records, or correspondence pertaining to the sex trafficking of minors or adults, or by force, fraud, or coercion including, but not limited to electronic mail, chat logs, and electronic or other instant messages, relating to sex trafficking;

6. Any text messages in inbox or outbox folders related to victims C.M.A. or E.S.C., or related to acts of prostitution;

7. Any incoming phone calls, text messages, or videos that relate to customers of prostitution;

8. Any entries in the phone contacts related to the sex trafficking;

9. Any messages, images, or videos concerning Duncan, C.M.A. or E.S.C., either together or individually, that appear to show a relationship between those individuals;

10. Evidence identifying the source of prostitution-related images; and

11. Evidence of the location from which access to prostitution-related internet sites were made;

As used above, the terms "items", "images", "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

SEALED

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

In the Matter of the Search of )
a black LG phone, model LM-X210MA, IMEI )
number 357093-09-531513-5, and any internal )
storage, currently held by the FBI located at 2001 )
Freedom Way, in Roseville, California. )

Case No. 2: 1 8 - SW - 9 7 6    KJN

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____ Eastern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A2, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B2, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before *Dec 14, 2018* _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern
District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: `Nov. 30, 2018  11:00 am`                          _____
                                                                                                            *Judge's signature*

City and state:    Sacramento, California                 Kendall J. Newman, U.S. Magistrate Judge
                   _____           _____
                                                                              *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          _____
Signature of Judge                                                    Date

1

**ATTACHMENT A2**

2     The following items will be searched for evidence, fruits, and instrumentalities, as described in

3 Attachment B2:

4

**Victim Device 2**: a black LG phone, model LM-X210MA, IMEI number 357093-09-531513-5, and any

5 internal storage

6

7

8     **Victim Device 2** is currently stored at the Sacramento FBI, located at 2001 Freedom Way, in

9 Roseville, California.

10

11     This warrant authorizes the forensic examination of the **Victim Device 2** for the purpose of

12 identifying the electronically stored information described in Attachment B2.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTACHMENT B2**

The following evidence and fruits of violations of Title 18, United States Code, Sections 1591, relating to material involving sex trafficking (the "Specified Federal Offense"), will be seized by law enforcement from **Victim Device 2**:

1.  Any images saved to **Victim Device 2** and any internal storage media which appear to relate to prostitution;

2.  Any items, information or records which reference internet prostitution websites or transactions;

3.  Any items, information, records or prostitution-related images related to or used to further prostitution;

4.  Any items, information, or records which contain information pertaining to any individual's interest in the sex trafficking of minors or adults by force, fraud, or coercion;

5.  Information, electronic records, or correspondence pertaining to the sex trafficking of minors or adults, or by force, fraud, or coercion including, but not limited to electronic mail, chat logs, and electronic or other instant messages, relating to sex trafficking;

6.  Any text messages in inbox or outbox folders related to victims C.M.A. or E.S.C., or related to acts of prostitution;

7.  Any incoming phone calls, text messages, or videos that relate to customers of prostitution;

8.  Any entries in the phone contacts related to the sex trafficking;

9.  Any messages, images, or videos concerning Duncan, C.M.A. or E.S.C., either together or individually, that appear to show a relationship between those individuals;

10. Evidence identifying the source of prostitution-related images; and

11. Evidence of the location from which access to prostitution-related internet sites were made;

As used above, the terms "items", "images", "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

2

**ATTACHMENT D**

AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of | ) |
| | ) |
| THE CELLULAR TELEPHONE ASSIGNED | ) |
| CALL NUMBER (916) 745-2322 | ) |
| | ) |

Case No.

2:19 - SW - 0 1 4 7     KJN

**SEALED**

**FILED**

FEB 2 6 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

**SEE ATTACHMENT A-4, attached hereto and incorporated by reference.**

located in the _____ District of _____ New Jersey _____ , there is now concealed *(identify the person or describe the property to be seized):*

**SEE ATTACHMENT B, attached hereto and incorporated by reference**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 159(a)(1), (b)(2); | Sex Trafficking of a Child; |
| 18 U.S.C. § 1594(c). | Sex Trafficking Conspiracy. |

The application is based on these facts:

**SEE AFFIDAVIT, attached hereto and incorporated by reference.**

- ☐ Continued on the attached sheet.
- ☑ Delayed notice __30__ days (give exact ending date if more than 30 _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Ryan J. Penna, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  Feb 26, 2019

_____
*Judge's signature*

City and state:  Sacramento, California

Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

1

2

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

3

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

4

I, Ryan J. Penna, being first duly sworn, hereby depose and state as follows:

5

**I.     INTRODUCTION AND AGENT BACKGROUND**

6     1.     I make this affidavit in support of an application for search warrants under Federal Rule

7   of Criminal Procedure 41 and 18 U.S.C. §§ 2703(c)(1)(A) for information about the location of the

8   cellular telephones assigned call number (916) 370-1486 (**"Target Cell Phone 1"**), (916) 968-1693

9   (**"Target Cell Phone 2"**), (916) 745-2096 (**"Target Cell Phone 3"**), (916) 745-2322 (**"Target Cell**

10  **Phone 4"**), and (916) 912-8104 (**"Target Cell Phone 5"**), all of which are administered by service

11  provider T-Mobile US, Inc., a wireless telephone service provider headquartered at 4 Sylvan Way,

12  Parsippany, NJ 07054, LERINBOUND@T-Mobile.com.  The Target Cell Phones are described herein

13  and in Attachments A-1, A-2, A-3, A-4, and A-5, and the location information to be seized is described

14  herein and in Attachment B.

15    2.     I am a Special Agent with the Federal Bureau of Investigation, and have been since

16  September 2012.  I am currently assigned to the Sacramento Division.  While employed by the FBI, I

17  have investigated federal criminal violations related to, among other things, violent crimes, child

18  exploitation, and human trafficking.  I have gained experience through training at the FBI Academy as

19  well as through my work related to conducting these types of investigations and others.  I have received

20  training in the area of child exploitation and human trafficking, and have reviewed numerous examples

21  of investigations of sex trafficking of children (as defined in 18 U.S.C. § 1591).  Additionally, I am a

22  federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §

23  1591, and I am authorized to request a search warrant.

24    3.     This affidavit is intended to show only that there is sufficient probable cause for the

25  requested warrant and does not set forth all of my knowledge about this matter.

26    4.     Based on the facts set forth in this affidavit, there is probable cause to believe that

27  violations of 18 U.S.C. §§ 1591(a)(1), (b)(2) and 1594(c) have been committed by Robert Pierre Duncan

28  and Eva Symone Christian.  There is also probable cause to believe that the location information

1  described in Attachment B will constitute evidence of these criminal violations.

2      5.      This affidavit and application incorporates by reference the affidavit submitted in support

3  of search warrant number 2:18-SW-976-KJN.

4                      **II.**       **PROBABLE CAUSE**

5      **A.**     **Summary of Investigation**

6      6.      As set forth in the affidavit submitted in support of search warrant 2:18-SW-976-KJN,

7  incorporated herein, this investigation focuses on the sex trafficking activity of Duncan and his co-

8  conspirator Christian, and their efforts to recruit, transport, harbor, and manage the prostitution activity

9  of a 17 year old victim, C.M.A.  This search warrant seeks the disclosure of historical location

10  information associated with **Target Cell Phones 1, 3, and 4**, which there is probable cause to believe

11  Duncan used while he was engaged in the trafficking of C.M.A, and **Target Cell Phone 2**, which there

12  is probable cause to believe Christian used while she was engaged in the trafficking of C.M.A., and

13  **Target Cell Phone 5**, which there is probable cause to believe C.M.A. used while she was trafficked by

14  Duncan and Christian.  As described in more detail below, Duncan and Christian, among other things,

15  drove C.M.A. around Northern California to facilitate her prostitution activity.  Their respective

16  locations during the relevant time period is evidence of their sex trafficking conduct.

17      **B.**      **Duncan Used Target Cell Phones 1 to Communicate with and Advertise C.M.A.**

18            i.     Target Cell Phone 1 called C.M.A. after Duncan drove C.M.A. to her father's

19                 home.

20      7.      As set forth in paragraphs 20 through 22 of the affidavit submitted in support of search

21  warrant 2:18-SW-976-KJN, on September 24, 2018, C.M.A.'s father, R.A., observed a man matching

22  the description of Duncan drive C.M.A. to R.A.'s apartment.  The car that the man was driving was

23  registered to Genelle Duncan, a person who, according to public records, is related to Duncan.

24      8.      As set forth in paragraphs 21 and 22 of the affidavit in support of search warrant 2:18-

25  SW-976-KJN, Sacramento Sheriff's deputies subsequently arrived at R.A.'s apartment and spoke to

26  C.M.A.  During their conversation, they observed a contact entitled "Daddy" calling C.M.A.'s cell

27  phone.  Pursuant to search warrant 2:18-SW-976-KJN, agents searched a cell phone that M.A., C.M.A.'s

28  mother, gave to an FBI agent.  M.A. identified the phone as C.M.A.'s ("Victim Device 2").  The search

of this device revealed at least one call from the "Daddy" contact. The search of Victim Device 2 further revealed that **Target Cell Phone 1** was assigned to the "Daddy" contact. I know from my training and experience regarding prostitution-related investigations that minors and adults engaged in prostitution often refer to the pimp who manages their prostitution activity as "daddy."[1]

9.      Later on September 24, 2018, Sacramento Sheriff's deputies took C.M.A. to the Woodland Youth Services facility in Woodland, California.

> ii.      After C.M.A. left Woodland Youth Services, agents found a prostitution advertisement for C.M.A. listing Target Cell Phone 1 as the contact number.

10.      C.M.A. resided at Woodland Youth Services until October 10, 2018. As set forth in paragraph 25 of the affidavit in support of search warrant 2:18-SW-976-KJN, staff at Woodland Youth Services observed a gold Toyota sedan, with an African-American male driver, idling in the parking lot between 12:00 a.m. and 12:10 a.m. Staff found the behavior at that time of day to be suspicious. C.M.A. was last seen in her bed during a 3:30 a.m. check. At the 4:00 a.m. check, C.M.A.'s bed was empty and the window was open. Staff filed a missing person report. Woodland police initiated a missing person investigation and created a missing person bulletin. An arrest warrant was issued alleging that C.M.A. violated the conditions of her probation.

11.      The next day, on October 11, 2018, an FBI agent conducting a search of websites known for prostitution advertisements, found a prostitution advertisement in the Sacramento section of the adultsearch.com website, which contained four photos of C.M.A. posing in lingerie. The advertisement states, among other things: "21 years old, White, 5'3', Green Eyes, Dark Brown Hair, Tiny, C Cup, Bald Kitty." It also lists prices for "outcalls" of various durations. The advertisement lists **Target Cell Phone 1** as the contact number. It also states, among other things, "Outcalls only gentlemen only Want to have some fun and leave woth [sic] a gaurntee [sic] smile Call or text me 916.370.1486."

12.      T-Mobile records indicate that **Target Cell Phone 1** was assigned to "Robert Duncan" at 636 Florin Road in Sacramento, California, from July 29, 2018, through at least September 24, 2018. The records indicate that the next registered subscriber for **Target Cell Phone 1** started service on

---

[1] Victim Device 2 also contained several selfie-style photos of C.M.A., which indicate that Victim Device 2 belonged to C.M.A.

1  January 1, 2019.

2         iii.   Prostitution-related calls to and from Target Cell Phone 1 were intercepted

3                pursuant to a court-authorized wiretap.

4         13.    Pursuant to an order entered by the Honorable Morrison C. England, Jr. on September 5,

5  2018, agents intercepted wire communications to and from telephone number (916) 680-0751, which

6  belonged to Jaquorey Rashawn Carter, then a subject of a sex trafficking investigation.  During the

7  period of interception, agents intercepted several telephone calls between Carter's cell phone and **Target**

8  **Cell Phone 1**.  During one of these calls on September 6, 2018, the person using **Target Cell Phone 1**

9  identified himself as "Rob."  Agents also intercepted calls during which the user of **Target Cell Phone 1**

10 discussed the management of prostitution, including during the following excerpt of a call on September

11 8, 2018:

12

| Excerpt of Intercepted Call From (916) 680-0751 to Target Cell Phone 1 on September 8, 2018 | |
|---|---|
| Target Cell Phone 1 | My other little, uh, San Jose bitch, my, my little San Jose bitch just, uh, fixin' to go out there get a room an' shit [UI] set it down and you already know I'm coming thirty bands up bands up, man.[2] |
| (916) 680-0751 | On my mama, bruh.  I'm out there tonight, boy. |
| Target Cell Phone 1 | I'm in Lemoore right now tryin' to, uh, throw a little shit together. |
| (916) 680-0751 | You know I'm fin to throw a bitch on every corner, ya know what I'm sayin'? |
| Target Cell Phone 1 | [Laughing] 'ts what I'm trying to tell you, bro. |
| (916) 680-0751 | [UI] |
| Target Cell Phone 1 | Tell them bitches don't be talking [UI] nigga any car, walk up to 'em waving, walk up to 'em nigga and press 'em.  I told my bitch, she walk, she walk up and press, [UI], bitch, push your issue, you know what I'm saying, don't just wait there, go [UI] nigga's car. |

[the remainder of this page is blank]

---

[2] The term "bands" is slang for the rubber bands used to wrap currency.

**C.    Duncan and Christian Used Target Cell Phones 2-4 to Traffic C.M.A.**

      i.    C.M.A. was arrested during an Oakland police prostitution operation on October 25, 2018.

14.    As set forth in paragraphs 33 and 34 of the affidavit in support of search warrant 2:18-SW-976-KJN, C.M.A. and Christian—who is identified as E.S.C. in that affidavit—were arrested during an Oakland Police anti-prostitution operation.

15.    Pursuant to search warrant 2:18-SW-975-KJN, agents searched a copy of the contents of the phone that Christian had in her possession at the time of her arrest (previously identified as "Victim Device 4"). The search revealed that the number assigned to Victim Device 4 is (916) 968-1693, the **Target Cell Phone 2**.

16.    T-Mobile records indicate the subscriber for **Target Cell Phone 2** was "Marcus Smith" of 18555 Butterfield Boulevard in San Jose, California, between October 10, 2018, and December 15, 2018. California Department of Motor Vehicles records identify a San Jose mailing address for Christian. However, records obtained from an apartment leasing company indicate that Christian has resided at an apartment complex located on Natomas Boulevard in Sacramento since on or about September 19, 2018. The emergency contact number in Christian's rental application is **Target Cell Phone 1**. Based on my training and experience, I know that individuals involved in criminal activity often provide false subscriber information for cell phones in order to preserve their anonymity and avoid detection by law enforcement.[3]

17.    The search of the phone assigned the **Target Cell Phone 2** telephone number (i.e., Victim Device 4) also revealed text conversations between Christian's **Target Cell Phone 2**, and two telephone numbers—**Target Cell Phones 3 and 4**—which are linked to a person managing Christian's and C.M.A.'s prostitution activity.

///

///

---

[3]The following information is provided solely for the purpose of fulfilling the obligation to provide the Court with all facts that may be material to the probable cause determination: During a post-arrest, custodial interview with an Oakland Police detective on October 25, 2018, Christian told the detective that she and C.M.A. worked for a pimp named "Marcus."

      ii.    <u>Duncan used Target Cell Phone 3 to communicate with Christian and manage</u>
<u>C.M.A.'s prostitution activity in Oakland.</u>

18.    As set forth in paragraph 3 of the affidavit in support of search warrant 2:18-SW-976-KJN, a California Department of Corrections and Rehabilitation (CDCR) parole agent seized a cell phone from Duncan on October 29, 2018 ("Subject Device 1").   Pursuant to search warrant 2:18-SW-977-KJN, agents searched that device and learned that the number assigned to the device is (916) 745-2096, the **Target Cell Phone 3**.  Moreover, Duncan's parole agent subsequently told the undersigned FBI agent that Duncan sent the parole agent text messages from **Target Cell Phone 3** on October 16, 2018, and October 17, 2018.  T-Mobile records indicate that the subscriber for **Target Cell Phone 3** from January 1, 2018, through December 24, 2018, was "Macias Johnson" at 150 Picasso Circle in Sacramento, California.

19.    From their search of Christian's **Target Cell Phone 2**, agents obtained the following text messages between **Target Cell Phone 2** (Christian) and Duncan's **Target Cell Phone 3** for the time period October 16, 2018, through October 19, 2018.  The text messages reflect Duncan's and Christian's involvement in prostitution activity and include communication regarding the management of the prostitution activity of another female:

| October 16-19, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 3 [Extracted from Target Cell Phone 2] | |
| --- | --- |
| Target Cell Phone 3 | Do the other |
| Target Cell Phone 2 | K hold on |
| Target Cell Phone 3 | DAM PNL |
| Target Cell Phone 3 | Im finna get to tripping |
| Target Cell Phone 3 | Who tf is king |
| Target Cell Phone 2 | Whay |
| Target Cell Phone 3 | Change it |
| Target Cell Phone 2 | She put Pablo |
| Target Cell Phone 3 | Retard |

| Target Cell Phone 3 | Better not nobody stop at any gass station, sotre, or nothing else..park the car get out and drive back..no stops |
|---|---|
| Target Cell Phone 2 | Dude wtf |
| Target Cell Phone 3 | Wyd bro |
| Target Cell Phone 2 | We on our way hone |
| Target Cell Phone 3 | Ok |
| Target Cell Phone 2 | U good ? |
| Target Cell Phone 2 | They cant see u I dont think |
| Target Cell Phone 3 | |
| Target Cell Phone 3 | You been there for to long you have to move..tell her to stay there |
| Target Cell Phone 3 | Since 1012 youve2 been sitting there |
| Target Cell Phone 3 | So you move.  Split up..so yall can stop the talking because I know what yall doing |
| Target Cell Phone 2 | Im not talking |
| Target Cell Phone 3 | I dont trust you and definitately not her lieing ass |
| Target Cell Phone 3 | So yeah your talking |
| Target Cell Phone 2 | Its good whatever |
| Target Cell Phone 3 | You havnt showed me no fagget shit yet or out of pocket shit yet..and everytime a nigga try to holla at you..you make them feel like thye not there and like you never even notice them and I respet that..so im not gone trip off you much..i fuck with you..[4] |
| Target Cell Phone 2 | Im trying for u u just gotta stop spasing on me |
| Target Cell Phone 3 | I try ..you just dont understand..i cant trust.. |
| Target Cell Phone 3 | See what i mean..when I say I cant trust..i asked you did you see her talk to him…you said no ..now you saying yes…yall both in trouble now |
| Target Cell Phone 2 | Daddy i told u she said she cant see him no more i did know i did . your just making it seem like im lying and i shoulda told u the night all that happened |

---

[4] Based on my training and experience, I know that the slang term "out of pocket" means a prostitute who is not compliant with his or her pimp or sex trafficker.

| | |
|---|---|
| Target Cell Phone 3 | No you didnt tell me an dyes you should of that night |
| Target Cell Phone 3 | You let it happen |
| Target Cell Phone 3 | |
| Target Cell Phone 3 | Yall can stay out there..get tf out the car |
| Target Cell Phone 3 | The |
| Target Cell Phone 3 | Get away from rhe whip |
| Target Cell Phone 2 | |
| Target Cell Phone 3 | You better not be lieing for her |
| Target Cell Phone 2 | |
| Target Cell Phone 3 | You lieing for her...smh |
| Target Cell Phone 2 | Im not lying for her |
| Target Cell Phone 3 | You just did |
| Target Cell Phone 2 | No i didnt |
| Target Cell Phone 3 | Yes |
| Target Cell Phone 2 | Y do u always think im lying for her im not gonna keep getting in trouble for her mistakes |
| Target Cell Phone 2 | Im on my way back |
| Target Cell Phone 2 | This shit today just pissed me off |
| Target Cell Phone 3 | Why bro |
| Target Cell Phone 2 | Bkus this stupid ass trick just wasted my time[5] |
| Target Cell Phone 2 | Im done with fkn oakland I do better in frisco and its like we get out there helluh late |
| Target Cell Phone 3. | When your done come home |
| Target Cell Phone 3 | Baby you good |

---

[5] Based on my training and experience, I know that those involved in prostitution often refer to prostitution clients as "tricks" or "Johns."

| Target Cell Phone 2 | Im fine |

      iii.    Duncan used Target Cell Phone 4 to communicate with Christian and manage
C.M.A.'s prostitution activity in Oakland.

20.    Also from their search of Christian's **Target Cell Phone 2**, agents obtained the following text messages between **Target Cell Phone 2** (Christian) and **Target Cell Phone 4** for the time period October 20, 2018, through October 25, 2018, the date of Christian's and C.M.A.'s arrest by Oakland Police. The text messages reflect Christian's continued involvement in prostitution activity and include communication between Christian and the user of **Target Cell Phone 4** regarding the management of the prostitution activity of a female who they refer to as "Shy," which is consistent with the sound of the first syllable of C.M.A.'s true name.

21.    T-Mobile records indicate that the subscriber for **Target Cell Phone 4** from January 1, 2018, through December 24, 2018, was the same subscriber and address listed for **Target Cell Phone 3**: Macias Johnson, 150 Picasso Circle, Sacramento, California. See Paragraph 18.

22.    The following is an excerpt of a text conversation between Christian's **Target Cell Phone 2** and the user of **Target Cell Phone 4**, during which the user of **Target Cell Phone 4** inquires about how much money Christian and another female have earned. When Christian tells the user of **Target Cell Phone 4** that "she"—referring to another female—earned $1,000, the user of **Target Cell Phone 4** tells Christian that that female is in trouble.

| **October 20, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 4** **[Extracted from Target Cell Phone 2]** | |
|---|---|
| Target Cell Phone 2 | Papi |
| Target Cell Phone 4 | Yeah |
| Target Cell Phone 2 | I wanna stomp down during day tomorrow in Oakland then frisco later |
| Target Cell Phone 4 | Ok will talk about it when you get back |
| Target Cell Phone 2 | Kk |
| Target Cell Phone 4 | How much you got |

| Target Cell Phone 2 | 730 |
|---|---|
| Target Cell Phone 4 | How much she got |
| Target Cell Phone 2 | 1000 |
| Target Cell Phone 4 | She in trouble |
| Target Cell Phone 2 | What happened daddy |
| Target Cell Phone 4 | You know |
| Target Cell Phone 2 | The overnight? |
| Target Cell Phone 4 | Which one?? |
| Target Cell Phone 2 | Idk i thought u was tlkn bout the guy she told 1000 to in oak |

23.     The following text message excerpts reveal Christian's growing frustration with managing a young female's behavior while the two are soliciting prostitution clients. Christian tells the user of **Target Cell Phone 4** that the difficulty she is experiencing "teach[ing]" the female is the reason why she typically does not "fuck wit little girls." The user of **Target Cell Phone 4** tries to assuage Christian's concerns by suggesting that Christian and the other female are attracting police attention simply because they are engaging in prostitution. The user of **Target Cell Phone 4** also reminds Christian that he considered her his "bottom bitch."[6] Finally, after the two argue about Christian's loyalty, the user of **Target Cell Phone 4** states "Your playing these kid games and your wasting my time..i have business to handle..are you 23 or 17." At the time, Christian was 22 years old, and C.A. was 17 years old.

| **October 22, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 4** **[Extracted from Target Cell Phone 2]** | |
|---|---|
| Target Cell Phone 4 | Ok go get some dollas |
| Target Cell Phone 4 | Stay in pocket and tell your friend to |

---

[6] Based on my training and experience regarding sex trafficking, I know that the term "bottom" or "bottom bitch" refers to a pimp's most trusted prostitute. This person often manages the other individuals who are engaging in prostitution under the pimp's control.

| | |
|---|---|
| Target Cell Phone 2 | Aite |
| Target Cell Phone 2 | I always do |
| Target Cell Phone 4 | Yeah but she don't and its falling on you |
| Target Cell Phone 2 | K |
| Target Cell Phone 4 | Turn your wifi access on both phones |
| Target Cell Phone 2 | Ok daddy |
| Target Cell Phone 4 | They are not on |
| Target Cell Phone 2 | Mine is on |
| Target Cell Phone 4 | Tell her |
| Target Cell Phone 2 | I did its on now |
| Target Cell Phone 4 | Why are yall still in the car?? |
| Target Cell Phone 2 | Waiting for these people to drive off |
| Target Cell Phone 4 | Who?? |
| Target Cell Phone 4 | Yall been in the car for 2 hours and 15 minutes |
| Target Cell Phone 2 | We getting out now |
| Target Cell Phone 4 | Who was in the lot |
| Target Cell Phone 2 | Idk |
| Target Cell Phone 4 | Then why didn't you want to get out?? If you didn't know who it was |
| Target Cell Phone 2 | Someone was yelling at another person |
| Target Cell Phone 4 | Ok just go..its time now |
| Target Cell Phone 4 | Its 10…yea should have been out at 830 when it got dark |
| Target Cell Phone 4 | Tf..or atleast 930 yall playing |
| Target Cell Phone 4 | Why?? |
| Target Cell Phone 2 | Daddy she caught on but she went to el pollo loco nd idk I think life 360 trippin bkus it says she still at el pollo loco. |

| Target Cell Phone 4 | Mine is not tripping..she just got off a date..she moving down 22 |
|---|---|
| Target Cell Phone 2 | She called me. |
| Target Cell Phone 4 | Ok |
| Target Cell Phone 2 | Please answer |
| Target Cell Phone 2 | Its bad |
| Target Cell Phone 2 | This shit is stressful |
| Target Cell Phone 2 | How am I supposed to tell u anything and u don't answer. |
| Target Cell Phone 4 | Yall being scary tonight |
| Target Cell Phone 2 | Bruh wtf I can't be in frisco with her |
| Target Cell Phone 2 | Im in. Car wit someone nd he has to take me bak |
| Target Cell Phone 2 | Bkus she trippin |
| Target Cell Phone 2 | Im done |
| Target Cell Phone 2 | Idgaf |
| Target Cell Phone 2 | No p is gone grab her on union |
| Target Cell Phone 4 | She didn't say he grabbed her.. |
| Target Cell Phone 4 | She said he threw something on her…take her to the car.. |
| Target Cell Phone 2 | Fire me |
| Target Cell Phone 2 | Yall are stressful |
| Target Cell Phone 4 | Ok |
| Target Cell Phone 2 | This wjy I don't fuck wit little girls |
| Target Cell Phone 2 | She was yelling me and im tryinf to teach her |
| Target Cell Phone 4 | You need to calm the fuck down |
| Target Cell Phone 2 | Fuck no I have no weed to calm down fuk this the police be on me bkus im with her |
| Target Cell Phone 2 | Im done being afound her |

| Target Cell Phone 4 | No the police are on you because you are a hoe |
| Target Cell Phone 2 | No I never have problems the way I did today |
| Target Cell Phone 2 | They don't care that im a hoe |
| Target Cell Phone 2 | Im being targeted |
| Target Cell Phone 4 | Bro cause you're a hoe tf |
| Target Cell Phone 2 | Theres helluh hoes out here |
| Target Cell Phone 2 | Police not trippn on them |
| Target Cell Phone 2 | Im done |
| Target Cell Phone 4 | Bro your making me hella mad |
| Target Cell Phone 2 | She been avtimf stupid amd yellonb at me all night |
| Target Cell Phone 4 | Bro Im finna trip on her |
| Target Cell Phone 2 | Fuck yall |
| Target Cell Phone 2 | Im done |
| Target Cell Phone 4 | I don't respect the fact that your giving up..you try to give up every time something bad happens |
| Target Cell Phone 2 | Its good blood u have no respect for me yall were bettwr pff without me all its been is drama since I been there |
| Target Cell Phone 2 | You both weird |
| Target Cell Phone 2 | Ur helluh fkn weird |
| Target Cell Phone 2 | U guys act the way u act bkus yall is in love. Stop acting like ur not that's the fkn problem ur both being fake as fuck |
| Target Cell Phone 2 | Sit the fuck down talk and tell the fkn truth |
| Target Cell Phone 4 | Im not in love tf..you sound stupid..last time I checked you stepped up and took the spot as being my bottom bitch but now idk. |
| Target Cell Phone 2 | You're a fkn liar bro I can tell by your actions |
| [Texts Omitted] ||
| Target Cell Phone 4 | Your more loyal to her than me smh |

| | |
|---|---|
| Target Cell Phone 2 | How wtf |
| Target Cell Phone 2 | Dude Im trying so hard to prove to u that im here for u |
| Target Cell Phone 2 | U don't fkn care . |
| Target Cell Phone 4 | But your proving me that your down for her and just fuck with me |
| Target Cell Phone 2 | I don't even know what to do anymore like obviously whatever bond we was building is gone now so it doesn't matter |
| Target Cell Phone 2 | Ima just leave |
| Target Cell Phone 4 | Your playing these kids games and your wasting my time..i have business to handle..are you 23 or 17. |

24.     On October 23, 2018, Christian and the user of **Target Cell Phone 4** have another text conversation during which Christian complains about having to babysit C.M.A. while the two are engaging in prostitution.

| October 23, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 4 [Extracted from Target Cell Phone 2] | |
|---|---|
| Target Cell Phone 2 | U guyz are fake ass people |
| Target Cell Phone 2 | Im not stopping what im doing to help her anymore |
| Target Cell Phone 4 | Ok your not telling me why you are saying this so ..im don't trying to figure out.. |
| Target Cell Phone 4 | And this is not a I situation this a us situation..so if she needs your help then you help her tf |
| Target Cell Phone 2 | Okay I don't care just know that I don't care about what happenz out there im not her fkn mon |
| Target Cell Phone 2 | Mom |
| Target Cell Phone 2 | Im tired of being a fkn baby sitter |
| Target Cell Phone 2 | For a fkn fagget |
| Target Cell Phone 2 | All the walls I had up when I first came are back up |

| Target Cell Phone 4 | Your not being a baby sitter bro tf..your just acting hella jealous and you need to chill the fuck out |
| Target Cell Phone 2 | I DON'T GIVE A FUCK ABOUT THIS FAKE ASS SHIT |
| Target Cell Phone 4 | Im don't talking bro..do what tf you have to do |
| Target Cell Phone 2 | Bye |
| Target Cell Phone 4 | Your telling me all this and your fake made at me for what bitch..i didn't do shit |
| Target Cell Phone 2 | Im not fake mad |
| Target Cell Phone 4 | What did I do.  Why are you made at me Bitch |
| Target Cell Phone 2 | I don't trust u I don't trust shy your both sneaky and manipulating |
| Target Cell Phone 4 | Your still not telling me what I did.. |
| Target Cell Phone 4 | Exactly |
| Target Cell Phone 4 | Exactly..ive done nothing..no bitch wrong..you let her come in between us..she was doing faggot shit and you kept lieing for her..like I was stupid or I wasn't going to find out..i gave you multiple chances and you kept doing it..and you kept getting caught and she ran her mouth and told on yall..and now your made at me cause I found out..i told you to stop lieing for her but you didn't |
| Target Cell Phone 2 | U say that I did but u did.  I don't care anymore.  I been in pocket since day one she says shit that fucks up our bond and now we don't have shit |
| Target Cell Phone 2 | Fuck her |
| Target Cell Phone 2 | And then u want me to teach her fuck her fuck her fuck her dude |
| Target Cell Phone 2 | Im made at u bkus ur not honest |
| Target Cell Phone 4 | Im on ankle so yes you need to help her if I wasn't then no. |

25.     On October 25, 2018, Oakland Police separately arrested C.M.A. and Christian as part of a prostitution sting near International Boulevard, an area of Oakland that is known for prostitution activity.  Text messages between Christian and the user of **Target Cell Phone 4** are evidence that Christian and C.M.A. were engaging in prostitution, coordinating with the user of **Target Cell Phone 4** shortly before they were arrested, and that the user of **Target Cell Phone 4** was monitoring C.M.A.'s

1  activity such that the user of **Target Cell Phone 4** told Christian that C.M.A. had been arrested.

| October 25, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 4 [Extracted from Target Cell Phone 2] | |
|---|---|
| Target Cell Phone 4 | Ok..hows the night going |
| Target Cell Phone 2 | I just finished wit an hour for 220 its my first one |
| Target Cell Phone 2 | Everyone else wanted a room |
| Target Cell Phone 4 | You in frisco or oak |
| Target Cell Phone 2 | Oak |
| Target Cell Phone 4 | Ok |
| Target Cell Phone 4 | Duh?? Im tripping |
| Target Cell Phone 2 | Lol |
| Target Cell Phone 4 | You good?? |
| Target Cell Phone 2 | We are the only 2 bithces out here |
| Target Cell Phone 2 | Like literally. |
| Target Cell Phone 4 | Well leave but she aint coming back until she make some more money |
| Target Cell Phone 4 | O no dont leave..until she make some money |
| Target Cell Phone 4 | When i call your phone bitch you pick up |
| Target Cell Phone 4 | Go to the car so she can get something |
| Target Cell Phone 4 | The police got her |

> i.  Christian's Target Cell Phone 2 contains texts indicating that she was engaging in prostitution with the user of Target Cell Phone 5.

26.    Also from their search of Christian's **Target Cell Phone 2**, agents obtained text messages between **Target Cell Phone 2** (Christian) and **Target Cell Phone 5**, for the period October 16, 2018, through October 25, 2018, the date of Christian's and C.M.A's arrest in Oakland.  **Target Cell Phone 5's** number was assigned to the contact "H" in **Target Cell Phone 2**.  T-Mobile records indicate that from October 15, 2018, through December 15, 2018, **Target Cell Phone 5** was assigned to "Marcus

1  Smith" at 18555 Butterfield Boulevard in San Jose, California, which is the same subscriber and address

2  that is listed in T-Mobile records for Christian's **Target Cell Phone 2**. See paragraph 16.

3      27.    The following are excerpts of texts between **Target Cell Phone 2** and **Target Cell**

4  **Phone 5**:

| **October 16, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 5** ||
|---|---|
| **[Extracted from Target Cell Phone 2]** ||
| Target Cell Phone 5 | Im almost done |
| Target Cell Phone 2 | K I just gpt back |
| Target Cell Phone 2 | I got hour date |
| Target Cell Phone 5 | Ok |
| Target Cell Phone 5 | Do u have the keys? |
| Target Cell Phone 2 | U ok |
| Target Cell Phone 5 | Yea u gonna have to teach me how to talk to these sf ticks lol they weird |
| Target Cell Phone 2 | Im at the dude hpuse kssp me posted dude |
| Target Cell Phone 2 | Go to car if u need to pleass |
| Target Cell Phone 5 | Okok |
| Target Cell Phone 5 | Im wit a date |
| Target Cell Phone 5 | Where is the car parked |
| Target Cell Phone 2 | On way back |
| Target Cell Phone 2 | U good |
| Target Cell Phone 5 | Yeah im tryna get back my feet hurt n im not getting any dates. Not one has tried to talk to me |
| Target Cell Phone 5 | Hopefully I can get one on my way back |
| Target Cell Phone 2 | Im coming |

[the remainder of this page is blank]

1    28.    A text conversation on October 20, 2018, indicates that Christian and the user of **Target**

2 **Cell Phone 5** were coordinating their prostitution activity:

| October 20, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 5 [Extracted from Target Cell Phone 2] | |
|---|---|
| Target Cell Phone 5 | Im trying to get thus trick to take me to the car |
| Target Cell Phone 5 | Im going to the car rn |
| Target Cell Phone 2 | Are u done wit urdate or just caught it |
| Target Cell Phone 5 | Try to bust that fast bc hes finna b maad if he sees im sitting here |
| Target Cell Phone 2 | Im comjing |
| Target Cell Phone 5 | I had to go bust this date real quick. Or he was going to leave. I'll be back in 10 minutes. |
| Target Cell Phone 2 | K |
| Target Cell Phone 5 | These mf trixks r irritating tf outta me wit this scary shit |
| Target Cell Phone 2 | Hegivibg me another 100 do u wanna wait |
| Target Cell Phone 5 | Yea Im finished |
| Target Cell Phone 5 | Tell me when ur ready |
| Target Cell Phone 2 | Im ready |

21    29.    On October 25, 2018, the day that Oakland Police arrested Christian and C.M.A., the user

22 of **Target Cell Phone 5** sent the following texts to Christian's **Target Cell Phone 2**:

| October 25, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 5 [Extracted from Target Cell Phone 2] | |
|---|---|
| Target Cell Phone 5 | Im going to bust this date plus one more. Than we can go to frisco to see if its poppin |
| Target Cell Phone 5 | R u still in the car? |

| Target Cell Phone 5 | How long r finna b on this date for |
| Target Cell Phone 5 | Get dropped off at the car |
| Target Cell Phone 5 | I need to get condoms |
| Target Cell Phone 5 | Dude |

30.     In my training and experience, I have learned that T-Mobile US, Inc. is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate at least two kinds of information about the locations of the cellular telephones to which they provide service: (1) E-911 Phase II data, also known as GPS data or latitude-longitude data, and (2) cell-site data, also known as "tower/face information" or cell tower/sector records. E-911 Phase II data provides relatively precise location information about the cellular telephone itself, either via GPS tracking technology built into the phone or by triangulating on the device's signal using data from several of the provider's cell towers. Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data is typically less precise that E-911 Phase II data.

31.     Based on my training and experience, I know that T-Mobile US, Inc. can collect E-911 Phase II data about the location of the Target Cell Phones, including by initiating a signal to determine the location of the Target Cell Phone on T-Mobile US, Inc.'s network or with such other reference points as may be reasonably available.

32.     Based on my training and experience, I know that T-Mobile US, Inc. can collect cell-site data about the Target Cell Phones.

///

///

1

### III.    AUTHORIZATION REQUEST

2      33.     Based on the foregoing, I request that the Court issue the proposed search warrant,
3  pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(c).

4      34.     I further request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of Criminal
5  Procedure 41(f)(3), that the Court authorize the officer executing the warrant to delay notice until 30
6  days after the collection authorized by the warrant has been completed. There is reasonable cause to
7  believe that providing immediate notification of the warrant may have an adverse result, as defined in 18
8  U.S.C. § 2705. Providing immediate notice to the subscriber or user of the Target Cell Phones would
9  seriously jeopardize the ongoing investigation, as such a disclosure would give that person an
10 opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from
11 prosecution. See 18 U.S.C. § 3103a(b)(1). As further specified in Attachment B, which is incorporated
12 into the warrant, the proposed search warrants do not authorize the seizure of any tangible property. See
13 18 U.S.C. § 3103a(b)(2). Moreover, to the extent that the warrants authorize the seizure of any wire or
14 electronic communication (as defined in 18 U.S.C. § 2510) or any stored wire or electronic information,
15 there is reasonable necessity for the seizure for the reasons set forth above. See 18 U.S.C. §
16 3103a(b)(2).

17     35.     I further request that the Court direct T-Mobile US, Inc. to disclose to the government
18 any information described in Attachment B that is within the possession, custody, or control of T-
19 Mobile US, Inc. I also request that the Court direct T-Mobile US, Inc. to furnish the government all
20 information, facilities, and technical assistance necessary to accomplish the collection of the information
21 described in Attachment B unobtrusively and with a minimum of interference with T-Mobile US, Inc.'s
22 services.

23     36.     I further request that the Court authorize execution of the warrant at any time of day or
24 night.

25     37.     I further request that the Court order that all papers in support of this application,
26 including the affidavit and search warrant, be sealed until further order of the Court. These documents
27 discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the
28 investigation. Accordingly, there is good cause to seal these documents because their premature

AFFIDAVIT                                          20

disclosure may seriously jeopardize that investigation.

Respectfully submitted,

Ryan J. Penna
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on: Feb 26, 2019

Hon. Kendall J. Newman
United States Magistrate Judge

Approved as to form by:
Assistant U.S. Attorney Brian A. Fogerty

AFFIDAVIT

21

## ATTACHMENT A-4

### Property to Be Searched

The cellular telephone assigned call number (916) 745-2322, (the "Target Cell Phone"), whose wireless service provider is T-Mobile US, Inc., a company headquartered at 4 Sylvan Way, Parsippany, NJ 07054, LERINBOUND@T-Mobile.com.

Information about the location of the Target Cell Phone that is within the possession, custody, or control of T-Mobile US, Inc.

## ATTACHMENT B

### Particular Things to be Seized

All information about the location of the Target Cell Phone described in Attachment A for the period **September 1, 2018, to October 26, 2018**, during all times of day and night. "Information about the location of the Target Cell Phone" includes all available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the cellular telephone described in Attachment A.

To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody, or control of T-Mobile US, Inc., T-Mobile US, Inc. is required to disclose the Location Information to the government.

This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. See 18 U.S.C. § 3103a(b)(2).

SEALED

AO 106 (Rev. 04/10)  Application for a Search Warrant

ORIGINAL
FILED

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

NOV 3 0 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Search of ) | |
| ) | |
| a black LG phone, model LM-X210MA, IMEI number ) | Case No. |
| 357093-09-531513-5, and any internal storage, ) | |
| currently held by the FBI located at 2001 Freedom ) | **2: 1 8 - SW - 9 7 6**  KJN |
| Way, in Roseville, California.  ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

**SEE ATTACHMENT A2, attached hereto and incorporated by reference.**

located in the _____Eastern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized):*

**SEE ATTACHMENT B2, attached hereto and incorporated by reference**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1591 | Sex trafficking of minors |

The application is based on these facts:

**SEE AFFIDAVIT, attached hereto and incorporated by reference.**

- ☐ Continued on the attached sheet.
- ☐ Delayed notice _____ days (give exact ending date if more than 30 _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Ryan J. Penna, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _Nov 30, 2018_

_____
*Judge's signature*

City and state:  Sacramento, California

Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Ryan J. Penna, having been first duly sworn, depose and state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since September 2012. I am currently assigned to the Sacramento Division. While employed by the FBI, I have investigated federal criminal violations related to, among other things, violent crimes, child exploitation, and human trafficking. I have gained experience through training at the FBI Academy as well as through my work related to conducting these types of investigations and others. I have received training in the area of child exploitation and human trafficking, and have reviewed numerous examples of investigations of sex trafficking of children (as defined in 18 U.S.C. § 1591). Additionally, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 1591, and I am authorized by the Attorney General to request a search warrant.

2.     I submit this Affidavit in support of search warrants authorizing searches of five electronic devices: (i) a silver iPhone, model A1549, International Mobile Equipment Identity ("IMEI") 359232064535186, and any internal storage ("**Victim Device 1**"); (ii) a black LG phone, model LM-X210MA, IMEI number 357093-09-531513-5, and any internal storage ("**Victim Device 2**"); (iii) a black LG phone, model LM-X210MA, IMEI number 357093-09-888766-8, and any internal storage ("**Victim Device 3**"); (iv) a compact disk bearing the labels: "18-054162" and "S1 Phone Extraction," written in black marker, that contains a digital extraction of the content of E.S.C.'s cellular telephone ("**Victim Device 4**"); (v) a black LG phone, model LM-X210MA, IMEI number 357093-09-638547-5, and any internal storage ("**Subject Device 1**"); and (vi) a silver iPhone, model A1549, IMEI number 359231063189946, and any internal storage ("**Subject Device 2**").

3.     **Victim Device 1** was seized by Sacramento police incident to C.M.A.'s arrest on July 25, 2018, and relinquished to the FBI for a consensual search on October 31, 2018. **Victim Device 2** was provided to the FBI by M.A. (C.M.A.'s mother) on October 12, 2018, after abandonment by C.M.A. **Victim Device 3** was seized by Oakland police incident to C.M.A.'s arrest on October 25, 2018, and relinquished to the FBI for a consensual search on November 9, 2018. Oakland police

1

1   delivered **Victim Device 4** to the FBI on November 9, 2018, after E.S.C. consented to the search of her

2   cellular telephone on October 25, 2018. **Subject Device 1** was seized by California Department of

3   Corrections and Rehabilitation ("CDCR") incident to the arrest of Robert Duncan ("Duncan"), on

4   October 29, 2018, and relinquished to the FBI for a consensual search on October 31, 2018. At the

5   request of Duncan's parole officer, **Subject Device 2** was seized from Duncan by Sacramento police

6   department incident to a traffic stop on November 11, 2018, and relinquished to the FBI on November

7   28, 2018. The **Victim Devices** and **Subject Devices** are lawfully in the possession of the FBI and

8   currently stored at the Sacramento FBI offices, located at 2001 Freedom Way, in Roseville, California.

9                                          **STATUTORY AUTHORITY**

10           4.      This investigation concerns alleged violations of Title 18, United States Code, Section

11   1591, relating to sex trafficking (the "Specified Federal Offense"). As the Court is aware, among other

12   things, that provision imposes criminal liability on any person who, in or affecting interstate or foreign

13   commerce, knowingly recruits, entices, harbors, transports, provides, obtains, maintains, patronizes, or

14   solicits a person knowing, or, in reckless disregard of the fact, that the person had not attained the age of

15   18 years and will be caused to engage in a commercial sex act. Stated more simply, the statute

16   criminalizes sex trafficking of minors. The statute also criminalizes sex trafficking or "pimping" of adults

17   by means of force, threats of force, fraud, coercion, or any combination of such means used to cause the

18   person to engage in a commercial sex act.[1]

19           5.      I submit that probable cause exists to believe that the **Victim Devices** and **Subject**

20   **Devices** contain evidence, fruits, and instrumentalities of violations of the Specified Federal Offense. I

21   request authority to search the **Victim Devices** and **Subject Devices**, where the items specified in

22

23   _____

[1] The statute states, in relevant part:

24   (a)  Whoever knowingly—(1) in or affecting interstate or foreign commerce …recruits, entices, harbors, transports,
     provides, obtains, advertises, maintains, patronizes, or solicits by any means a person; or (2) benefits, financially or

25   by receiving anything of value, from participation in a venture which has engaged in an act described in violation of
     paragraph (1), knowing, or, except where the act constituting the violation of paragraph (1) is advertising, in

26   reckless disregard of the fact, that means of force, threats of force, fraud, coercion … or any combination of such
     means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age

27   of 18 years and will be caused to engage in a commercial sex act, shall be punished….

28

                                                        2

1   Attachments A1 through A6 may be found, and to seize all items listed in Attachments B1 through B6

2   as instrumentalities, fruits, and evidence of crime.

3       6.      The statements in this Affidavit are based in part on information provided to me by other

4   law enforcement officers, their written and verbal reports to me, and on my own investigation of this

5   matter. Since this Affidavit is being submitted for the limited purpose of securing search warrants, I

6   have not included each and every fact known to me concerning this investigation. I have only set forth

7   the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and

8   instrumentalities regarding violations of the Specified Federal Offense may be located within the

9   **Victim Devices** and **Subject Devices.**

10                              **DEFINITIONS**

11      7.      The following definitions apply to this Affidavit and its Attachments:

12              a.      The term "abuse or threatened abuse of law or legal process," as defined in 18

13  U.S.C. § 1591(e)(1), refers to the use or threatened use of a law or legal process, whether

14  administrative, civil, or criminal, in any manner or for any purpose for which the law was not designed,

15  in order to exert pressure on another person to cause that person to take some action or refrain from

16  taking some action.

17              b.      The term "coercion," as defined in 18 U.S.C. § 1591(e)(2), refers to threats of

18  serious harm to or physical restraint against any person; any scheme, plan, or pattern intended to cause

19  a person to believe that failure to perform an act would result in serious harm to or physical restraint

20  against any person; or the abuse of threatened abuse of law or legal process.

21              c.      The term "commercial sex act," as defined in 18 U.S.C. § 1591(e)(3), refers to

22  any sex act, on account of which anything of value is given to or received by any person.

23              d.      The term "serious harm," as defined in 18 U.S.C. § 1591(e)(4), refers to any

24  harm, whether physical or nonphysical, including psychological, financial, or reputational harm , that is

25  sufficiently serious, under all the surrounding circumstance, to compel a reasonable person of the same

26  background and in the same circumstances to perform or to continue performing commercial sexual

27  activity in order to avoid incurring that harm.

28              e.      The term "venture," as defined in 18 U.S.C. § 1591(e)(5), refers to any group of

                                          3

1   two or more individuals associated in fact, whether or not a legal entity.

2   <u>**BACKGROUND REGARDING SEX TRAFFICKING**</u>

3       8.    I have had both training and experience in investigations involving mobile devices as

4   instrumentalities, fruits, and evidence of crime regarding sex trafficking. Based on my training,

5   experience and knowledge, I am aware of the following traits of prostitution and how the Internet,

6   computers, and cell phones are used to further the activities of illegal prostitution:

7       a.    Individuals who, through enticement, intimidation, or force, enlist individuals to

8   become prostitutes, and who profit from the prostitution of others are called "pimps." Pimps are

9   sometimes referred to euphemistically as "management." Prostitutes who are not working with a pimp

10  are sometimes referred to as "rogue" or "renegade."

11      b.    Pimps, as well as prostitutes, have embraced the Internet as a means of

12  advertising services and communicating with customers.

13      c.    Pimps often try to recruit new victims by using social media sites such as

14  Facebook.com, Instagram and Snapchat. Pimps often communicate with victims via social media

15  applications after recruiting a victim to work for them. Prostitutes working for the same pimp will often

16  use social media to communicate with each other and their pimp.

17      d.    Certain websites have been created to facilitate communications between

18  prostitutes and their clients. These websites allow pictures to be posted as part of advertisements. The

19  more notable websites formerly relevant to prostitution in the Eastern District of California include the

20  "Adult" section of Backpage.com, as well as nightshift.co.  New up and coming escort websites include

21  Skipthegames.com and Adultlook.com.

22      e.    Pimps attempt to avoid the attention of law enforcement through the anonymity

23  provided by the Internet.

24      f.    Prostitutes are instructed by the pimp on how to detect undercover officers. When

25  arranging "dates" with clients over the phone, prostitutes rarely discuss the details regarding the sexual

26  acts that are to occur. Those more detailed discussion typically occur when the prostitute and client meet

27  in person.

28      g.    Pimps at times use physical force, threats of physical force, and/or fear to control

4

1  the prostitutes. They control the prostitutes' actions, and collect money earned through acts of

2  prostitution. Pimps facilitate prostitution by transporting the prostitutes to locations where the

3  prostitution occurs. The pimps, at times, transport prostitutes across state lines for the purpose of

4  prostitution.

5          h.  Prostitutes and/or pimps often stay in motels/hotels while traveling. The

6  prostitutes and pimps travel via rental vehicles, vehicles, airplane, or bus during their travels. The pimps

7  utilize the monies earned during acts of prostitution to purchase food, lodging, clothing and other items.

8          i.  Pimps sometimes possess firearms to facilitate their sex trafficking.

9          j.  The pimps often provide drugs to the prostitutes to suppress their appetites and to

10  assist with the physical and psychological demands of performing sex acts with strangers and others

11  over long durations of time.

12          k.  The term "daddy" is commonly used by prostitutes when referring to their pimps.

13  The pimp's phone number is often programmed as "daddy" in the prostitutes' cellular phone.

14          l.  Pimps often request or force their prostitutes to obtain tattoos of names and/or

15  symbols that are related to the pimp's name or nickname.

16          m.  Prostitutes use cellular telephones as a way to communicate with pimps and

17  clients. These phone numbers are included in the advertisements that are posted on various prostitution-

18  facilitating websites. Prostitutes, pimps and clients communicate via voice calls, text messages, and

19  email.

20          n.  Pimps and prostitutes use cellular telephones to transmit photographs to email

21  accounts and/or prostitution advertisement websites.

22          o.  Pimps and prostitutes use personal email accounts to post their advertisements on

23  prostitution advertisement websites.

24                               **BASIS FOR PROBABLE CAUSE**

25  **A.**  **Summary of the investigation.**

26          9.  As set forth in more detail below, this investigation focuses on the pimping of an

27  underage female, C.M.A., by Duncan. The investigation incorporates information obtained by

28  C.M.A.'s mother, M.A, who worked at her own initiative to identify Duncan as C.M.A.'s pimp.

1   M.A.'s efforts include her review of cellular telephones used by C.M.A.  M.A. also spoke to at least

2   one prostitute on Stockton Boulevard, in Sacramento, who identified Duncan as C.M.A.'s pimp and

3   identified Duncan's mother. M.A. later identified Duncan's residence, a car driven by Duncan,

4   Duncan's email address, and Duncan's telephone number. The investigation also incorporates

5   information provided by R.A., who is C.M.A.'s father and M.A.'s ex-husband. The investigation has

6   linked Duncan to E.S.C., an adult suspected of being pimped by Duncan, and associate of C.M.A. The

7   investigation also includes lawfully intercepted recordings of Duncan discussing prostitution activities

8   with others.

9   **B.    Investigators identify C.M.A. as a minor being used in prostitution.**

10          10.    On July 25, 2018, Sacramento Police officers contacted John Morris ("Morris.") on

11  Stockton Boulevard in Sacramento. Morris, who worked as a security guard for Paladin Security, had

12  noticed three females in the southwest corner of the parking lot who, based on their actions and dress,

13  he believed were soliciting passing vehicles for prostitution.

14          11.    Morris observed a white female who appeared to be a juvenile ("UF1"). UF1 was

15  wearing short jean shorts, a low cut white shirt, and large hoop earrings. Morris saw UF1 engage in a

16  brief conversation with the driver of a white Honda before getting in the car and driving away. Shortly

17  thereafter, Morris witnessed UF1 back in the parking lot. Morris later witnessed UF1 speak with a

18  Hispanic male in an older model four-door sedan.

19          12.    Law enforcement officers arrived and made contact with UF1, who repeatedly identified

20  herself to officers as "Seanna James," and gave a birth date in June 1998. Officers ran the name and

21  date of birth UF1 provided through the law enforcement database Cal-Photo. The individual in Cal-

22  Photo associated with the name and birth date UF1 provided was not UF1. Officers placed UF1 under

23  arrest for violation of California Penal Code ("Cal. P.C.") sections 529 (false impersonation) and

24  653.22 (loitering for the purpose of prostitution).

25          13.    While detained in the backseat of a law enforcement vehicle, UF1 pulled an unopened

26  "Lifestyles" condom from her bra and attempted to conceal it from officers.

27          14.    As deputies at the jail were setting up a "Grab-Em" device to positively identify UF1,

28

1   UF1 identified herself as C.M.A., and provided a birth date in July 2001.[2] C.M.A. provided her father's

2   name, R.A., and his telephone number. Officers contacted R.A., and he verified his daughter's name

3   and date of birth.

4       15.   C.M.A. was transported to Sacramento Juvenile Hall and charged with violating Cal.

5   P.C. 529. Under California law, Cal. P.C. 647(b), minors cannot be found guilty of prostitution.

6   Accordingly, C.M.A was not charged with violating Cal. P.C. 653.22. C.M.A.'s cellular telephone,

7   **Victim Device 1**, was booked by Sacramento police for safekeeping. On October 31, 2018, Sacramento

8   police relinquished **Victim Device 1** to the FBI.

9   **C.   Investigators identify Robert Duncan as C.M.A.'s suspected pimp.**

10       16.   On September 24, 2018, Sacramento Sheriff's Department responded to a call regarding

11   a disturbance between a father and his daughter. The dispatch call stated the daughter was being

12   pimped out by a male who had fled the scene, and her dad was restraining her.

13       17.   Upon arrival at the scene, deputies met C.M.A, her father, R.A., and her mother, M.A.

14   (who is R.A.'s ex-wife). C.M.A. had been arguing with her parents, because they thought she had been

15   prostituting and C.M.A. claimed she was not.

16       18.   R.A. worked the night shift. M.A.'s twelve-year-old daughter previously told M.A. that

17   every night after R.A. went to work, C.M.A. left R.A.'s apartment. M.A. spoke with several of R.A.'s

18   neighbors, who confirmed that C.M.A. left in the evenings after R.A. went to work and returned the

19   following morning. Several neighbors witnessed a dark colored BMW pick up and drop off C.M.A. on

20   several occasions. R.A.'s neighbors also told M.A. they witnessed numerous men going in and out of

21   R.A.'s apartment while R.A. was not home.

22       19.   M.A. told deputies and the FBI that she spoke with unidentified prostitutes on Stockton

23   Boulevard in Sacramento. One unidentified prostitute ("UF2") positively identified photographs of

24   C.M.A., and stated that C.M.A. represented herself as twenty years old and had previously stayed at

25   UF2's house. UF2 told M.A. that C.M.A.'s pimp was named "Rob." UF2 pulled up Rob's Facebook

26

27       [2] Based on my training and experience, I am aware that a "Grab-Em" device is a device that uses an
individual's fingerprints for positive identification.

28

page for M.A., which was under the name: "Rob Roca." M.A. showed deputies, and later provided the FBI, with screenshots of Rob Roca's Facebook page. UF2 also knew who Rob's mother was and pulled up her Facebook page, which was under the name: Genelle Montue. M.A. showed deputies, and later provided the FBI, with screenshots of Genelle Montue's Facebook page.

20.     R.A. told deputies that he believed C.M.A. was being pimped out. R.A. witnessed a man matching the photograph of "Rob Roca" in a dark colored BMW drop off C.M.A. at R.A.'s apartment. R.A. obtained a photograph of the dark-colored BMW that dropped off C.M.A. as it was leaving the parking lot, which bore California license plate number: 6FVS841. A records check revealed the vehicle was registered to "Genelle Duncan" ("G.D."). A records check of known associates of G.D. revealed a male named Robert Duncan ("Duncan"). Deputies positively matched the photograph of Duncan to photographs on "Rob Roca's" Facebook page—the man UF2 identified as C.M.A.'s pimp.

21.     While deputies were at R.A.'s apartment, C.M.A. was in possession of **Victim Device 2**, which continuously received calls from telephone number: 916-370-1486 (the "1486 Number"). That number was programmed into **Victim Device 2** under the name: "Daddy." M.A. called C.M.A.'s cell phone and caller identification "Mom" appeared, indicating that **Victim Device 2** belonged to C.M.A.

22.     **Victim Device 2** was passcode protected. C.M.A. told deputies that it was not her cellular telephone and that she did not know the passcode. M.A.'s twelve-year-old daughter said C.M.A. had previously given her passcode "74343" to a different cell phone. M.A.'s twelve-year-old daughter stated that C.M.A. never changed her passcodes and believed "74343" would unlock **Victim Device 2**. M.A. tried passcode "74343" on **Victim Device 2** and it unlocked.

23.     C.M.A. told deputies that she refused to stay with her parents. C.M.A. was transported to a children's receiving home. Sacramento County Child Protective Services placed C.M.A. at Woodland Youth Services ("WYS"), in Woodland, California.

24.     M.A. later explained to me that she did not recognize **Victim Device 2**. C.M.A. abandoned **Victim Device 2** at R.A.'s apartment when she was taken to the WYS children's receiving home by Sacramento Sheriff's deputies. M.A. relinquished **Victim Device 2** to the FBI on October 12, 2018.

25.     On October 10, 2018, staff at WYS observed a gold Toyota sedan, black male driver,

1    between 12:00am to 12:10am idling in the parking lot. WYS staff found the behavior at that time of

2    day suspicious. C.M.A. was last seen in her bed during a 3:30am check. At the 4:00am check, C.M.A.'s

3    bed was empty and the window was open. WYS filed a missing person report. Woodland police

4    initiated a missing person case and created a missing person bulletin. An arrest warrant was issued

5    alleging C.M.A. violated the conditions of her probation.

6    **D.    M.A.'s efforts to confirm Robert Duncan is C.M.A.'s pimp.**

7         26.    M.A. observed a tracking application on **Victim Device 2** that depicted a "heart" symbol

8    on New Hope Street in Galt, California (the "Galt House"). M.A. drove to the Galt House and spoke

9    with neighbors of that residence. The neighbors with whom M.A. spoke identified photographs of

10   Duncan and C.M.A. The neighbors confirmed that G.D. owned the Galt House and they had seen

11   Duncan and C.M.A. there on multiple occasions.

12        27.    M.A. provided Woodland police and the FBI with photographs and videos she obtained

13   from the contents of **Victim Device 2**. Some of the photographs and screenshots M.A. had obtained

14   from **Victim Device 2** include but are not limited to photographs of Duncan in R.A.'s apartment, a

15   screenshot of caller identification "Daddy" associated with the 1486 Number, and emails pertaining to

16   adult escort advertisements and payment information.

17        28.    M.A. obtained a video from a man named "PJ," who stated he met C.M.A. in Oakland

18   while C.M.A. was prostituting. In the video, C.M.A. provided PJ with her new cell phone number: 916-

19   912-1375, and identified it as her "trap" phone.[3] In the video, C.M.A. shouted from PJ's car window to

20   an unidentified female ("UF3"). C.M.A. told PJ that UF3 was her "wifey."[4] C.M.A. exited PJ's car and

21   walked to a silver Infiniti sedan.

22        29.    Woodland police identified the license plate number of the silver Infiniti sedan observed

23   in the video provided by PJ. The registration came back to a Selecia Kendrix. Officers spoke with

24   Selecia Kendrix's daughter Jolecia Kendrix, who told them the vehicle was being driven by Selecia

25

26        [3] Based on my experience and training, I am aware that a "trap" phone is slang for a phone used for purposes of prostitution.

27        [4] Based on my experience and training, I am aware that the term "wifey" is a term victims' use to refer to the other girls being exploited by the same trafficker or pimp.

28

1  Kendrix's granddaughter, E.S.C.

2     30.     A records check with the Department of Motor Vehicles listed E.S.C.'s address as an

3  apartment on Florence Avenue, in San Jose, California.

4     31.     M.A. received a Facebook friend request from J.T., who has been best friends with

5  C.M.A. for the last few years. According to J.T., C.M.A. told J.T. that she (C.M.A.) was engaged in

6  prostitution and was going to live with her "wifey" from San Jose.

7     32.     M.A. provided the FBI with a screenshot of telephone number 408-686-2020 from

8  R.A.'s cellular telephone. R.A. received a call from C.M.A. on telephone number 408-686-2020 in late

9  September 2018. A record check of telephone number 408-686-2020 revealed registered owner as

10  E.S.C.

11  **E.    C.M.A. and E.S.C. are arrested on the same day for prostitution.**

12     33.     On October 25, 2018, Oakland police encountered C.M.A. while conducting an anti-

13  prostitution operation. C.M.A. entered an undercover officer's vehicle for the purposes of prostitution.

14  Officers positively identified C.M.A. and placed her under arrest for an outstanding arrest warrant in

15  Sacramento County. C.M.A. attempted to destroy **Victim Device 3**, which was in her possession at the

16  time. Oakland police seized **Victim Device 3** incident to C.M.A.'s arrest and booked it as evidence.

17     34.     While conducting the same operation on October 25, 2018, Oakland police encountered

18  E.S.C, who entered an undercover officer's vehicle for the purposes of prostitution. Officers positively

19  identified E.S.C. and placed her under arrest for violating Cal. P.C. 647(B) (disorderly conduct:

20  prostitution). Incident to her arrest, E.S.C. removed two condoms from her groin area. E.S.C. provided

21  Oakland police consent to search her cellular telephone, an LGE, model LM-X210(G), with IMEI:

22  357093098887742. Oakland police extracted the content of E.S.C.'s telephone and copied that content

23  to a compact disk. On November 9, 2018, Oakland police provided a copy of that compact disk—

24  containing the digital content of E.S.C.'s telephone—to the FBI (**Victim Device 4**).

25  **F.    Additional evidence that Duncan is engaged in pimping of C.M.A. and others.**

26     35.     A confidential human source ("CHS-1") developed by CDCR had been to E.S.C.'s

27  apartment in Natomas, California. CHS-1 had seen Duncan at the apartment and stated that Duncan

28  was living with E.S.C. CHS-1 identified E.S.C. as the person Oakland police encountered along with a

10

1    Caucasian juvenile on October 25, 2018.[5] Later, CDCR spoke with the landlord of E.S.C's apartment

2    who confirmed Duncan was living with E.S.C.

3        36.    Two online advertisements for C.M.A. were located on "adultsearch.com," a website

4    known by law enforcement to advertise prostitution, under the section "female-escorts." M.A.

5    positively identified the photographs used in both advertisements as her juvenile daughter, C.M.A. The

6    telephone number listed on both of advertisements concerning C.M.A. advised customers to call or text

7    the 1486 Number.

8        37.    Duncan, using the 1486 Number, was lawfully recorded on a Title III wire intercept,

9    ordered by a United States District Judge in the Eastern District of California, in a separate human

10   trafficking investigation. Duncan was identified in those intercepted call as "Rob," and discussed

11   pimping girls and other illicit matters. During an intercepted call on September 8, 2018, Duncan

12   referred to his "San Jose bitch."

13       38.    On October 29, 2018, Duncan was arrested for violating conditions of his parole.

14   Incident to arrest, **Subject Device 1** was seized. CDCR relinquished **Subject Device 1** to the FBI on

15   October 31, 2018. CHS-1 stated that **Subject Device 1** was not the phone Duncan normally carried.

16   Duncan usually contacted CHS-1 from the 1486 Number.

17       39.    On November 11, 2018, Sacramento police performed a traffic stop on Duncan.

18   Sacramento police seized Duncan's cellular telephone (**Subject Phone 2**), at the request of CDCR.

19   CDCR later relinquished **Subject Phone 2** to the FBI on November 28, 2018.

20                  **ELECTRONIC STORAGE AND FORENSIC ANALYSIS**

21       40.    Based on my knowledge, training, and experience, I know that electronic devices can

22   store information for long periods of time. Similarly, things that have been viewed via the Internet are

23   typically stored for some period of time on the device. This information can sometimes be recovered

24   with forensics tools.

25       41.    Forensic evidence. As further described in Attachment B, this application seeks

26   permission to locate not only electronically stored information that might serve as direct evidence of

27   _____

     [5] CHS-1 has provided accurate and reliable to investigators in the past.

28

                                              11

1   the crimes described on the warrant, but also forensic evidence that establishes how the Victim Devices

2   and Subject Device were used, the purpose of its use, who used it, and when. There is probable cause to

3   believe that this forensic electronic evidence might be on the **Victim Devices** and **Subject Devices**.

4         a.     Data on the storage medium can provide evidence of a file that was once on the storage

5   medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that

6   has been deleted from a word processing file).

7         b.     Forensic evidence on a device can also indicate who has used or controlled the device.

8   This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a

9   search warrant at a residence.

10         c.     A person with appropriate familiarity with how an electronic device works may, after

11   examining this forensic evidence in its proper context, be able to draw conclusions about how

12   electronic devices were used, the purpose of their use, who used them, and when.

13         d.     The process of identifying the exact electronically stored information on a storage

14   medium that are necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is

15   not always data that can be merely reviewed by a review team and passed along to investigators.

16   Whether data stored on a computer is evidence may depend on other information stored on the

17   computer and the application of knowledge about how a computer behaves. Therefore, contextual

18   information necessary to understand other evidence also falls within the scope of the warrant.

19         e.     Further, in finding evidence of how a device was used, the purpose of its use, who used

20   it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage

21   medium.

22         f.     I know that when an individual uses an electronic device, the individual's electronic

23   device will generally serve both as an instrumentality for committing the crime, and also as a storage

24   medium for evidence of the crime. The electronic device is an instrumentality of the crime because it is

25   used as a means of committing the criminal offense. The electronic device is also likely to be a storage

26   medium for evidence of crime. From my training and experience, I believe that an electronic device

27   used to commit a crime of this type may contain: data that is evidence of how the electronic device was

28   used; data that was sent or received; and other records that indicate the nature of the offense.

42.   <u>Nature of examination.</u> Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the **Victim Devices** and **Subject Devices** consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

43.   <u>Manner of execution.</u> Because this warrant seeks only permission to examine devices already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

44.   Based on the foregoing, I respectfully submit there is probable cause to believe that the **Victim Devices** and **Subject Devices** contain evidence, contraband and/or fruits of violations of the Specified Federal Offenses.

### CONCLUSION

45.   The **Victim Devices** and **Subject Devices** are currently in the lawful possession of the FBI, stored at the Sacramento FBI offices, located at 2001 Freedom Way, in Roseville, California 95678. I submit that this Affidavit supports probable cause for search warrants authorizing the examination of the **Victim Device** and the **Subject Devices** described in Attachments A1 through A6, to seek the items described in Attachments B1 through B6.

2.   I also respectfully request that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant. I believe that sealing this document is necessary because the warrant is relevant to an ongoing investigation into the criminal organizations as not all of the targets of this investigation will be searched at this time. Based upon my training and experience, I have learned that, online criminals actively search for criminal affidavits and search warrants via the internet, and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online. Premature disclosure of the contents of this Affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

13

1    I swear, under penalty of perjury, that the foregoing Information is true and correct, to the best of

2  my knowledge, information and belief.

3

4                                                    Ryan J. Penna, Special Agent
                                                    Federal Bureau of Investigation
5

6
   Approved as to form.
7

8  ANDRE M. ESPINOSA
   Assistant United States Attorney
9

10 Subscribed and sworn to me this ___ day of

11 November, 2018

12

13
   Honorable Kendall J. Newman
14 United States Magistrate Judge
   Sacramento, California
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTACHMENT A2**

1

2     The following items will be searched for evidence, fruits, and instrumentalities, as described in

3     Attachment B2:

4

5     **Victim Device 2**: a black LG phone, model LM-X210MA, IMEI number 357093-09-531513-5, and any
      internal storage

6

7

8     **Victim Device 2** is currently stored at the Sacramento FBI, located at 2001 Freedom Way, in

9     Roseville, California.

10

11    This warrant authorizes the forensic examination of the **Victim Device 2** for the purpose of

12    identifying the electronically stored information described in Attachment B2.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTACHMENT B2**

The following evidence and fruits of violations of Title 18, United States Code, Sections 1591, relating to material involving sex trafficking (the "Specified Federal Offense"), will be seized by law enforcement from **Victim Device 2**:

1. Any images saved to **Victim Device 2** and any internal storage media which appear to relate to prostitution;

2. Any items, information or records which reference internet prostitution websites or transactions;

3. Any items, information, records or prostitution-related images related to or used to further prostitution;

4. Any items, information, or records which contain information pertaining to any individual's interest in the sex trafficking of minors or adults by force, fraud, or coercion;

5. Information, electronic records, or correspondence pertaining to the sex trafficking of minors or adults, or by force, fraud, or coercion including, but not limited to electronic mail, chat logs, and electronic or other instant messages, relating to sex trafficking;

6. Any text messages in inbox or outbox folders related to victims C.M.A. or E.S.C., or related to acts of prostitution;

7. Any incoming phone calls, text messages, or videos that relate to customers of prostitution;

8. Any entries in the phone contacts related to the sex trafficking;

9. Any messages, images, or videos concerning Duncan, C.M.A. or E.S.C., either together or individually, that appear to show a relationship between those individuals;

10. Evidence identifying the source of prostitution-related images; and

11. Evidence of the location from which access to prostitution-related internet sites were made;

As used above, the terms "items", "images", "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT                                                    1

AO 93  (Rev. 11/13) Search and Seizure Warrant

**SEALED**

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of ) | |
| ) | |
| THE CELLULAR TELEPHONE ASSIGNED CALL ) | Case No. |
| NUMBER (916) 745-2322 ) | **2:** 1 9 - SW - 0 1 4 7   **KJN** |
| ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Jersey _____ *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A-4, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before     *March 12, 2019*     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: any authorized U.S. Magistrate Judge in the Eastern District of California.

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     *Feb 26, 2019*     *3:00 p.m.*

_____
*Judge's signature*

City and state:     Sacramento, California          Kendall J. Newman, U.S. Magistrate Judge
                                                                              *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          _____
          *Signature of Judge*                                      *Date*

## ATTACHMENT A-4

### Property to Be Searched

The cellular telephone assigned call number (916) 745-2322, (the "Target Cell Phone"), whose wireless service provider is T-Mobile US, Inc., a company headquartered at 4 Sylvan Way, Parsippany, NJ 07054, LERINBOUND@T-Mobile.com.

Information about the location of the Target Cell Phone that is within the possession, custody, or control of T-Mobile US, Inc.

## ATTACHMENT B

### Particular Things to be Seized

All information about the location of the Target Cell Phone described in Attachment A for the period **September 1, 2018, to October 26, 2018**, during all times of day and night. "Information about the location of the Target Cell Phone" includes all available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the cellular telephone described in Attachment A.

To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody, or control of T-Mobile US, Inc., T-Mobile US, Inc. is required to disclose the Location Information to the government.

This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. See 18 U.S.C. § 3103a(b)(2).

1

2

3

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

4

I, Ryan J. Penna, being first duly sworn, hereby depose and state as follows:

5

**I.      INTRODUCTION AND AGENT BACKGROUND**

6       1.      I make this affidavit in support of an application for search warrants under Federal Rule

7   of Criminal Procedure 41 and 18 U.S.C. §§ 2703(c)(1)(A) for information about the location of the

8   cellular telephones assigned call number (916) 370-1486 (**"Target Cell Phone 1"**), (916) 968-1693

9   (**"Target Cell Phone 2"**), (916) 745-2096 (**"Target Cell Phone 3"**), (916) 745-2322 (**"Target Cell**

10  **Phone 4"**), and (916) 912-8104 (**"Target Cell Phone 5"**), all of which are administered by service

11  provider T-Mobile US, Inc., a wireless telephone service provider headquartered at 4 Sylvan Way,

12  Parsippany, NJ 07054, LERINBOUND@T-Mobile.com.  The Target Cell Phones are described herein

13  and in Attachments A-1, A-2, A-3, A-4, and A-5, and the location information to be seized is described

14  herein and in Attachment B.

15      2.      I am a Special Agent with the Federal Bureau of Investigation, and have been since

16  September 2012.  I am currently assigned to the Sacramento Division.  While employed by the FBI, I

17  have investigated federal criminal violations related to, among other things, violent crimes, child

18  exploitation, and human trafficking.  I have gained experience through training at the FBI Academy as

19  well as through my work related to conducting these types of investigations and others.  I have received

20  training in the area of child exploitation and human trafficking, and have reviewed numerous examples

21  of investigations of sex trafficking of children (as defined in 18 U.S.C. § 1591).  Additionally, I am a

22  federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §

23  1591, and I am authorized to request a search warrant.

24      3.      This affidavit is intended to show only that there is sufficient probable cause for the

25  requested warrant and does not set forth all of my knowledge about this matter.

26      4.      Based on the facts set forth in this affidavit, there is probable cause to believe that

27  violations of 18 U.S.C. §§ 1591(a)(1), (b)(2) and 1594(c) have been committed by Robert Pierre Duncan

28  and Eva Symone Christian.  There is also probable cause to believe that the location information

AFFIDAVIT                                          1

1  described in Attachment B will constitute evidence of these criminal violations.

2      5.      This affidavit and application incorporates by reference the affidavit submitted in support

3  of search warrant number 2:18-SW-976-KJN.

4                  **II.      PROBABLE CAUSE**

5      **A.      Summary of Investigation**

6      6.      As set forth in the affidavit submitted in support of search warrant 2:18-SW-976-KJN,

7  incorporated herein, this investigation focuses on the sex trafficking activity of Duncan and his co-

8  conspirator Christian, and their efforts to recruit, transport, harbor, and manage the prostitution activity

9  of a 17 year old victim, C.M.A.  This search warrant seeks the disclosure of historical location

10  information associated with **Target Cell Phones 1, 3, and 4**, which there is probable cause to believe

11  Duncan used while he was engaged in the trafficking of C.M.A, and **Target Cell Phone 2**, which there

12  is probable cause to believe Christian used while she was engaged in the trafficking of C.M.A., and

13  **Target Cell Phone 5**, which there is probable cause to believe C.M.A. used while she was trafficked by

14  Duncan and Christian.  As described in more detail below, Duncan and Christian, among other things,

15  drove C.M.A. around Northern California to facilitate her prostitution activity.  Their respective

16  locations during the relevant time period is evidence of their sex trafficking conduct.

17      **B.      Duncan Used Target Cell Phones 1 to Communicate with and Advertise C.M.A.**

18          i.      Target Cell Phone 1 called C.M.A. after Duncan drove C.M.A. to her father's

19              home.

20      7.      As set forth in paragraphs 20 through 22 of the affidavit submitted in support of search

21  warrant 2:18-SW-976-KJN, on September 24, 2018, C.M.A.'s father, R.A., observed a man matching

22  the description of Duncan drive C.M.A. to R.A.'s apartment.  The car that the man was driving was

23  registered to Genelle Duncan, a person who, according to public records, is related to Duncan.

24      8.      As set forth in paragraphs 21 and 22 of the affidavit in support of search warrant 2:18-

25  SW-976-KJN, Sacramento Sheriff's deputies subsequently arrived at R.A.'s apartment and spoke to

26  C.M.A.  During their conversation, they observed a contact entitled "Daddy" calling C.M.A.'s cell

27  phone.  Pursuant to search warrant 2:18-SW-976-KJN, agents searched a cell phone that M.A., C.M.A.'s

28  mother, gave to an FBI agent.  M.A. identified the phone as C.M.A.'s ("Victim Device 2").  The search

1  of this device revealed at least one call from the "Daddy" contact.  The search of Victim Device 2

2  further revealed that **Target Cell Phone 1** was assigned to the "Daddy" contact.  I know from my

3  training and experience regarding prostitution-related investigations that minors and adults engaged in

4  prostitution often refer to the pimp who manages their prostitution activity as "daddy."[1]

5      9.      Later on September 24, 2018, Sacramento Sheriff's deputies took C.M.A. to the

6  Woodland Youth Services facility in Woodland, California.

7              ii.      After C.M.A. left Woodland Youth Services, agents found a prostitution

8                      advertisement for C.M.A. listing Target Cell Phone 1 as the contact number.

9      10.      C.M.A. resided at Woodland Youth Services until October 10, 2018.  As set forth in

10  paragraph 25 of the affidavit in support of search warrant 2:18-SW-976-KJN, staff at Woodland Youth

11  Services observed a gold Toyota sedan, with an African-American male driver, idling in the parking lot

12  between 12:00 a.m. and 12:10 a.m.  Staff found the behavior at that time of day to be suspicious.

13  C.M.A. was last seen in her bed during a 3:30 a.m. check.  At the 4:00 a.m. check, C.M.A.'s bed was

14  empty and the window was open.  Staff filed a missing person report.  Woodland police initiated a

15  missing person investigation and created a missing person bulletin.  An arrest warrant was issued

16  alleging that C.M.A. violated the conditions of her probation.

17      11.      The next day, on October 11, 2018, an FBI agent conducting a search of websites known

18  for prostitution advertisements, found a prostitution advertisement in the Sacramento section of the

19  adultsearch.com website, which contained four photos of C.M.A. posing in lingerie.  The advertisement

20  states, among other things: "21 years old, White, 5'3', Green Eyes, Dark Brown Hair, Tiny, C Cup, Bald

21  Kitty."  It also lists prices for "outcalls" of various durations.  The advertisement lists **Target Cell**

22  **Phone 1** as the contact number.  It also states, among other things, "Outcalls only gentlemen only Want

23  to have some fun and leave woth [sic] a gaurntee [sic] smile Call or text me 916.370.1486."

24      12.      T-Mobile records indicate that **Target Cell Phone 1** was assigned to "Robert Duncan" at

25  636 Florin Road in Sacramento, California, from July 29, 2018, through at least September 24, 2018.

26  The records indicate that the next registered subscriber for **Target Cell Phone 1** started service on

27

28  [1] Victim Device 2 also contained several selfie-style photos of C.M.A., which indicate that Victim Device 2 belonged to C.M.A.

January 1, 2019.

      iii.     <u>Prostitution-related calls to and from Target Cell Phone 1 were intercepted</u>
                       <u>pursuant to a court-authorized wiretap.</u>

      13.     Pursuant to an order entered by the Honorable Morrison C. England, Jr. on September 5, 2018, agents intercepted wire communications to and from telephone number (916) 680-0751, which belonged to Jaquorey Rashawn Carter, then a subject of a sex trafficking investigation.  During the period of interception, agents intercepted several telephone calls between Carter's cell phone and **Target Cell Phone 1**.  During one of these calls on September 6, 2018, the person using **Target Cell Phone 1** identified himself as "Rob."  Agents also intercepted calls during which the user of **Target Cell Phone 1** discussed the management of prostitution, including during the following excerpt of a call on September 8, 2018:

| Excerpt of Intercepted Call From (916) 680-0751 to Target Cell Phone 1 on September 8, 2018 | |
| --- | --- |
| Target Cell Phone 1 | My other little, uh, San Jose bitch, my, my little San Jose bitch just, uh, fixin' to go out there get a room an' shit [UI] set it down and you already know I'm coming thirty bands up bands up, man.[2] |
| (916) 680-0751 | On my mama, bruh.  I'm out there tonight, boy. |
| Target Cell Phone 1 | I'm in Lemoore right now tryin' to, uh, throw a little shit together. |
| (916) 680-0751 | You know I'm fin to throw a bitch on every corner, ya know what I'm sayin'? |
| Target Cell Phone 1 | [Laughing] 'ts what I'm trying to tell you, bro. |
| (916) 680-0751 | [UI] |
| Target Cell Phone 1 | Tell them bitches don't be talking [UI] nigga any car, walk up to 'em waving, walk up to 'em nigga and press 'em.  I told my bitch, she walk, she walk up and press, [UI], bitch, push your issue, you know what I'm saying, don't just wait there, go [UI] nigga's car. |

[the remainder of this page is blank]

---

[2] The term "bands" is slang for the rubber bands used to wrap currency.

**C.**   **Duncan and Christian Used Target Cell Phones 2-4 to Traffic C.M.A.**

    i.   C.M.A. was arrested during an Oakland police prostitution operation on October 25, 2018.

14.   As set forth in paragraphs 33 and 34 of the affidavit in support of search warrant 2:18-SW-976-KJN, C.M.A. and Christian—who is identified as E.S.C. in that affidavit—were arrested during an Oakland Police anti-prostitution operation.

15.   Pursuant to search warrant 2:18-SW-975-KJN, agents searched a copy of the contents of the phone that Christian had in her possession at the time of her arrest (previously identified as "Victim Device 4"). The search revealed that the number assigned to Victim Device 4 is (916) 968-1693, the **Target Cell Phone 2**.

16.   T-Mobile records indicate the subscriber for **Target Cell Phone 2** was "Marcus Smith" of 18555 Butterfield Boulevard in San Jose, California, between October 10, 2018, and December 15, 2018. California Department of Motor Vehicles records identify a San Jose mailing address for Christian. However, records obtained from an apartment leasing company indicate that Christian has resided at an apartment complex located on Natomas Boulevard in Sacramento since on or about September 19, 2018. The emergency contact number in Christian's rental application is **Target Cell Phone 1**. Based on my training and experience, I know that individuals involved in criminal activity often provide false subscriber information for cell phones in order to preserve their anonymity and avoid detection by law enforcement.[3]

17.   The search of the phone assigned the **Target Cell Phone 2** telephone number (i.e., Victim Device 4) also revealed text conversations between Christian's **Target Cell Phone 2**, and two telephone numbers—**Target Cell Phones 3 and 4**—which are linked to a person managing Christian's and C.M.A.'s prostitution activity.

///

///

---

[3]The following information is provided solely for the purpose of fulfilling the obligation to provide the Court with all facts that may be material to the probable cause determination: During a post-arrest, custodial interview with an Oakland Police detective on October 25, 2018, Christian told the detective that she and C.M.A. worked for a pimp named "Marcus."

ii.     Duncan used Target Cell Phone 3 to communicate with Christian and manage
C.M.A.'s prostitution activity in Oakland.

18.     As set forth in paragraph 3 of the affidavit in support of search warrant 2:18-SW-976-KJN, a California Department of Corrections and Rehabilitation (CDCR) parole agent seized a cell phone from Duncan on October 29, 2018 ("Subject Device 1").   Pursuant to search warrant 2:18-SW-977-KJN, agents searched that device and learned that the number assigned to the device is (916) 745-2096, the **Target Cell Phone 3**.  Moreover, Duncan's parole agent subsequently told the undersigned FBI agent that Duncan sent the parole agent text messages from **Target Cell Phone 3** on October 16, 2018, and October 17, 2018.  T-Mobile records indicate that the subscriber for **Target Cell Phone 3** from January 1, 2018, through December 24, 2018, was "Macias Johnson" at 150 Picasso Circle in Sacramento, California.

19.     From their search of Christian's **Target Cell Phone 2**, agents obtained the following text messages between **Target Cell Phone 2** (Christian) and Duncan's **Target Cell Phone 3** for the time period October 16, 2018, through October 19, 2018.  The text messages reflect Duncan's and Christian's involvement in prostitution activity and include communication regarding the management of the prostitution activity of another female:

| October 16-19, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 3 [Extracted from Target Cell Phone 2] | |
|---|---|
| Target Cell Phone 3 | Do the other |
| Target Cell Phone 2 | K hold on |
| Target Cell Phone 3 | DAM PNL |
| Target Cell Phone 3 | Im finna get to tripping |
| Target Cell Phone 3 | Who tf is king |
| Target Cell Phone 2 | Whay |
| Target Cell Phone 3 | Change it |
| Target Cell Phone 2 | She put Pablo |
| Target Cell Phone 3 | Retard |

| | |
|---|---|
| Target Cell Phone 3 | Better not nobody stop at any gass station, sotre, or nothing else..park the car get out and drive back..no stops |
| Target Cell Phone 2 | Dude wtf |
| Target Cell Phone 3 | Wyd bro |
| Target Cell Phone 2 | We on our way hone |
| Target Cell Phone 3 | Ok |
| Target Cell Phone 2 | U good ? |
| Target Cell Phone 2 | They cant see u I dont think |
| Target Cell Phone 3 | |
| Target Cell Phone 3 | You been there for to long you have to move..tell her to stay there |
| Target Cell Phone 3 | Since 1012 youve2 been sitting there |
| Target Cell Phone 3 | So you move.  Split up..so yall can stop the talking because I know what yall doing |
| Target Cell Phone 2 | Im not talking |
| Target Cell Phone 3 | I dont trust you and definitately not her lieing ass |
| Target Cell Phone 3 | So yeah your talking |
| Target Cell Phone 2 | Its good whatever |
| Target Cell Phone 3 | You havnt showed me no fagget shit yet or out of pocket shit yet..and everytime a nigga try to holla at you..you make them feel like thye not there and like you never even notice them and I respet that..so im not gone trip off you much..i fuck with you..[4] |
| Target Cell Phone 2 | Im trying for u u just gotta stop spasing on me |
| Target Cell Phone 3 | I try ..you just dont understand..i cant trust.. |
| Target Cell Phone 3 | See what i mean..when I say I cant trust..i asked you did you see her talk to him…you said no ..now you saying yes…yall both in trouble now |
| Target Cell Phone 2 | Daddy i told u she said she cant see him no more i did know i did . your just making it seem like im lying and i shoulda told u the night all that happened |

[4] Based on my training and experience, I know that the slang term "out of pocket" means a prostitute who is not compliant with his or her pimp or sex trafficker.

| Target Cell Phone 3 | No you didnt tell me an dyes you should of that night |
|---|---|
| Target Cell Phone 3 | You let it happen |
| Target Cell Phone 3 | |
| Target Cell Phone 3 | Yall can stay out there..get tf out the car |
| Target Cell Phone 3 | The |
| Target Cell Phone 3 | Get away from rhe whip |
| Target Cell Phone 2 | |
| Target Cell Phone 3 | You better not be lieing for her |
| Target Cell Phone 2 | |
| Target Cell Phone 3 | You lieing for her...smh |
| Target Cell Phone 2 | Im not lying for her |
| Target Cell Phone 3 | You just did |
| Target Cell Phone 2 | No i didnt |
| Target Cell Phone 3 | Yes |
| Target Cell Phone 2 | Y do u always think im lying for her im not gonna keep getting in trouble for her mistakes |
| Target Cell Phone 2 | Im on my way back |
| Target Cell Phone 2 | This shit today just pissed me off |
| Target Cell Phone 3 | Why bro |
| Target Cell Phone 2 | Bkus this stupid ass trick just wasted my time[5] |
| Target Cell Phone 2 | Im done with fkn oakland I do better in frisco and its like we get out there helluh late |
| Target Cell Phone 3. | When your done come home |
| Target Cell Phone 3 | Baby you good |

---

[5] Based on my training and experience, I know that those involved in prostitution often refer to prostitution clients as "tricks" or "Johns."

| Target Cell Phone 2 | Im fine |
|---|---|

        iii.    Duncan used Target Cell Phone 4 to communicate with Christian and manage C.M.A.'s prostitution activity in Oakland.

20.    Also from their search of Christian's **Target Cell Phone 2**, agents obtained the following text messages between **Target Cell Phone 2** (Christian) and **Target Cell Phone 4** for the time period October 20, 2018, through October 25, 2018, the date of Christian's and C.M.A.'s arrest by Oakland Police.  The text messages reflect Christian's continued involvement in prostitution activity and include communication between Christian and the user of **Target Cell Phone 4** regarding the management of the prostitution activity of a female who they refer to as "Shy," which is consistent with the sound of the first syllable of C.M.A.'s true name.

21.    T-Mobile records indicate that the subscriber for **Target Cell Phone 4** from January 1, 2018, through December 24, 2018, was the same subscriber and address listed for **Target Cell Phone 3**: Macias Johnson, 150 Picasso Circle, Sacramento, California.  See Paragraph 18.

22.    The following is an excerpt of a text conversation between Christian's **Target Cell Phone 2** and the user of **Target Cell Phone 4**, during which the user of **Target Cell Phone 4** inquires about how much money Christian and another female have earned.  When Christian tells the user of **Target Cell Phone 4** that "she"—referring to another female—earned $1,000, the user of **Target Cell Phone 4** tells Christian that that female is in trouble.

| **October 20, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 4 [Extracted from Target Cell Phone 2]** | |
|---|---|
| Target Cell Phone 2 | Papi |
| Target Cell Phone 4 | Yeah |
| Target Cell Phone 2 | I wanna stomp down during day tomorrow in Oakland then frisco later |
| Target Cell Phone 4 | Ok will talk about it when you get back |
| Target Cell Phone 2 | Kk |
| Target Cell Phone 4 | How much you got |

| Target Cell Phone 2 | 730 |
| Target Cell Phone 4 | How much she got |
| Target Cell Phone 2 | 1000 |
| Target Cell Phone 4 | She in trouble |
| Target Cell Phone 2 | What happened daddy |
| Target Cell Phone 4 | You know |
| Target Cell Phone 2 | The overnight? |
| Target Cell Phone 4 | Which one?? |
| Target Cell Phone 2 | Idk i thought u was tlkn bout the guy she told 1000 to in oak |

23.    The following text message excerpts reveal Christian's growing frustration with managing a young female's behavior while the two are soliciting prostitution clients.  Christian tells the user of **Target Cell Phone 4** that the difficulty she is experiencing "teach[ing]" the female is the reason why she typically does not "fuck wit little girls."  The user of **Target Cell Phone 4** tries to assuage Christian's concerns by suggesting that Christian and the other female are attracting police attention simply because they are engaging in prostitution.  The user of **Target Cell Phone 4** also reminds Christian that he considered her his "bottom bitch."[6]  Finally, after the two argue about Christian's loyalty, the user of **Target Cell Phone 4** states "Your playing these kid games and your wasting my time..i have business to handle..are you 23 or 17."  At the time, Christian was 22 years old, and C.A. was 17 years old.

| October 22, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 4 [Extracted from Target Cell Phone 2] | |
|---|---|
| Target Cell Phone 4 | Ok go get some dollas |
| Target Cell Phone 4 | Stay in pocket and tell your friend to |

---

[6] Based on my training and experience regarding sex trafficking, I know that the term "bottom" or "bottom bitch" refers to a pimp's most trusted prostitute.  This person often manages the other individuals who are engaging in prostitution under the pimp's control.

| Target Cell Phone 2 | Aite |
| --- | --- |
| Target Cell Phone 2 | I always do |
| Target Cell Phone 4 | Yeah but she don't and its falling on you |
| Target Cell Phone 2 | K |
| Target Cell Phone 4 | Turn your wifi access on both phones |
| Target Cell Phone 2 | Ok daddy |
| Target Cell Phone 4 | They are not on |
| Target Cell Phone 2 | Mine is on |
| Target Cell Phone 4 | Tell her |
| Target Cell Phone 2 | I did its on now |
| Target Cell Phone 4 | Why are yall still in the car?? |
| Target Cell Phone 2 | Waiting for these people to drive off |
| Target Cell Phone 4 | Who?? |
| Target Cell Phone 4 | Yall been in the car for 2 hours and 15 minutes |
| Target Cell Phone 2 | We getting out now |
| Target Cell Phone 4 | Who was in the lot |
| Target Cell Phone 2 | Idk |
| Target Cell Phone 4 | Then why didn't you want to get out?? If you didn't know who it was |
| Target Cell Phone 2 | Someone was yelling at another person |
| Target Cell Phone 4 | Ok just go..its time now |
| Target Cell Phone 4 | Its 10…yea should have been out at 830 when it got dark |
| Target Cell Phone 4 | Tf..or atleast 930 yall playing |
| Target Cell Phone 4 | Why?? |
| Target Cell Phone 2 | Daddy she caught on but she went to el pollo loco nd idk I think life 360 trippin bkus it says she still at el pollo loco. |

| | |
|---|---|
| Target Cell Phone 4 | Mine is not tripping..she just got off a date..she moving down 22 |
| Target Cell Phone 2 | She called me. |
| Target Cell Phone 4 | Ok |
| Target Cell Phone 2 | Please answer |
| Target Cell Phone 2 | Its bad |
| Target Cell Phone 2 | This shit is stressful |
| Target Cell Phone 2 | How am I supposed to tell u anything and u don't answer. |
| Target Cell Phone 4 | Yall being scary tonight |
| Target Cell Phone 2 | Bruh wtf I can't be in frisco with her |
| Target Cell Phone 2 | Im in. Car wit someone nd he has to take me bak |
| Target Cell Phone 2 | Bkus she trippin |
| Target Cell Phone 2 | Im done |
| Target Cell Phone 2 | Idgaf |
| Target Cell Phone 2 | No p is gone grab her on union |
| Target Cell Phone 4 | She didn't say he grabbed her.. |
| Target Cell Phone 4 | She said he threw something on her…take her to the car.. |
| Target Cell Phone 2 | Fire me |
| Target Cell Phone 2 | Yall are stressful |
| Target Cell Phone 4 | Ok |
| Target Cell Phone 2 | This wjy I don't fuck wit little girls |
| Target Cell Phone 2 | She was yelling me and im tryinf to teach her |
| Target Cell Phone 4 | You need to calm the fuck down |
| Target Cell Phone 2 | Fuck no I have no weed to calm down fuk this the police be on me bkus im with her |
| Target Cell Phone 2 | Im done being afound her |

| Target Cell Phone 4 | No the police are on you because you are a hoe |
|---|---|
| Target Cell Phone 2 | No I never have problems the way I did today |
| Target Cell Phone 2 | They don't care that im a hoe |
| Target Cell Phone 2 | Im being targeted |
| Target Cell Phone 4 | Bro cause you're a hoe tf |
| Target Cell Phone 2 | Theres helluh hoes out here |
| Target Cell Phone 2 | Police not trippn on them |
| Target Cell Phone 2 | Im done |
| Target Cell Phone 4 | Bro your making me hella mad |
| Target Cell Phone 2 | She been avtimf stupid amd yellonb at me all night |
| Target Cell Phone 4 | Bro Im finna trip on her |
| Target Cell Phone 2 | Fuck yall |
| Target Cell Phone 2 | Im done |
| Target Cell Phone 4 | I don't respect the fact that your giving up..you try to give up every time something bad happens |
| Target Cell Phone 2 | Its good blood u have no respect for me yall were bettwr pff without me all its been is drama since I been there |
| Target Cell Phone 2 | You both weird |
| Target Cell Phone 2 | Ur helluh fkn weird |
| Target Cell Phone 2 | U guys act the way u act bkus yall is in love. Stop acting like ur not that's the fkn problem ur both being fake as fuck |
| Target Cell Phone 2 | Sit the fuck down talk and tell the fkn truth |
| Target Cell Phone 4 | Im not in love tf..you sound stupid..last time I checked you stepped up and took the spot as being my bottom bitch but now idk. |
| Target Cell Phone 2 | You're a fkn liar bro I can tell by your actions |
| [Texts Omitted] ||
| Target Cell Phone 4 | Your more loyal to her than me smh |

| Target Cell Phone 2 | How wtf |
| --- | --- |
| Target Cell Phone 2 | Dude Im trying so hard to prove to u that im here for u |
| Target Cell Phone 2 | U don't fkn care . |
| Target Cell Phone 4 | But your proving me that your down for her and just fuck with me |
| Target Cell Phone 2 | I don't even know what to do anymore like obviously whatever bond we was building is gone now so it doesn't matter |
| Target Cell Phone 2 | Ima just leave |
| Target Cell Phone 4 | Your playing these kids games and your wasting my time..i have business to handle..are you 23 or 17. |

24.     On October 23, 2018, Christian and the user of **Target Cell Phone 4** have another text conversation during which Christian complains about having to babysit C.M.A. while the two are engaging in prostitution.

| October 23, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 4 [Extracted from Target Cell Phone 2] | |
| --- | --- |
| Target Cell Phone 2 | U guyz are fake ass people |
| Target Cell Phone 2 | Im not stopping what im doing to help her anymore |
| Target Cell Phone 4 | Ok your not telling me why you are saying this so ..im don't trying to figure out.. |
| Target Cell Phone 4 | And this is not a I situation this a us situation..so if she needs your help then you help her tf |
| Target Cell Phone 2 | Okay I don't care just know that I don't care about what happenz out there im not her fkn mon |
| Target Cell Phone 2 | Mom |
| Target Cell Phone 2 | Im tired of being a fkn baby sitter |
| Target Cell Phone 2 | For a fkn fagget |
| Target Cell Phone 2 | All the walls I had up when I first came are back up |

| Target Cell Phone 4 | Your not being a baby sitter bro tf..your just acting hella jealous and you need to chill the fuck out |
| Target Cell Phone 2 | I DON'T GIVE A FUCK ABOUT THIS FAKE ASS SHIT |
| Target Cell Phone 4 | Im don't talking bro..do what tf you have to do |
| Target Cell Phone 2 | Bye |
| Target Cell Phone 4 | Your telling me all this and your fake made at me for what bitch..i didn't do shit |
| Target Cell Phone 2 | Im not fake mad |
| Target Cell Phone 4 | What did I do.  Why are you made at me Bitch |
| Target Cell Phone 2 | I don't trust u I don't trust shy your both sneaky and manipulating |
| Target Cell Phone 4 | Your still not telling me what I did.. |
| Target Cell Phone 4 | Exactly |
| Target Cell Phone 4 | Exactly..ive done nothing..no bitch wrong..you let her come in between us..she was doing faggot shit and you kept lieing for her..like I was stupid or I wasn't going to find out..i gave you multiple chances and you kept doing it..and you kept getting caught and she ran her mouth and told on yall..and now your made at me cause I found out..i told you to stop lieing for her but you didn't |
| Target Cell Phone 2 | U say that I did but u did.  I don't care anymore.  I been in pocket since day one she says shit that fucks up our bond and now we don't have shit |
| Target Cell Phone 2 | Fuck her |
| Target Cell Phone 2 | And then u want me to teach her fuck her fuck her fuck her dude |
| Target Cell Phone 2 | Im made at u bkus ur not honest |
| Target Cell Phone 4 | Im on ankle so yes you need to help her if I wasn't then no. |

25.     On October 25, 2018, Oakland Police separately arrested C.M.A. and Christian as part of a prostitution sting near International Boulevard, an area of Oakland that is known for prostitution activity.  Text messages between Christian and the user of **Target Cell Phone 4** are evidence that Christian and C.M.A. were engaging in prostitution, coordinating with the user of **Target Cell Phone 4** shortly before they were arrested, and that the user of **Target Cell Phone 4** was monitoring C.M.A.'s

1  activity such that the user of **Target Cell Phone 4** told Christian that C.M.A. had been arrested.

| October 25, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 4 [Extracted from Target Cell Phone 2] | |
|---|---|
| Target Cell Phone 4 | Ok..hows the night going |
| Target Cell Phone 2 | I just finished wit an hour for 220 its my first one |
| Target Cell Phone 2 | Everyone else wanted a room |
| Target Cell Phone 4 | You in frisco or oak |
| Target Cell Phone 2 | Oak |
| Target Cell Phone 4 | Ok |
| Target Cell Phone 4 | Duh?? Im tripping |
| Target Cell Phone 2 | Lol |
| Target Cell Phone 4 | You good?? |
| Target Cell Phone 2 | We are the only 2 bithces out here |
| Target Cell Phone 2 | Like literally. |
| Target Cell Phone 4 | Well leave but she aint coming back until she make some more money |
| Target Cell Phone 4 | O no dont leave..until she make some money |
| Target Cell Phone 4 | When i call your phone bitch you pick up |
| Target Cell Phone 4 | Go to the car so she can get something |
| Target Cell Phone 4 | The police got her |

        i.    Christian's Target Cell Phone 2 contains texts indicating that she was engaging in prostitution with the user of Target Cell Phone 5.

26.    Also from their search of Christian's **Target Cell Phone 2**, agents obtained text messages between **Target Cell Phone 2** (Christian) and **Target Cell Phone 5**, for the period October 16, 2018, through October 25, 2018, the date of Christian's and C.M.A's arrest in Oakland. **Target Cell Phone 5's** number was assigned to the contact "H" in **Target Cell Phone 2**. T-Mobile records indicate that from October 15, 2018, through December 15, 2018, **Target Cell Phone 5** was assigned to "Marcus

16

1  Smith" at 18555 Butterfield Boulevard in San Jose, California, which is the same subscriber and address

2  that is listed in T-Mobile records for Christian's **Target Cell Phone 2**. See paragraph 16.

3      27.      The following are excerpts of texts between **Target Cell Phone 2** and **Target Cell**

4  **Phone 5:**

**October 16, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 5 [Extracted from Target Cell Phone 2]**

| | |
|---|---|
| Target Cell Phone 5 | Im almost done |
| Target Cell Phone 2 | K I just gpt back |
| Target Cell Phone 2 | I got hour date |
| Target Cell Phone 5 | Ok |
| Target Cell Phone 5 | Do u have the keys? |
| Target Cell Phone 2 | U ok |
| Target Cell Phone 5 | Yea u gonna have to teach me how to talk to these sf ticks lol they weird |
| Target Cell Phone 2 | Im at the dude hpuse kssp me posted dude |
| Target Cell Phone 2 | Go to car if u need to pleass |
| Target Cell Phone 5 | Okok |
| Target Cell Phone 5 | Im wit a date |
| Target Cell Phone 5 | Where is the car parked |
| Target Cell Phone 2 | On way back |
| Target Cell Phone 2 | U good |
| Target Cell Phone 5 | Yeah im tryna get back my feet hurt n im not getting any dates. Not one has tried to talk to me |
| Target Cell Phone 5 | Hopefully I can get one on my way back |
| Target Cell Phone 2 | Im coming |

[the remainder of this page is blank]

1      28.    A text conversation on October 20, 2018, indicates that Christian and the user of **Target**

2 **Cell Phone 5** were coordinating their prostitution activity:

| October 20, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 5 [Extracted from Target Cell Phone 2] | |
|---|---|
| Target Cell Phone 5 | Im trying to get thus trick to take me to the car |
| Target Cell Phone 5 | Im going to the car rn |
| Target Cell Phone 2 | Are u done wit urdate or just caught it |
| Target Cell Phone 5 | Try to bust that fast bc hes finna b maad if he sees im sitting here |
| Target Cell Phone 2 | Im comjing |
| Target Cell Phone 5 | I had to go bust this date real quick. Or he was going to leave. I'll be back in 10 minutes. |
| Target Cell Phone 2 | K |
| Target Cell Phone 5 | These mf trixks r irritating tf outta me wit this scary shit |
| Target Cell Phone 2 | Hegivibg me another 100 do u wanna wait |
| Target Cell Phone 5 | Yea Im finished |
| Target Cell Phone 5 | Tell me when ur ready |
| Target Cell Phone 2 | Im ready |

      29.    On October 25, 2018, the day that Oakland Police arrested Christian and C.M.A., the user of **Target Cell Phone 5** sent the following texts to Christian's **Target Cell Phone 2**:

| October 25, 2018: Text Messages Between Target Cell Phone 2 and Target Cell Phone 5 [Extracted from Target Cell Phone 2] | |
|---|---|
| Target Cell Phone 5 | Im going to bust this date plus one more. Than we can go to frisco to see if its poppin |
| Target Cell Phone 5 | R u still in the car? |

| Target Cell Phone 5 | How long r finna b on this date for |
| Target Cell Phone 5 | Get dropped off at the car |
| Target Cell Phone 5 | I need to get condoms |
| Target Cell Phone 5 | Dude |

30.     In my training and experience, I have learned that T-Mobile US, Inc. is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate at least two kinds of information about the locations of the cellular telephones to which they provide service: (1) E-911 Phase II data, also known as GPS data or latitude-longitude data, and (2) cell-site data, also known as "tower/face information" or cell tower/sector records. E-911 Phase II data provides relatively precise location information about the cellular telephone itself, either via GPS tracking technology built into the phone or by triangulating on the device's signal using data from several of the provider's cell towers. Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data is typically less precise that E-911 Phase II data.

31.     Based on my training and experience, I know that T-Mobile US, Inc. can collect E-911 Phase II data about the location of the Target Cell Phones, including by initiating a signal to determine the location of the Target Cell Phone on T-Mobile US, Inc.'s network or with such other reference points as may be reasonably available.

32.     Based on my training and experience, I know that T-Mobile US, Inc. can collect cell-site data about the Target Cell Phones.

///

///

### III.    AUTHORIZATION REQUEST

33.    Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(c).

34.    I further request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), that the Court authorize the officer executing the warrant to delay notice until 30 days after the collection authorized by the warrant has been completed. There is reasonable cause to believe that providing immediate notification of the warrant may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice to the subscriber or user of the Target Cell Phones would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. See 18 U.S.C. § 3103a(b)(1). As further specified in Attachment B, which is incorporated into the warrant, the proposed search warrants do not authorize the seizure of any tangible property. See 18 U.S.C. § 3103a(b)(2). Moreover, to the extent that the warrants authorize the seizure of any wire or electronic communication (as defined in 18 U.S.C. § 2510) or any stored wire or electronic information, there is reasonable necessity for the seizure for the reasons set forth above. See 18 U.S.C. § 3103a(b)(2).

35.    I further request that the Court direct T-Mobile US, Inc. to disclose to the government any information described in Attachment B that is within the possession, custody, or control of T-Mobile US, Inc. I also request that the Court direct T-Mobile US, Inc. to furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the information described in Attachment B unobtrusively and with a minimum of interference with T-Mobile US, Inc.'s services.

36.    I further request that the Court authorize execution of the warrant at any time of day or night.

37.    I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature

1   disclosure may seriously jeopardize that investigation.

2                                          Respectfully submitted,

3

4                                          _____
                                           Ryan J. Penna
5                                          Special Agent
                                           Federal Bureau of Investigation

6

7

8
    Subscribed and sworn to before me on: ___Feb 26, 2019___
9

10  _____
    Hon. Kendall J. Newman
11  United States Magistrate Judge

12

13

14  _____
    Approved as to form by:
15  Assistant U.S. Attorney Brian A. Fogerty

16

17

18

19

20

21

22

23

24

25

26

27

28

    AFFIDAVIT                              21

## ATTACHMENT A-4

### Property to Be Searched

The cellular telephone assigned call number (916) 745-2322, (the "Target Cell Phone"), whose wireless service provider is T-Mobile US, Inc., a company headquartered at 4 Sylvan Way, Parsippany, NJ 07054, LERINBOUND@T-Mobile.com.

Information about the location of the Target Cell Phone that is within the possession, custody, or control of T-Mobile US, Inc.

## **ATTACHMENT B**

### **Particular Things to be Seized**

All information about the location of the Target Cell Phone described in Attachment A for the period **September 1, 2018, to October 26, 2018**, during all times of day and night. "Information about the location of the Target Cell Phone" includes all available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the cellular telephone described in Attachment A.

To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody, or control of T-Mobile US, Inc., T-Mobile US, Inc. is required to disclose the Location Information to the government.

This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. See 18 U.S.C. § 3103a(b)(2).

SEALED

AO 106 (Rev. 04/10)  Application for a Search Warrant

**ORIGINAL**
**FILED**

# UNITED STATES DISTRICT COURT

### for the

Eastern District of California

NOV 3 0 2018

**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
BY _____
                    DEPUTY CLERK

| In the Matter of the Search of | ) | |
| a black LG phone, model LM-X210MA, IMEI number 357093-09-531513-5, and any internal storage, currently held by the FBI located at 2001 Freedom Way, in Roseville, California. | ) ) ) ) ) | Case No.  2:18-SW-976  KJN |

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A2, attached hereto and incorporated by reference.**

located in the _____Eastern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B2, attached hereto and incorporated by reference**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑  evidence of a crime;

☑  contraband, fruits of crime, or other items illegally possessed;

☐  property designed for use, intended for use, or used in committing a crime;

☐  a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. §1591 | Sex trafficking of minors |

The application is based on these facts:

**SEE AFFIDAVIT, attached hereto and incorporated by reference.**

☐  Continued on the attached sheet.

☐  Delayed notice _____ days (give exact ending date if more than 30 _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Ryan J. Penna, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Nov 30, 2018__

_____
*Judge's signature*

City and state:  Sacramento, California

Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Ryan J. Penna, having been first duly sworn, depose and state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since September 2012. I am currently assigned to the Sacramento Division. While employed by the FBI, I have investigated federal criminal violations related to, among other things, violent crimes, child exploitation, and human trafficking. I have gained experience through training at the FBI Academy as well as through my work related to conducting these types of investigations and others. I have received training in the area of child exploitation and human trafficking, and have reviewed numerous examples of investigations of sex trafficking of children (as defined in 18 U.S.C. § 1591). Additionally, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 1591, and I am authorized by the Attorney General to request a search warrant.

2.     I submit this Affidavit in support of search warrants authorizing searches of five electronic devices: (i) a silver iPhone, model A1549, International Mobile Equipment Identity ("IMEI") 359232064535186, and any internal storage ("**Victim Device 1**"); (ii) a black LG phone, model LM-X210MA, IMEI number 357093-09-531513-5, and any internal storage ("**Victim Device 2**"); (iii) a black LG phone, model LM-X210MA, IMEI number 357093-09-888766-8, and any internal storage ("**Victim Device 3**"); (iv) a compact disk bearing the labels: "18-054162" and "S1 Phone Extraction," written in black marker, that contains a digital extraction of the content of E.S.C.'s cellular telephone ("**Victim Device 4**"); (v) a black LG phone, model LM-X210MA, IMEI number 357093-09-638547-5, and any internal storage ("**Subject Device 1**"); and (vi) a silver iPhone, model A1549, IMEI number 359231063189946, and any internal storage ("**Subject Device 2**").

3.     **Victim Device 1** was seized by Sacramento police incident to C.M.A.'s arrest on July 25, 2018, and relinquished to the FBI for a consensual search on October 31, 2018. **Victim Device 2** was provided to the FBI by M.A. (C.M.A.'s mother) on October 12, 2018, after abandonment by C.M.A. **Victim Device 3** was seized by Oakland police incident to C.M.A.'s arrest on October 25, 2018, and relinquished to the FBI for a consensual search on November 9, 2018. Oakland police

1

1  delivered **Victim Device 4** to the FBI on November 9, 2018, after E.S.C. consented to the search of her

2  cellular telephone on October 25, 2018. **Subject Device 1** was seized by California Department of

3  Corrections and Rehabilitation ("CDCR") incident to the arrest of Robert Duncan ("Duncan"), on

4  October 29, 2018, and relinquished to the FBI for a consensual search on October 31, 2018. At the

5  request of Duncan's parole officer, **Subject Device 2** was seized from Duncan by Sacramento police

6  department incident to a traffic stop on November 11, 2018, and relinquished to the FBI on November

7  28, 2018. The **Victim Devices** and **Subject Devices** are lawfully in the possession of the FBI and

8  currently stored at the Sacramento FBI offices, located at 2001 Freedom Way, in Roseville, California.

9  **STATUTORY AUTHORITY**

10      4.    This investigation concerns alleged violations of Title 18, United States Code, Section

11  1591, relating to sex trafficking (the "Specified Federal Offense"). As the Court is aware, among other

12  things, that provision imposes criminal liability on any person who, in or affecting interstate or foreign

13  commerce, knowingly recruits, entices, harbors, transports, provides, obtains, maintains, patronizes, or

14  solicits a person knowing, or, in reckless disregard of the fact, that the person had not attained the age of

15  18 years and will be caused to engage in a commercial sex act. Stated more simply, the statute

16  criminalizes sex trafficking of minors. The statute also criminalizes sex trafficking or "pimping" of adults

17  by means of force, threats of force, fraud, coercion, or any combination of such means used to cause the

18  person to engage in a commercial sex act.[1]

19      5.    I submit that probable cause exists to believe that the **Victim Devices** and **Subject**

20  **Devices** contain evidence, fruits, and instrumentalities of violations of the Specified Federal Offense. I

21  request authority to search the **Victim Devices** and **Subject Devices**, where the items specified in

22

23  [1] The statute states, in relevant part:

24  (a) Whoever knowingly—(1) in or affecting interstate or foreign commerce …recruits, entices, harbors, transports,
provides, obtains, advertises, maintains, patronizes, or solicits by any means a person; or (2) benefits, financially or

25  by receiving anything of value, from participation in a venture which has engaged in an act described in violation of
paragraph (1), knowing, or, except where the act constituting the violation of paragraph (1) is advertising, in

26  reckless disregard of the fact, that means of force, threats of force, fraud, coercion … or any combination of such
means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age

27  of 18 years and will be caused to engage in a commercial sex act, shall be punished….

28

2

1   Attachments A1 through A6 may be found, and to seize all items listed in Attachments B1 through B6

2   as instrumentalities, fruits, and evidence of crime.

3       6.       The statements in this Affidavit are based in part on information provided to me by other

4   law enforcement officers, their written and verbal reports to me, and on my own investigation of this

5   matter. Since this Affidavit is being submitted for the limited purpose of securing search warrants, I

6   have not included each and every fact known to me concerning this investigation. I have only set forth

7   the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and

8   instrumentalities regarding violations of the Specified Federal Offense may be located within the

9   **Victim Devices** and **Subject Devices.**

10                          **DEFINITIONS**

11      7.       The following definitions apply to this Affidavit and its Attachments:

12              a.       The term "abuse or threatened abuse of law or legal process," as defined in 18

13  U.S.C. § 1591(e)(1), refers to the use or threatened use of a law or legal process, whether

14  administrative, civil, or criminal, in any manner or for any purpose for which the law was not designed,

15  in order to exert pressure on another person to cause that person to take some action or refrain from

16  taking some action.

17              b.       The term "coercion," as defined in 18 U.S.C. § 1591(e)(2), refers to threats of

18  serious harm to or physical restraint against any person; any scheme, plan, or pattern intended to cause

19  a person to believe that failure to perform an act would result in serious harm to or physical restraint

20  against any person; or the abuse of threatened abuse of law or legal process.

21              c.       The term "commercial sex act," as defined in 18 U.S.C. § 1591(e)(3), refers to

22  any sex act, on account of which anything of value is given to or received by any person.

23              d.       The term "serious harm," as defined in 18 U.S.C. § 1591(e)(4), refers to any

24  harm, whether physical or nonphysical, including psychological, financial, or reputational harm , that is

25  sufficiently serious, under all the surrounding circumstance, to compel a reasonable person of the same

26  background and in the same circumstances to perform or to continue performing commercial sexual

27  activity in order to avoid incurring that harm.

28              e.       The term "venture," as defined in 18 U.S.C. § 1591(e)(5), refers to any group of

3

1   two or more individuals associated in fact, whether or not a legal entity.

2   **BACKGROUND REGARDING SEX TRAFFICKING**

3   8.      I have had both training and experience in investigations involving mobile devices as

4   instrumentalities, fruits, and evidence of crime regarding sex trafficking. Based on my training,

5   experience and knowledge, I am aware of the following traits of prostitution and how the Internet,

6   computers, and cell phones are used to further the activities of illegal prostitution:

7           a.      Individuals who, through enticement, intimidation, or force, enlist individuals to

8   become prostitutes, and who profit from the prostitution of others are called "pimps." Pimps are

9   sometimes referred to euphemistically as "management." Prostitutes who are not working with a pimp

10  are sometimes referred to as "rogue" or "renegade."

11          b.      Pimps, as well as prostitutes, have embraced the Internet as a means of

12  advertising services and communicating with customers.

13          c.      Pimps often try to recruit new victims by using social media sites such as

14  Facebook.com, Instagram and Snapchat. Pimps often communicate with victims via social media

15  applications after recruiting a victim to work for them. Prostitutes working for the same pimp will often

16  use social media to communicate with each other and their pimp.

17          d.      Certain websites have been created to facilitate communications between

18  prostitutes and their clients. These websites allow pictures to be posted as part of advertisements. The

19  more notable websites formerly relevant to prostitution in the Eastern District of California include the

20  "Adult" section of Backpage.com, as well as nightshift.co. New up and coming escort websites include

21  Skipthegames.com and Adultlook.com.

22          e.      Pimps attempt to avoid the attention of law enforcement through the anonymity

23  provided by the Internet.

24          f.      Prostitutes are instructed by the pimp on how to detect undercover officers. When

25  arranging "dates" with clients over the phone, prostitutes rarely discuss the details regarding the sexual

26  acts that are to occur. Those more detailed discussion typically occur when the prostitute and client meet

27  in person.

28          g.      Pimps at times use physical force, threats of physical force, and/or fear to control

4

1  the prostitutes. They control the prostitutes' actions, and collect money earned through acts of

2  prostitution. Pimps facilitate prostitution by transporting the prostitutes to locations where the

3  prostitution occurs. The pimps, at times, transport prostitutes across state lines for the purpose of

4  prostitution.

5          h.     Prostitutes and/or pimps often stay in motels/hotels while traveling. The

6  prostitutes and pimps travel via rental vehicles, vehicles, airplane, or bus during their travels. The pimps

7  utilize the monies earned during acts of prostitution to purchase food, lodging, clothing and other items.

8          i.     Pimps sometimes possess firearms to facilitate their sex trafficking.

9          j.     The pimps often provide drugs to the prostitutes to suppress their appetites and to

10  assist with the physical and psychological demands of performing sex acts with strangers and others

11  over long durations of time.

12          k.     The term "daddy" is commonly used by prostitutes when referring to their pimps.

13  The pimp's phone number is often programmed as "daddy" in the prostitutes' cellular phone.

14          l.     Pimps often request or force their prostitutes to obtain tattoos of names and/or

15  symbols that are related to the pimp's name or nickname.

16          m.     Prostitutes use cellular telephones as a way to communicate with pimps and

17  clients. These phone numbers are included in the advertisements that are posted on various prostitution-

18  facilitating websites. Prostitutes, pimps and clients communicate via voice calls, text messages, and

19  email.

20          n.     Pimps and prostitutes use cellular telephones to transmit photographs to email

21  accounts and/or prostitution advertisement websites.

22          o.     Pimps and prostitutes use personal email accounts to post their advertisements on

23  prostitution advertisement websites.

24                      **BASIS FOR PROBABLE CAUSE**

25  **A.**    **Summary of the investigation.**

26          9.     As set forth in more detail below, this investigation focuses on the pimping of an

27  underage female, C.M.A., by Duncan. The investigation incorporates information obtained by

28  C.M.A.'s mother, M.A, who worked at her own initiative to identify Duncan as C.M.A.'s pimp.

1   M.A.'s efforts include her review of cellular telephones used by C.M.A.  M.A. also spoke to at least

2   one prostitute on Stockton Boulevard, in Sacramento, who identified Duncan as C.M.A.'s pimp and

3   identified Duncan's mother. M.A. later identified Duncan's residence, a car driven by Duncan,

4   Duncan's email address, and Duncan's telephone number. The investigation also incorporates

5   information provided by R.A., who is C.M.A.'s father and M.A.'s ex-husband. The investigation has

6   linked Duncan to E.S.C., an adult suspected of being pimped by Duncan, and associate of C.M.A. The

7   investigation also includes lawfully intercepted recordings of Duncan discussing prostitution activities

8   with others.

9   **B.**      **Investigators identify C.M.A. as a minor being used in prostitution.**

10          10.      On July 25, 2018, Sacramento Police officers contacted John Morris ("Morris.") on

11   Stockton Boulevard in Sacramento. Morris, who worked as a security guard for Paladin Security, had

12   noticed three females in the southwest corner of the parking lot who, based on their actions and dress,

13   he believed were soliciting passing vehicles for prostitution.

14          11.      Morris observed a white female who appeared to be a juvenile ("UF1"). UF1 was

15   wearing short jean shorts, a low cut white shirt, and large hoop earrings. Morris saw UF1 engage in a

16   brief conversation with the driver of a white Honda before getting in the car and driving away. Shortly

17   thereafter, Morris witnessed UF1 back in the parking lot. Morris later witnessed UF1 speak with a

18   Hispanic male in an older model four-door sedan.

19          12.      Law enforcement officers arrived and made contact with UF1, who repeatedly identified

20   herself to officers as "Seanna James," and gave a birth date in June 1998. Officers ran the name and

21   date of birth UF1 provided through the law enforcement database Cal-Photo. The individual in Cal-

22   Photo associated with the name and birth date UF1 provided was not UF1. Officers placed UF1 under

23   arrest for violation of California Penal Code ("Cal. P.C.") sections 529 (false impersonation) and

24   653.22 (loitering for the purpose of prostitution).

25          13.      While detained in the backseat of a law enforcement vehicle, UF1 pulled an unopened

26   "Lifestyles" condom from her bra and attempted to conceal it from officers.

27          14.      As deputies at the jail were setting up a "Grab-Em" device to positively identify UF1,

28

1   UF1 identified herself as C.M.A., and provided a birth date in July 2001.[2] C.M.A. provided her father's

2   name, R.A., and his telephone number. Officers contacted R.A., and he verified his daughter's name

3   and date of birth.

4       15.    C.M.A. was transported to Sacramento Juvenile Hall and charged with violating Cal.

5   P.C. 529. Under California law, Cal. P.C. 647(b), minors cannot be found guilty of prostitution.

6   Accordingly, C.M.A was not charged with violating Cal. P.C. 653.22. C.M.A.'s cellular telephone,

7   **Victim Device 1**, was booked by Sacramento police for safekeeping. On October 31, 2018, Sacramento

8   police relinquished **Victim Device 1** to the FBI.

9   **C.**    **Investigators identify Robert Duncan as C.M.A.'s suspected pimp.**

10      16.    On September 24, 2018, Sacramento Sheriff's Department responded to a call regarding

11  a disturbance between a father and his daughter. The dispatch call stated the daughter was being

12  pimped out by a male who had fled the scene, and her dad was restraining her.

13      17.    Upon arrival at the scene, deputies met C.M.A, her father, R.A., and her mother, M.A.

14  (who is R.A.'s ex-wife). C.M.A. had been arguing with her parents, because they thought she had been

15  prostituting and C.M.A. claimed she was not.

16      18.    R.A. worked the night shift. M.A.'s twelve-year-old daughter previously told M.A. that

17  every night after R.A. went to work, C.M.A. left R.A.'s apartment. M.A. spoke with several of R.A.'s

18  neighbors, who confirmed that C.M.A. left in the evenings after R.A. went to work and returned the

19  following morning. Several neighbors witnessed a dark colored BMW pick up and drop off C.M.A. on

20  several occasions. R.A.'s neighbors also told M.A. they witnessed numerous men going in and out of

21  R.A.'s apartment while R.A. was not home.

22      19.    M.A. told deputies and the FBI that she spoke with unidentified prostitutes on Stockton

23  Boulevard in Sacramento. One unidentified prostitute ("UF2") positively identified photographs of

24  C.M.A., and stated that C.M.A. represented herself as twenty years old and had previously stayed at

25  UF2's house. UF2 told M.A. that C.M.A.'s pimp was named "Rob." UF2 pulled up Rob's Facebook

26

27      [2] Based on my training and experience, I am aware that a "Grab-Em" device is a device that uses an individual's fingerprints for positive identification.

28

page for M.A., which was under the name: "Rob Roca." M.A. showed deputies, and later provided the FBI, with screenshots of Rob Roca's Facebook page. UF2 also knew who Rob's mother was and pulled up her Facebook page, which was under the name: Genelle Montue. M.A. showed deputies, and later provided the FBI, with screenshots of Genelle Montue's Facebook page.

20.     R.A. told deputies that he believed C.M.A. was being pimped out. R.A. witnessed a man matching the photograph of "Rob Roca" in a dark colored BMW drop off C.M.A. at R.A.'s apartment. R.A. obtained a photograph of the dark-colored BMW that dropped off C.M.A. as it was leaving the parking lot, which bore California license plate number: 6FVS841. A records check revealed the vehicle was registered to "Genelle Duncan" ("G.D."). A records check of known associates of G.D. revealed a male named Robert Duncan ("Duncan"). Deputies positively matched the photograph of Duncan to photographs on "Rob Roca's" Facebook page—the man UF2 identified as C.M.A.'s pimp.

21.     While deputies were at R.A.'s apartment, C.M.A. was in possession of **Victim Device 2**, which continuously received calls from telephone number: 916-370-1486 (the "1486 Number"). That number was programmed into **Victim Device 2** under the name: "Daddy." M.A. called C.M.A.'s cell phone and caller identification "Mom" appeared, indicating that **Victim Device 2** belonged to C.M.A.

22.     **Victim Device 2** was passcode protected. C.M.A. told deputies that it was not her cellular telephone and that she did not know the passcode. M.A.'s twelve-year-old daughter said C.M.A. had previously given her passcode "74343" to a different cell phone. M.A.'s twelve-year-old daughter stated that C.M.A. never changed her passcodes and believed "74343" would unlock **Victim Device 2**. M.A. tried passcode "74343" on **Victim Device 2** and it unlocked.

23.     C.M.A. told deputies that she refused to stay with her parents. C.M.A. was transported to a children's receiving home. Sacramento County Child Protective Services placed C.M.A. at Woodland Youth Services ("WYS"), in Woodland, California.

24.     M.A. later explained to me that she did not recognize **Victim Device 2**. C.M.A. abandoned **Victim Device 2** at R.A.'s apartment when she was taken to the WYS children's receiving home by Sacramento Sherriff's deputies. M.A. relinquished **Victim Device 2** to the FBI on October 12, 2018.

25.     On October 10, 2018, staff at WYS observed a gold Toyota sedan, black male driver,

1   between 12:00am to 12:10am idling in the parking lot. WYS staff found the behavior at that time of

2   day suspicious. C.M.A. was last seen in her bed during a 3:30am check. At the 4:00am check, C.M.A.'s

3   bed was empty and the window was open. WYS filed a missing person report. Woodland police

4   initiated a missing person case and created a missing person bulletin. An arrest warrant was issued

5   alleging C.M.A. violated the conditions of her probation.

6   **D.     M.A.'s efforts to confirm Robert Duncan is C.M.A.'s pimp.**

7           26.     M.A. observed a tracking application on **Victim Device 2** that depicted a "heart" symbol

8   on New Hope Street in Galt, California (the "Galt House"). M.A. drove to the Galt House and spoke

9   with neighbors of that residence. The neighbors with whom M.A. spoke identified photographs of

10  Duncan and C.M.A. The neighbors confirmed that G.D. owned the Galt House and they had seen

11  Duncan and C.M.A. there on multiple occasions.

12          27.     M.A. provided Woodland police and the FBI with photographs and videos she obtained

13  from the contents of **Victim Device 2**. Some of the photographs and screenshots M.A. had obtained

14  from **Victim Device 2** include but are not limited to photographs of Duncan in R.A.'s apartment, a

15  screenshot of caller identification "Daddy" associated with the 1486 Number, and emails pertaining to

16  adult escort advertisements and payment information.

17          28.     M.A. obtained a video from a man named "PJ," who stated he met C.M.A. in Oakland

18  while C.M.A. was prostituting. In the video, C.M.A. provided PJ with her new cell phone number: 916-

19  912-1375, and identified it as her "trap" phone.[3] In the video, C.M.A. shouted from PJ's car window to

20  an unidentified female ("UF3"). C.M.A. told PJ that UF3 was her "wifey."[4] C.M.A. exited PJ's car and

21  walked to a silver Infiniti sedan.

22          29.     Woodland police identified the license plate number of the silver Infiniti sedan observed

23  in the video provided by PJ. The registration came back to a Selecia Kendrix. Officers spoke with

24  Selecia Kendrix's daughter Jolecia Kendrix, who told them the vehicle was being driven by Selecia

25

26  [3] Based on my experience and training, I am aware that a "trap" phone is slang for a phone used for purposes of prostitution.

27  [4] Based on my experience and training, I am aware that the term "wifey" is a term victims' use to refer to the other girls being exploited by the same trafficker or pimp.

28

1    Kendrix's granddaughter, E.S.C.

2       30.    A records check with the Department of Motor Vehicles listed E.S.C.'s address as an

3    apartment on Florence Avenue, in San Jose, California.

4       31.    M.A. received a Facebook friend request from J.T., who has been best friends with

5    C.M.A. for the last few years. According to J.T., C.M.A. told J.T. that she (C.M.A.) was engaged in

6    prostitution and was going to live with her "wifey" from San Jose.

7       32.    M.A. provided the FBI with a screenshot of telephone number 408-686-2020 from

8    R.A.'s cellular telephone. R.A. received a call from C.M.A. on telephone number 408-686-2020 in late

9    September 2018. A record check of telephone number 408-686-2020 revealed registered owner as

10    E.S.C.

11    **E.**    <u>**C.M.A. and E.S.C. are arrested on the same day for prostitution.**</u>

12       33.    On October 25, 2018, Oakland police encountered C.M.A. while conducting an anti-

13    prostitution operation. C.M.A. entered an undercover officer's vehicle for the purposes of prostitution.

14    Officers positively identified C.M.A. and placed her under arrest for an outstanding arrest warrant in

15    Sacramento County. C.M.A. attempted to destroy **Victim Device 3**, which was in her possession at the

16    time. Oakland police seized **Victim Device 3** incident to C.M.A.'s arrest and booked it as evidence.

17       34.    While conducting the same operation on October 25, 2018, Oakland police encountered

18    E.S.C, who entered an undercover officer's vehicle for the purposes of prostitution. Officers positively

19    identified E.S.C. and placed her under arrest for violating Cal. P.C. 647(B) (disorderly conduct:

20    prostitution). Incident to her arrest, E.S.C. removed two condoms from her groin area. E.S.C. provided

21    Oakland police consent to search her cellular telephone, an LGE, model LM-X210(G), with IMEI:

22    357093098887742. Oakland police extracted the content of E.S.C.'s telephone and copied that content

23    to a compact disk. On November 9, 2018, Oakland police provided a copy of that compact disk—

24    containing the digital content of E.S.C.'s telephone—to the FBI (**Victim Device 4**).

25    **F.**    <u>**Additional evidence that Duncan is engaged in pimping of C.M.A. and others.**</u>

26       35.    A confidential human source ("CHS-1") developed by CDCR had been to E.S.C.'s

27    apartment in Natomas, California. CHS-1 had seen Duncan at the apartment and stated that Duncan

28    was living with E.S.C. CHS-1 identified E.S.C. as the person Oakland police encountered along with a

1    Caucasian juvenile on October 25, 2018.[5] Later, CDCR spoke with the landlord of E.S.C's apartment

2    who confirmed Duncan was living with E.S.C.

3        36.    Two online advertisements for C.M.A. were located on "adultsearch.com," a website

4    known by law enforcement to advertise prostitution, under the section "female-escorts." M.A.

5    positively identified the photographs used in both advertisements as her juvenile daughter, C.M.A. The

6    telephone number listed on both of advertisements concerning C.M.A. advised customers to call or text

7    the 1486 Number.

8        37.    Duncan, using the 1486 Number, was lawfully recorded on a Title III wire intercept,

9    ordered by a United States District Judge in the Eastern District of California, in a separate human

10   trafficking investigation. Duncan was identified in those intercepted call as "Rob," and discussed

11   pimping girls and other illicit matters. During an intercepted call on September 8, 2018, Duncan

12   referred to his "San Jose bitch."

13       38.    On October 29, 2018, Duncan was arrested for violating conditions of his parole.

14   Incident to arrest, **Subject Device 1** was seized. CDCR relinquished **Subject Device 1** to the FBI on

15   October 31, 2018. CHS-1 stated that **Subject Device 1** was not the phone Duncan normally carried.

16   Duncan usually contacted CHS-1 from the 1486 Number.

17       39.    On November 11, 2018, Sacramento police performed a traffic stop on Duncan.

18   Sacramento police seized Duncan's cellular telephone (**Subject Phone 2**), at the request of CDCR.

19   CDCR later relinquished **Subject Phone 2** to the FBI on November 28, 2018.

20           **ELECTRONIC STORAGE AND FORENSIC ANALYSIS**

21       40.    Based on my knowledge, training, and experience, I know that electronic devices can

22   store information for long periods of time. Similarly, things that have been viewed via the Internet are

23   typically stored for some period of time on the device. This information can sometimes be recovered

24   with forensics tools.

25       41.    Forensic evidence. As further described in Attachment B, this application seeks

26   permission to locate not only electronically stored information that might serve as direct evidence of

27   _____

28       [5] CHS-1 has provided accurate and reliable to investigators in the past.

the crimes described on the warrant, but also forensic evidence that establishes how the Victim Devices and Subject Device were used, the purpose of its use, who used it, and when. There is probable cause to believe that this forensic electronic evidence might be on the **Victim Devices** and **Subject Devices.**

     a.    Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

     b.    Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

     c.    A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

     d.    The process of identifying the exact electronically stored information on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

     e.    Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

     f.    I know that when an individual uses an electronic device, the individual's electronic device will generally serve both as an instrumentality for committing the crime, and also as a storage medium for evidence of the crime. The electronic device is an instrumentality of the crime because it is used as a means of committing the criminal offense. The electronic device is also likely to be a storage medium for evidence of crime. From my training and experience, I believe that an electronic device used to commit a crime of this type may contain: data that is evidence of how the electronic device was used; data that was sent or received; and other records that indicate the nature of the offense.

42.   Nature of examination. Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the **Victim Devices** and **Subject Devices** consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

43.   Manner of execution. Because this warrant seeks only permission to examine devices already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

44.   Based on the foregoing, I respectfully submit there is probable cause to believe that the **Victim Devices** and **Subject Devices** contain evidence, contraband and/or fruits of violations of the Specified Federal Offenses.

## CONCLUSION

45.   The **Victim Devices** and **Subject Devices** are currently in the lawful possession of the FBI, stored at the Sacramento FBI offices, located at 2001 Freedom Way, in Roseville, California 95678. I submit that this Affidavit supports probable cause for search warrants authorizing the examination of the **Victim Device** and the **Subject Devices** described in Attachments A1 through A6, to seek the items described in Attachments B1 through B6.

2.   I also respectfully request that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant. I believe that sealing this document is necessary because the warrant is relevant to an ongoing investigation into the criminal organizations as not all of the targets of this investigation will be searched at this time. Based upon my training and experience, I have learned that, online criminals actively search for criminal affidavits and search warrants via the internet, and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online. Premature disclosure of the contents of this Affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

1   I swear, under penalty of perjury, that the foregoing Information is true and correct, to the best of

2   my knowledge, information and belief.

3

4                                                            Ryan J. Penna, Special Agent
                                                             Federal Bureau of Investigation
5

6

7   Approved as to form.

8   ANDRE M. ESPINOSA
    Assistant United States Attorney
9

10  Subscribed and sworn to me this ____ day of

11  November, 2018

12

13  Honorable Kendall J. Newman

14  United States Magistrate Judge
    Sacramento, California
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      14

**ATTACHMENT A2**

The following items will be searched for evidence, fruits, and instrumentalities, as described in Attachment B2:

**Victim Device 2**: a black LG phone, model LM-X210MA, IMEI number 357093-09-531513-5, and any internal storage

**Victim Device 2** is currently stored at the Sacramento FBI, located at 2001 Freedom Way, in Roseville, California.

This warrant authorizes the forensic examination of the **Victim Device 2** for the purpose of identifying the electronically stored information described in Attachment B2.

1

**ATTACHMENT B2**

The following evidence and fruits of violations of Title 18, United States Code, Sections 1591, relating to material involving sex trafficking (the "Specified Federal Offense"), will be seized by law enforcement from **Victim Device 2**:

1. Any images saved to **Victim Device 2** and any internal storage media which appear to relate to prostitution;

2. Any items, information or records which reference internet prostitution websites or transactions;

3. Any items, information, records or prostitution-related images related to or used to further prostitution;

4. Any items, information, or records which contain information pertaining to any individual's interest in the sex trafficking of minors or adults by force, fraud, or coercion;

5. Information, electronic records, or correspondence pertaining to the sex trafficking of minors or adults, or by force, fraud, or coercion including, but not limited to electronic mail, chat logs, and electronic or other instant messages, relating to sex trafficking;

6. Any text messages in inbox or outbox folders related to victims C.M.A. or E.S.C., or related to acts of prostitution;

7. Any incoming phone calls, text messages, or videos that relate to customers of prostitution;

8. Any entries in the phone contacts related to the sex trafficking;

9. Any messages, images, or videos concerning Duncan, C.M.A. or E.S.C., either together or individually, that appear to show a relationship between those individuals;

10. Evidence identifying the source of prostitution-related images; and

11. Evidence of the location from which access to prostitution-related internet sites were made;

As used above, the terms "items", "images", "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AO 93 (Rev. 11/13) Search and Seizure Warrant

**SEALED**

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of )<br>)<br>THE CELLULAR TELEPHONE ASSIGNED CALL )<br>NUMBER (916) 745-2322 )<br>)<br>) | Case No.<br>**2:** 1 9 - SW - 0 1 4 7   KJN |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Jersey _____
*(identify the person or describe the property to be searched and give its location)*:

## SEE ATTACHMENT A-4, attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

## SEE ATTACHMENT B, attached hereto and incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   _March 12, 2019_  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: any authorized U.S. Magistrate Judge in the Eastern District of California.

☑   Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑   for   30   days *(not to exceed 30)*   ☐   until, the facts justifying, the later specific date of _____ .

Date and time issued:     _Feb 26, 2019_   _3:00 p~~_

_____
*Judge's signature*

City and state:        Sacramento, California            Kendall J. Newman, U.S. Magistrate Judge
                                                                            *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____     _____
               Signature of Judge                                    Date

## ATTACHMENT A-4

### Property to Be Searched

The cellular telephone assigned call number (916) 745-2322, (the "Target Cell Phone"), whose wireless service provider is T-Mobile US, Inc., a company headquartered at 4 Sylvan Way, Parsippany, NJ 07054, LERINBOUND@T-Mobile.com.

Information about the location of the Target Cell Phone that is within the possession, custody, or control of T-Mobile US, Inc.

## **ATTACHMENT B**

### **Particular Things to be Seized**

All information about the location of the Target Cell Phone described in Attachment A for the period **September 1, 2018, to October 26, 2018**, during all times of day and night. "Information about the location of the Target Cell Phone" includes all available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the cellular telephone described in Attachment A.

To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody, or control of T-Mobile US, Inc., T-Mobile US, Inc. is required to disclose the Location Information to the government.

This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. See 18 U.S.C. § 3103a(b)(2).

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of<br><br>Apple iPhone 6s mobile telephone bearing serial number FK1XW470HFLR, currently located at FBI headquarters at 2001 Freedom Way, Roseville, CA 95678 | )<br>)<br>)<br>)<br>)<br>) |

Case No.    2:21-sw-0951 JDP

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

## SEE ATTACHMENT A, attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

## SEE ATTACHMENTS B, C and D attached hereto and incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____ January 4, 2022 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    December 21, 2021 at 4:18 p.m.

*Judge's signature*

City and state:    Sacramento, California

Jeremy D. Peterson, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____

| _____ | |
|---|---|
| Signature of Judge | Date |

## **ATTACHMENT A**

The property to be searched is an Apple iPhone 6s mobile telephone, bearing serial number FK1XW470HFLR, hereinafter "Subject Device 4." Subject Device 4 is currently located at FBI headquarters at 2001 Freedom Way, Roseville, CA 95678.

This warrant authorizes the forensic examination of Subject Device 4 for the purpose of identifying the electronically stored information described in Attachment B. This warrant also authorizes the examination of the contents of the data previously extracted from Subject Device 4 for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1.      All evidence and fruits of violations of 18 U.S.C. §§ 1591, 1594(c), or 751(a) since July 2018, including:

a)      Any images which appear to relate to prostitution;

b)      Any items, information or records, which reference Internet prostitution websites or transactions;

c)      Any items, information, records, or prostitution-related images related to or used to further prostitution;

d)      Any items, information, or records which contain information pertaining to any individual's interest in the sex trafficking of minors;

e)      Information, electronic records, or correspondence pertaining to the sex trafficking of minors or adults, or by force, fraud, or coercion including, but not limited to electronic mail, chat logs, and electronic or other instant messages, relating to sex trafficking;

f)      Any communications related to victim Minor A, or related to acts of prostitution;

g)      Any communications related to Eva Symone Christian, or related to acts of prostitution;

h)      Any records, videos, or audio files that relate to prostitution;

i)      Any entries in the contacts list of Subject Device 4 related to prostitution;

j)      Any messages, images, or video files concerning Duncan, Christian, or Minor A, either together or individually, that appear to show a relationship between those individuals;

k)      Evidence identifying the source of prostitution-related images; and

l)      Evidence regarding Duncan's knowledge of any investigation involving Duncan, Christian, and/or Minor A;

m)      Evidence regarding any plan or efforts by Duncan to evade apprehension by law enforcement;

n)      Evidence of the location from which access to prostitution-related Internet sites were made.

2.      Evidence of user attribution showing who used or owned Subject Device 4 at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "items." "images," "records," and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing, drawing, painting); any

mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the investigating agency may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.